UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN (MADISON)

CRAIG CUNNINGHAM, Pro-se           )
                                   )
        *Plaintiff*                )
                                   )    CIVIL ACTION NO.: 3:16-cv-00761
v.                                 )
                                   )
MICHAEL MONTES

**Order on a motion**

The Plaintiff's Motion for leave to conduct service via publication is Granted/Denied

Clerk_____

Date_____