

# St. Croix County Web Portal - Property Summary

### Property: 032-2015-95-200

Search powered by **GCS**

Report/Print engine
List & Label ® Version 19:
Copyright combit® GmbH
1991-2013

| Tax Year | Prop Type | Parcel Number | Municipality | Property Address | Billing Address | Owner |
|---|---|---|---|---|---|---|
| 2016 | Real Estate | 032-2015-95-200 | 032 - TOWN OF SOMERSET | 1731 50TH ST | MICHAEL & AMY TR MONTES PO BOX 26 SOMERSET WI 54025 | MONTES, MICHAEL & AMY TR |

Tax Year Legend:  💲 = owes prior year taxes   ☒ = not assessed   $ = not taxed   Delinquent • Current

## Summary

### Property Summary

| Parcel #: | 032-2015-95-200 |
|---|---|
| Alt. Parcel #: | 04.30.19.527C |
| Parcel Status: | Current Description |
| Creation Date: | |
| Historical Date: | |
| Acres: | 10.472 |

### Property Addresses

| Primary ▲ | Address |
|---|---|
| ☑ | 1731 50TH ST SOMERSET 54025 |

### Owners

| Name | Status |
|---|---|
| MONTES, MICHAEL & AMY TR | CURRENT OWNER |
| KLINE, EDWARD R & CAROL A | FORMER OWNER |

### Parent Parcels

No Parent Parcels were found

### Child Parcels

No Child Parcels were found

### Legal Description

SEC 4 T30N R19W FORMERLY PT OF LOT 1 CSM 6/1742 LOCATED IN NW SW NKA LOT 5 CSM 13/3721 INCLUDES 032-2016-10-100 P528B

### Public Land Survey - Property Descriptions

| Primary | Section ▲ | Town | Range | Qtr 40 | Qtr 160 | Gov Lot | Block | LotType | Lot | Plat |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑ | 04 | 30 N | 19 W | | | | | LOT | 05 | CSM 13-3721 032-99 |

### District

| Code ▲ | Description | Category |
|---|---|---|
| | LOCAL | |
| | ST. CROIX COUNTY | OTHER DISTRICT |
| | STATE OF WISCONSIN | OTHER DISTRICT |
| 5432 | SCH DIST OF SOMERSET | REGULAR SCHOOL |
| 1700 | WITC | TECHNICAL COLLEGE |

## Building Information

### Buildings

No buildings to display

## Assessments

### Assessment Summary

Legal Acres: 10.472
Assessment Ratio: 0.8274
Estimated Fair Market Value: 263600

### 2016 valuations

| Class | Acres | Land | Improvements | Total |
|---|---|---|---|---|
| G1 - RESIDENTIAL | 10.472 | 54900 | 163200 | 218100 |
| ALL CLASSES | 10.472 | 54900 | 163200 | 218100 |

### 2015 valuations

| Class | Acres | Land | Improvements | Total |
|---|---|---|---|---|
| G1 - RESIDENTIAL | 10.472 | 54900 | 163200 | 218100 |
| ALL CLASSES | 10.472 | 54900 | 163200 | 218100 |

## Taxes

### Tax Summary

| Bill #: 382758 | Net Mill Rate: 0.017704194 |
|---|---|

### Installments

| Due Date ▲ | Amount |
|---|---|
| 1/31/2017 | 1897.40 |
| 7/31/2017 | 1897.40 |

### Lottery Credits

| Claims | Date | Amount |
|---|---|---|
| 0 | | 0.00 |

### Payments

| Status | Payment Date ▲ | Type | Amount | Notes |
|---|---|---|---|---|
| Posted | 12/14/2016 | T | 3534.39 | ADV TAX PMT - TOLLFREEZONE.COM INC CK#3870 8/12/16 DA |

| Key: | Property Type: RE - Real Estate, PP - Personal Property |
|---|---|
| | Payment Type: A - Adjustment, R - Redemption, T - Current Tax |

### Details

| Description | Amount | Paid | Due |
|---|---|---|---|
| Gross Tax | 4277.72 | - | - |
| School Credit | 416.43 | - | - |
| Total | 3861.29 | - | - |
| LOCAL | 482.41 | | |
| SCH DIST OF SOMERSET | 2199.15 | | |
| ST. CROIX COUNTY | 1035.49 | | |
| STATE OF WISCONSIN | 44.73 | | |
| WITC | 99.51 | | |
| First Dollar Credit | 66.49 | - | - |
| Lottery Credit | 0.00 | - | - |
| Net Tax | 3794.80 | 3534.39 | 260.41 |
| Special Assessments | 0.00 | 0.00 | 0.00 |
| Special Charges | 0.00 | 0.00 | 0.00 |
| Delinquent Utility | 0.00 | 0.00 | 0.00 |
| PrivateForest Crop | 0.00 | 0.00 | 0.00 |
| Woodland Tax Law | 0.00 | 0.00 | 0.00 |
| Managed Forest Land | 0.00 | 0.00 | 0.00 |
| Other Charges | 0.00 | 0.00 | 0.00 |
| Interest | - | 0.00 | 0.00 |
| Penalty | - | 0.00 | 0.00 |
| **TOTAL** | **3794.80** | **3534.39** | **260.41** |

Interest/Penalty Date: 01/04/2017

### Tax History

| Year | Amount | Interest Paid | Penalties Paid | Paid | Last Paid | Status |
|---|---|---|---|---|---|---|
| 2016 | 3794.80 | 0.00 | 0.00 | 3534.39 | 12/14/2016 | Balance Due |
| 2015 | 3624.37 | 0.00 | 0.00 | 3624.37 | 12/31/2015 | Paid |
| 2014 | 3459.58 | 207.57 | 103.79 | 3770.94 | 7/7/2015 | Balance Due |
| 2013 | 3476.21 | 449.76 | 224.88 | 4150.85 | 2/27/2015 | Balance Due |
| 2012 | 3254.80 | 656.13 | 328.07 | 4239.00 | 10/21/2014 | Balance Due |
| 2011 | 3553.09 | 915.64 | 457.83 | 4926.56 | 4/14/2014 | Balance Due |

## Document History

All documents are verified as of 10/15/2015

| Doc # | Type | Vol / Page | # Pages | Signed Date | Transfer Date | Sale Amount | # Properties |
|---|---|---|---|---|---|---|---|
| 821584 | WD | | | | | $0.00 | 0 |
| 610025 | WD | 1455 / 160 | | | | $0.00 | 0 |
| | | 836 / 541 | | | | $0.00 | 0 |
| | | 762 / 422 | | | | $0.00 | 0 |

**STATE OF WISCONSIN**
**REAL ESTATE PROPERTY TAX BILL FOR 2016**
TOWN OF SOMERSET
ST. CROIX COUNTY

MONTES, MICHAEL & AMY    TR
**BILL NUMBER:** 382758
IMPORTANT: · Correspondence should refer to parcel number.
· See reverse side for important information.
· Be sure this description covers your property. This description is for property tax bill only and may not be a full legal description.

MICHAEL & AMY    TR MONTES
PO BOX 26
SOMERSET WI 54025

821584 610025 836/541 762/422    ACRES: 10.472
SEC 04, T 30 N, R 19 W
PLAT: 3721-CSM 13-3721    032-99
BLOCK/CONDO: LOT 05
SEC 4 T30N R19W FORMERLY PT OF LOT 1 CSM
6/1742 LOCATED IN NW SW NKA LOT 5 CSM 13/3721
INCLUDES 032-2016-10-100 P528B

**Property Address:** 1731 50TH ST

Parcel #:    032-2015-95-200
Alt. Parcel #:    04.30.19.527C

| Assessed Value Land | Ass'd. Value Improvements | Total Assessed Value | Ave. Assmt. Ratio | Net Assessed Value Rate (Does NOT reflect credits) |
|---|---|---|---|---|
| 54,900 | 163,200 | 218,100 | 0.8274 | 0.017704194 |

| Est. Fair Mkt. Land | Est. Fair Mkt. Improvements | Total Est. Fair Mkt. | A Star in this box means Unpaid Prior Year Taxes | School taxes reduced by school levy tax credit |
|---|---|---|---|---|
| 66,400 | 197,200 | 263,600 | | $ 416.43 |

| Taxing Jurisdiction | 2015 Est. State Aids Allocated Tax Dist. | 2016 Est. State Aids Allocated Tax Dist. | 2015 Net Tax | 2016 Net Tax | % Tax Change |
|---|---|---|---|---|---|
| STATE OF WISCONSIN | | | 40.20 | 44.73 | 11.3% |
| ST. CROIX COUNTY | 111,675 | 120,012 | 970.73 | 1,035.49 | 6.7% |
| TOWN OF SOMERSET | 257,388 | 257,417 | 483.00 | 482.41 | -0.1% |
| SCH DIST OF SOMERSET | 5,384,645 | 5,349,252 | 2,111.07 | 2,199.15 | 4.2% |
| WITC | 351,776 | 391,403 | 88.51 | 99.51 | 12.4% |
| **Total** | 6,105,484 | 6,118,084 | 3,693.51 | 3,861.29 | 4.5% |
| First Dollar Credit | | | | 69.14 | 66.49 | -3.8% |
| Lottery & Gaming Credit | | | | | |
| Net Property Tax | | | 3,624.37 | 3,794.80 | 4.7% |

**Make Check Payable to:**
ST CROIX CTY TREASURER
LAURIE A. NOBLE
1101 CARMICHAEL ROAD
HUDSON WI 54016
715-386-4645

Full Payment Due On or Before January 31, 2017
$3,794.80

Or First Installment Due On or Before January 31, 2017
$1,897.40

**And Second Installment Payment Payable To**
ST CROIX CTY TREASURER
LAURIE A. NOBLE
1101 CARMICHAEL ROAD
HUDSON WI 54016

And Second Installment Due On or Before July 31, 2017
$1,897.40

**FOR TREASURERS USE ONLY**
PAYMENT
BALANCE
DATE

**Net Property Tax**    3,794.80

**TOTAL DUE FOR FULL PAYMENT**
Pay By January 31, 2017
▶ $    3,794.80

Warning: If not paid by due dates, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty.    Failure to pay an time. See reverse.

PA-686/2 (R. 8-15)

▼ **PLEASE RETURN LOWER PORTION WITH REMITTANCE** ▼

ST CROIX CTY TREASURER
LAURIE A. NOBLE
1101 CARMICHAEL ROAD
HUDSON WI 54016

**REAL ESTATE PROPERTY TAX BILL FOR 2016**
Bill #:    382758
Parcel #:    032-2015-95-200
Alt. Parcel #: 04.30.19.527C

| Total Due For Full Payment Pay to County Treasurer By Jan 31, 2017 | $3,794.80 |
|---|---|

**OR PAY INSTALLMENTS OF:**

| 1ST INSTALLMENT Pay to County Treasurer | 2ND INSTALLMENT Pay to County Treasurer |
|---|---|
| $1,897.40 | $1,897.40 |
| BY January 31, 2017 | BY July 31, 2017 |

☐ Check For Billing Address Change.

MICHAEL & AMY    TR MONTES
PO BOX 26
SOMERSET WI 54025

**FOR TREASURERS USE ONLY**
PAYMENT
BALANCE
DATE