AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

DOC NO
REC'D/FILED
2016 NOV 17 AM 10: 36
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Craig Cunningham

*Plaintiff(s)*

v.

Michael Montes

*Defendant(s)*

Civil Action No.

**16 C 761**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Montes
1731 50th Street
Somerset, WI 54025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Craig Cunningham
5543 Edmondson Pike, ste 248
Nashville, TN 37211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-17-16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ST. CROIX COUNTY SHERIFF'S OFFICE
## 1101 Carmichael Road
## Hudson, WI 54016
## 715/381-4320

DOC NO
REC'D/FILED

2017 JAN -9 AM 11:00

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# STATEMENT

Date: 11/30/2016
Statement No: 2201

Craig Cunningham
5543 Edmondson Pike, STE 248
Nashville TN 37211

Court Case # 16CV761
RE: Craig Cunningham vs. Michael Montes, et al (by attempting service on: Michael Montes)

| | |
|---|---:|
| Service Fee: | $60.00 |
| Attempts: (Extra Attempts @ $25.00/ATTEMPT) | $0.00 |
| Copies: (Copies @ $.25/PAGE) | $0.00 |
| Other Expense: (Deputy time @ $67/hr) | $0.00 |
| TOTAL FEE: | $60.00 |
| Less Prepayment: **Money Order 24073883076,** | $400.00 |
| NET FEE: **Trnsf $60 each to stmt's 2202- 2205** | $(340.00) |

We ask that you provide your e-mail address when remitting future civil process requests.

NOTE: if you are cancelling service, you must call the above number and speak to someone in person!

UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

Craig Cunningham,
    Plaintiff/Petitioner,

vs.

Michael Montes, et al,
    Defendant/Respondent.

**CERTIFICATE OF NO FOUND**

Case No. 16CV761

STATE OF WISCONSIN )
                     )ss.
ST. CROIX COUNTY   )

    I hereby certify and return that after due and diligent search, and further inquiries made by me, I am unable to locate the above named defendant/respondent, Michael Montes, to serve the authenticated copy of Summons in a Civil Action, Plaintiff's Amended Complaint within this County, dated 11/30/2016.

JOHN A. SHILTS, SHERIFF

By: *[signature]*

Zackary Henricks, Deputy

ATTEMPTS: 11/29/2016 @1108-Left business card and placed a call to listed telephone number. Montes advised that he does not live at the listed address. He stated that the listed address is a rental property. Requested information on where he currently lived and Montes advised he would not disclose that information and that the complainant was going to have to hunt him down.

**FEE SUMMARY**
Service: $60.00
Attempts: $0.00
Copies: $0.00
Other Expense: $0.00
TOTAL: $60.00
Money Order 24073883076, Prepayment: $400.00
Trnsf $60 each to stmt's 2202-2205 TOTAL: $(340.00)