IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

    Plaintiff,

v.

MICHAEL MONTES,
TOLLFREEZONE.COM, INC.,
MYDATAGUYS.COM, LLC,
PODMUSICGEAR.COM, INC.,
TOLLFREEZONE.COM, INC., DBA
DOCAUDITOR.COM,
TOLLFREEZONE.COM, INC., DBA
MOBILE TRACKME AND
EMAILMYVMAIL.COM, INC.

    Defendants.

Case No. 16-cv-761-jdp

## ENTRY OF DEFAULT

Plaintiff Craig Cunningham requests that the clerk of court enter default against Defendants, Michael Montes, Tollfreezone.com, Inc., Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme and Emailmyvmail.com, Inc. pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendants have failed to appear, plead or otherwise defend, the default of defendants Michael Montes, Tollfreezone.com, Inc., Mydataguys.com, LLC, PODmusicgear.com, Inc., Tollfreezone.com, Inc., dba DOCauditor.com, Tollfreezone.com, Inc., dba mobile trackme and Emailmyvmail.com, Inc.is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Entered this 17-th day of April, 2017.

*Peter Oppeneer*
Peter Oppeneer, Clerk of Court