United States District Court
Middle District Tennessee

DOC NO
REC'D/FILED

2017 MAY -8 AM 9: 40

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

)   Craig Cunningham
)   Plaintiff, Pro-se
)
)       v.                          **CIVIL ACTION NO.** 16-v-761
)
) Michael Montes, Tollfreezone.com, Inc., Mydataguys.com, LLC,
PODmusicgear.com, Inc., Tollfreezone.com, Inc., dba Docauditor.com,
Tollfreezone.com, Inc., dba mobile trackme, Emailmyvmail.com, Inc.
)       John/Jane Doe 1-10
)       Defendants.

**Plaintiff's Motion for Default Judgment and request for a hearing on damages,**

1.  The Plaintiff in this case is Craig Cunningham, has requested the clerk's entry of
    default against the defendants, which was entered on April 17, 2017.

2.  Pursuant to the FRCP, 55(b)(2), the Plaintiff requests the court enter a default
    judgment with joint and several liability against the following defendants:
    Michael Montes, Tollfreezone.com, Inc., Mydataguys.com, LLC, and
    PODmusicgear.com, Inc. The Plaintiff requests a hearing to determine damages.

3.  The Defendants were all served via publication after permission from the court
    and none have filed a responsive pleading or answer to date.

4.  The Plaintiff has attached an affidavit attesting to the calls and a spreadsheet of
    the calls in question, Exhibit A.

Respectfully submitted,

Craig Cunningham Plaintiff, Pro-se; April 30, 2017

Mailing address:

5543 Edmondson Pike, ste 248

Nashville, Tn 37211

615-348-1977

1