UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

    Plaintiff,

v.

MICHAEL MONTES, Tollfreezone.com, Inc.,           Case No. 16-cv-761
Mydataguys.com, LLC, Podmusicgear.com, Inc.,
Tollfreezone.com, Inc., dba Docauditor.com,
Tollfreezone.com, Inc., dba Mobile Trackme,
Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

    Defendants.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that Axley Brynelson, LLP, by Attorney Kevin D. Trost, appears for and will represent the Defendants, except John and Jane Does 1-10, in this action, and requests that all pleadings and documents herein be served upon the undersigned at 2 East Mifflin Street, Post Office Box 1767, Madison, Wisconsin 53701-1767 or via electronic filing.

Dated this 1st day of June, 2017.

                                                    AXLEY BRYNELSON, LLP

                                                    *s/ Kevin D. Trost*
                                                    Kevin D. Trost, State Bar No. 1028231
                                                    Attorneys for Defendants
                                                    P.O. Box 1767
                                                    Madison, WI  53701-1767
                                                    Tel: (608) 257-5661
                                                    Fax: (608) 257-5444
                                                    E-mail:  ktrost@axley.com

F:\EAFDATA\9602\47237\02265656.DOCX