UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

      Plaintiff,

    v.

MICHAEL MONTES, Tollfreezone.com, Inc.,           Case No. 16-cv-761
Mydataguys.com, LLC, Podmusicgear.com, Inc.,
Tollfreezone.com, Inc., dba Docauditor.com,
Tollfreezone.com, Inc., dba Mobile Trackme,
Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

      Defendants.

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

NOW COME, Defendants Michael Montes, tollfreezone.com, Inc., mydataguys.com, LLC, podmusicgear.com, Inc., and emailmyvmail.com, Inc., and move the Court pursuant to Fed. R. Civ. P. 12(b) to dismiss this lawsuit for lack of personal jurisdiction and improper venue. Defendants request the Court set a briefing schedule for this motion.

Dated this 1st day of June, 2017.

Respectfully submitted,

AXLEY BRYNELSON, LLP

/s/ *Kevin D. Trost*

Kevin D. Trost, State Bar No. 1028231
Attorneys for Defendants
P.O. Box 1767
Madison, WI 53701-1767
(608) 257-5661
ktrost@axley.com