UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

    Plaintiff,

  v.

MICHAEL MONTES, Tollfreezone.com, Inc.,     Case No. 16-cv-761
Mydataguys.com, LLC, Podmusicgear.com, Inc.,
Tollfreezone.com, Inc., dba Docauditor.com,
Tollfreezone.com, Inc., dba Mobile Trackme,
Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

    Defendants.

## DEFENDANTS' MOTION TO SET ASIDE DEFAULT AND EXTEND TIME FOR FILING RESPONSIVE PLEADINGS

NOW COME, Defendants Michael Montes, Tollfreezone.com, Inc., mydataguys.com, LLC, podmusicgear.com, Inc., and emailmyvmail.com, Inc., and move the Court pursuant to Fed. R. Civ. P. 55(c) and 6(b)(1) to set aside the entry of default and extend the time for filing responsive pleadings to the Complaint. Said motion is based upon the pleadings of record, Declaration of Michael Montes, Declaration of Kevin Trost, and supporting brief filed in support hereto.

Dated this 1st day of June, 2017.

                Respectfully submitted,

                AXLEY BRYNELSON, LLP

                /s/ *Kevin D. Trost*
                Kevin D. Trost, State Bar No. 1028231
                Attorneys for Defendants
                P.O. Box 1767
                Madison, WI 53701-1767
                (608) 257-5661
                ktrost@axley.com