
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

    Plaintiff,

v.

MICHAEL MONTES, Tollfreezone.com, Inc.,        Case No. 16-cv-761
Mydataguys.com, LLC, Podmusicgear.com, Inc.,
Tollfreezone.com, Inc., dba Docauditor.com,
Tollfreezone.com, Inc., dba Mobile Trackme,
Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

    Defendants.

---

## DECLARATION OF KEVIN TROST

---

I, Kevin Trost, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a licensed attorney in the State of Wisconsin and am one of the attorneys representing the Defendants in this lawsuit. I make this affidavit based upon my personal knowledge of the facts set forth herein.

2. Attached as <u>Exhibit A</u> is a true and correct copy of a printout from the website maintained by the United States District Court for the Middle District of Tennessee of lawsuits filed in that court by persons named Craig Cunningham.

### VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 1, 2017.

_____
Kevin Trost

# Select A Case



**Craig Cunningham is a plaintiff in 62 cases.**

| Case | Title | Filed | Closed |
|---|---|---|---|
| 3:12-cv-00440 | Cunningham v. Ocwen Financial et al | filed 05/02/12 | closed 11/03/14 |
| 3:13-cv-01166 | Cunningham v. Equifax et al | filed 10/22/13 | closed 11/25/13 |
| 3:14-cv-00769 | Cunningham v. Alliance Security et al | filed 03/18/14 | closed 10/09/14 |
| 3:14-cv-00770 | Cunningham v. Addiction Intervention et al | filed 03/18/14 | closed 06/22/16 |
| 3:14-cv-01040 | Cunningham v. Carribbean Cruise Line et al | filed 04/22/14 | closed 03/19/15 |
| 3:14-cv-01184 | Cunningham v. Stellar Recovery Group | filed 05/15/14 | closed 09/26/14 |
| 3:14-cv-01276 | Cunningham v. First Source Advantage | filed 06/09/14 | closed 06/24/14 |
| 3:14-cv-01277 | Cunningham v. Robertson et al | filed 06/09/14 | closed 03/04/15 |
| 3:14-cv-01574 | Cunningham v. Kondaur Capital et al | filed 07/31/14 | closed 03/26/15 |
| 3:14-cv-01763 | Cunningham v. Ocenture, LLC | filed 08/27/14 | closed 09/25/14 |
| 3:14-cv-01764 | Cunningham v. Auto Discount Services, et al. | filed 08/27/14 | closed 01/07/15 |
| 3:14-cv-02181 | Cunningham v. Trilegiant Corporation et al | filed 11/07/14 | closed 05/06/16 |
| 3:14-cv-02398 | Cunningham v. Citibank | filed 12/29/14 | closed 02/23/15 |
| 3:14-cv-02399 | Cunningham v. Lilly Management and Marketing, LLC | filed 12/29/14 | closed 07/07/15 |
| 3:14-cv-02400 | Cunningham v. Newport Marketing, LLC | filed 12/30/14 | closed 03/10/15 |
| 3:14-cv-02401 | Cunningham v. Ushop Marketing Group, LLC et al | filed 12/30/14 | closed 05/15/15 |
| 3:14-cv-02409 | Cunningham v. Navient et al | filed 12/31/14 | closed 12/21/15 |

| | | | |
|---|---|---|---|
| 3:14-cv-02410 | Cunningham v. Trans Union et al | filed 12/31/14 | closed 09/10/15 |
| 3:15-cv-00010 | Cunningham v. United Recovery Systems LP et al | filed 01/06/15 | closed 03/20/15 |
| 3:15-cv-00011 | Cunningham v. United Collection Bureau | filed 01/06/15 | closed 02/27/15 |
| 3:15-cv-00090 | Cunningham v. Dish Network LLC et al | filed 01/28/15 | closed 05/01/15 |
| 3:15-cv-00165 | Cunningham v. Vital Recovery Services, LLC | filed 02/23/15 | closed 07/09/15 |
| 3:15-cv-00166 | Cunningham v. IC Systems Inc. | filed 02/23/15 | closed 11/03/15 |
| 3:15-cv-00167 | Cunningham v. Windham Professionals, Inc. | filed 02/23/15 | closed 03/31/15 |
| 3:15-cv-00168 | Cunningham v. Constar Financial Services, LLC | filed 02/23/15 | closed 07/10/15 |
| 3:15-cv-00177 | Cunningham v. Portfolio Recovery Associates, LLC | filed 02/25/15 | closed 04/27/15 |
| 3:15-cv-00178 | Cunningham v. Endless Access LLC et al | filed 02/25/15 | closed 03/30/15 |
| 3:15-cv-00179 | Cunningham v. United Shuttle Alliance Transportation Corp, et al | filed 02/25/15 | closed 11/04/15 |
| 3:15-cv-00215 | Cunningham v. McDonald et al | filed 03/04/15 | |
| 3:15-cv-00224 | Cunningham v. Peak Legal Advocates et al | filed 03/06/15 | closed 03/24/15 |
| 3:15-cv-00439 | Cunningham v. CBC Conglomerate LLC et al | filed 04/16/15 | closed 08/16/16 |
| 3:15-cv-00440 | Cunningham v. Student Debt Relief Center, LLC et al | filed 04/16/15 | closed 08/18/15 |
| 3:15-cv-00467 | Cunningham v. Park Lane Digital Media et al | filed 04/21/15 | |
| 3:15-cv-00554 | Cunningham v. Select Student Loan Help LLC et al | filed 05/12/15 | |
| 3:15-cv-00555 | Cunningham v. Educational Financial Solutions LLC et al | filed 05/12/15 | closed 07/17/15 |
| 3:15-cv-00566 | Cunningham v. Palmer Administrative Services, Inc. et al | filed 05/15/15 | closed 04/27/16 |

| | | | |
|---|---|---|---|
| 3:15-cv-00846 | Cunningham v. Rapid Response Monitoring Services, Inc. et al | filed 07/31/15 | |
| 3:15-cv-00847 | Cunningham v. Enagic USA, Inc. et al | filed 07/31/15 | |
| 3:15-cv-00893 | Cunningham v. National Payment Systems LLC et al | filed 08/17/15 | closed 01/27/16 |
| 3:15-cv-00894 | Cunningham v. Ignite Capital, LLC et al | filed 08/17/15 | closed 03/02/16 |
| 3:15-cv-00929 | Cunningham v. The Altitude Group, LLC et al | filed 08/25/15 | closed 09/22/15 |
| 3:15-cv-00957 | Cunningham v. Rapid Capital Finance et al | filed 09/04/15 | closed 05/12/17 |
| 3:15-cv-00989 | Cunningham v. Trilegiant Corporation et al | filed 09/14/15 | closed 09/01/16 |
| 3:16-cv-00222 | Cunningham v. Shoutpoint, Inc. et al | filed 02/16/16 | |
| 3:16-cv-00223 | Cunningham v. Vanderbilt University, The et al | filed 02/16/16 | |
| 3:16-cv-01673 | Cunningham v. Alpha Recovery Corporation | filed 07/07/16 | closed 10/31/16 |
| 3:16-cv-01675 | Cunningham v. Enhanced Recovery Company, LLC | filed 07/07/16 | |
| 3:16-cv-01676 | Cunningham v. Collecto, Inc. et al | filed 07/07/16 | closed 05/24/17 |
| 3:16-cv-01677 | Cunningham v. Focus Receivalbes Management, LLC | filed 07/07/16 | |
| 3:16-cv-01678 | Cunningham v. Credit Pros International Corporation et al | filed 07/07/16 | closed 11/15/16 |
| 3:16-cv-02283 | Cunningham v. Spectrum Tax Relief, LLC et al | filed 08/26/16 | |
| 3:16-cv-02284 | Cunningham v. Local Lighthouse Corp et al | filed 08/26/16 | |
| 3:16-cv-02285 | Cunningham v. First Class Vacations, Inc. et al | filed 08/26/16 | |
| 3:16-cv-02299 | Cunningham v. Zoccali et al | filed 09/01/16 | closed 11/03/16 |
| 3:16-cv-02468 | Cunningham v. Pratt et al | filed 09/09/16 | |

| | | |
|---|---|---|
| 3:16-cv-02500 | Cunningham v. Seven90, LLC et al | filed 09/19/16 |
| 3:16-cv-02629 | Cunningham v. Rapid Capital Funding, LLC/RCF et al | filed 10/05/16 |
| 3:16-cv-02921 | Cunningham v. Sunshine Consulting Group, LLC et al | filed 11/16/16 |
| 3:16-cv-02922 | Cunningham v. Jacovetti et al | filed 11/16/16   closed 03/31/17 |
| 3:17-cv-00151 | Cunningham v. Health Plan Intermediaries Holdings, LLC et al | filed 01/20/17   closed 02/06/17 |
| 3:17-cv-00152 | Cunningham v. Foresters Financial Services, Inc. et al | filed 01/20/17   closed 02/06/17 |
| 3:17-cv-00392 | Cunningham v. Mitchell et al | filed 02/24/17 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/01/2017 14:49:42 | | | |
| PACER Login: | ab0165 | Client Code: | 49399 |
| Description: | Search | Search Criteria: | Last Name: cunningham First Name: craig |
| Billable Pages: | 2 | Cost: | 0.20 |