UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

    Plaintiff,

v.

MICHAEL MONTES, Tollfreezone.com, Inc., Mydataguys.com, LLC, Podmusicgear.com, Inc., Tollfreezone.com, Inc., dba Docauditor.com, Tollfreezone.com, Inc., dba Mobile Trackme, Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

    Defendants.

Case No. 16-cv-761

## DECLARATION OF MICHAEL MONTES

I, Michael Montes, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an owner of several small businesses, tollfreezone.com, Inc., mydataguys.com, LLC, podmusicgear.com, Inc., and emailmyvmail.com, Inc. I am not a resident of the State of Wisconsin and none these businesses were formed, are located in, or transact business in the State of Wisconsin. I make this declaration based on my personal knowledge and the records maintained by these businesses.

2. In late November 2016, I spoke on the phone with a St. Croix County sheriff's deputy who was attempting to serve a lawsuit upon me at a property at 1731 50th St., Somerset, Wisconsin. I advised the officer the property is a rental property and I do not live there or anywhere else in Wisconsin. In talking with the deputy, I came to believe the deputy was trying to serve a lawsuit that had been filed against me by Craig Cunningham in the United States District Court for the Middle District of Tennessee. At this time I was unaware that Cunningham

had filed a separate lawsuit in the United States District Court for the Western District of Wisconsin.

3.  The property at 1731 50th St., Somerset, Wisconsin, is owned by a trust, which is reflected on the property tax record for this address stating the property is owned by "Montes, Michael and Amy TR." A true and correct copy of the online property tax record is attached hereto as Exhibit A.

4.  In late May 2017, I was informed by one of the other defendants in the lawsuit filed in the United States District Court for the Middle District of Tennessee that Cunningham had filed the present lawsuit and was now seeking the entry of a default judgment. I immediately contacted and retained legal counsel to represent me and my companies in the action.

5.  The Defendants have a meritorious defense to the Plaintiff's Complaint. The majority of the companies sued have nothing to do with phone call dialing operations. Podmusicgear.com, Inc., is an apparel manufacturer that makes hats embedded with speakers. Emailmyvmail.com, Inc., is a cell phone application that will record a user's cell phone calls. Mydataguys.com, LLC, sells business to business data. The Complaint also makes reference to Mobiletrackme.com and Docauditor.com. These domain names are simply domain names and are not operational businesses. Tollfreezone.com, Inc., is a legal entity that runs an online platform for use by others to place auto dialed phone calls. It does not select or control the phone numbers that are called by those who contract to use the system. Users enter their own phone numbers to call, load their own message to send out, set their own times and dates to call out, and determine if they need to exclude numbers listed on the federal do not call list or exclude cell phone numbers. Typical users include political candidates, political associations, municipalities, and school districts that need to transmit emergency notifications.

6. I have not personally called any of the phone numbers listed in "Plaintiff's Affidavit of Phone Calls and Damages in this Case." I have also had no involvement in the selection of any phone numbers called by any person or entity using the online dialing platform provided by tollfreezone.com, Inc.

### VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Dated June 1, 2017.



Michael Montes