UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

    Plaintiff,

  v.

MICHAEL MONTES, Tollfreezone.com, Inc.,               Case No. 16-cv-761
Mydataguys.com, LLC, Podmusicgear.com, Inc.,
Tollfreezone.com, Inc., dba Docauditor.com,
Tollfreezone.com, Inc., dba Mobile Trackme,
Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

    Defendants.

---

## CERTIFICATE OF SERVICE

I hereby certify that the undersigned electronically filed the below documents through the Court's ECF system. I hereby also certify that I have mailed by U.S. Express Mail on this date the below documents to the following non-ECF participant:

Craig Cunningham
5543 Edmondson Pike, Ste. 248
Nashville, TN 37211

1. Notice of Appearance
2. Answer and Affirmative Defenses of All Defendants Except John and Jane Does 1-10
3. Motion to Set Aside Default and Extend Time for Filing Responsive Pleadings
4. Brief in Support of Motion to Set Aside Default and Extend Time for Filing Responsive Pleadings and in Opposition to Plaintiff's Motion for Default Judgment
5. Declaration of Michael Montes
6. Declaration of Kevin Trost
7. Motion to Dismiss Plaintiff's Complaint

Dated this 2nd day of June, 2017.

                                              s/Andrea V. Roth