# COURTROOM MINUTES
# CIVIL

DATE: 6/20/2017  DAY: Tuesday  START TIME: 8:13 AM  END TIME: 8:22 AM
JUDGE/MAG.: J. Peterson  CLERK: K. Frederickson  REPORTER: C. Seeman
CASE NO.: 16-cv-761-jdp  CASE NAME: Craig Cunningham v. Michael Montes et al

**APPEARANCES:**

PLAINTIFF(S): Craig Cunningham (by phone)     DEFENDANT(S): Kevin Trost

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☒ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☐ OTHER:

Good cause not found to set aside default

Mr. Montes ordered to provide jurisdictional discovery; submissions due by July 5, 2017

Default hearing continued until July 18, 2017 at 8:00 am

Default to be entered if the court finds personal jurisdiction over Mr. Montes

TOTAL COURT TIME: 9 min.