UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

      Plaintiff,

v.

MICHAEL MONTES, Tollfreezone.com, Inc., Mydataguys.com, LLC, Podmusicgear.com, Inc., Tollfreezone.com, Inc., dba Docauditor.com, Tollfreezone.com, Inc., dba Mobile Trackme, Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

      Defendants.

Case No. 16-cv-761

---

### DECLARATION OF KEVIN TROST

---

I, Kevin Trost, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a licensed attorney in the State of Wisconsin and am one of the attorneys representing the Defendants in this lawsuit. I make this affidavit based upon my personal knowledge of the facts set forth herein.

2. Attached as Exhibit A is a true and correct copy of an Order issued on July 14, 2017, by the United States District Court for the Middle District of Tennessee in *Cunningham v. Select Student Loan Help, LLC*, Case No. 15-CV-554.

3. Attached as Exhibit B is a true and correct copy of a portion of an Amended Complaint filed on March 22, 2016, in the United States District Court for the Middle District of Tennessee in *Cunningham v. Select Student Loan Help, LLC*, Case No. 15-CV-554.

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Dated July 17, 2017.

_____
Kevin Trost