## COURTROOM MINUTES
## CIVIL

DATE: 7/18/17    DAY: Tuesday    START TIME: 8:06 AM    END TIME: 8:38 AM

JUDGE/MAG.: Peterson    CLERK: Nelson    REPORTER: LS

CASE NO.: 16-cv-761-jdp    CASE NAME: Craig Cunningham v. Michael Montes, et al.

**APPEARANCES:**

PLAINTIFF(S): Craig Cunningham (pro se)    DEFENDANT(S): Attorney Kevin Trost

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☒ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☐ OTHER: _____

Court finds plaintiff appropriately accomplished service on defendants.

Court finds defendant Montes has substantial activities in WI, therefore court has personal jurisdiction over this case.

Plaintiff entitled to default judgment against defendants.

Plaintiff awarded statutory non-willfull violations of TCPA in the amount of $176,000 plus $450.00 costs.

Default Judgment entered against defendants joint and several in the amount of $176,450

Plaintiff moves for Emergency TRO.

Court orders any Wells Fargo accounts in name of any defendant are frozen.

Defendant may make a motion for release of funds on necessity.

Plaintiff may make a motion for funds in the amount of the default judgment award to be held in court registry.

TOTAL COURT TIME: 32"