IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

    Plaintiff,

v.

MICHAEL MONTES,
TOLLFREEZONE.COM, INC.,
MYDATAGUYS.COM, LLC,
PODMUSICGEAR.COM, INC.,
EMAILMYVMAIL.COM, INC., and
JOHN/JANE DOE 1-10,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-761-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that:

(1) Defendants John/Jane Doe 1-10 are dismissed from this case;

(2) Judgment is entered in favor of plaintiff Craig Cunningham against defendants Michael Montes, Tollfreezone.com, Inc., Mydataguys.com, LLC, PODmusicgear.com, Inc., and emailmyvmail.com, Inc., jointly and severally, in the amount of $176,450 together with interest; and

(3) All Wells Fargo bank accounts in the name of defendants Tollfreezone.com, Inc., PODmusicgear.com, Inc., Mydataguys.com, LLC., and Emailmyvmail.com,

Inc., are frozen. Defendants are restrained and enjoined from withdrawing or transferring funds in these accounts until further order of the court.

Approved as to form this __19TH__ day of July, 2017.

_____
James D. Peterson
District Judge

_____ _____7/19/17_____
Peter Oppeneer, Clerk of Court    Date