UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

       Plaintiff,

v.

MICHAEL MONTES, Tollfreezone.com, Inc.,
Mydataguys.com, LLC, Podmusicgear.com, Inc.,
Tollfreezone.com, Inc., dba Docauditor.com,
Tollfreezone.com, Inc., dba Mobile Trackme,
Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

       Defendants.

Case No. 16-cv-761

---

## NOTICE OF APPEAL

---

NOW COME all Defendants, except John and Jane Does 1-10, by and through their attorneys, Axley Brynelson, LLP, by Kevin D. Trost, and provide notice that they hereby appeal the decision of the District Court rendered on July 18, 2017, resulting in the entry of a default judgment against these defendants to the United States Court of Appeals for the Seventh Circuit.

Dated this 25th day of July, 2017.

                          AXLEY BRYNELSON, LLP

                          *s/ Kevin D. Trost*
                          Kevin D. Trost, State Bar No. 1028231
                          Attorneys for Defendants
                          P.O. Box 1767
                          Madison, WI  53701-1767
                          Tel: (608) 257-5661/Fax: (608) 257-5444
                          E-mail:  ktrost@axley.com