UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

        Plaintiff,

v.

MICHAEL MONTES, Tollfreezone.com, Inc.,
Mydataguys.com, LLC, Podmusicgear.com, Inc.,
Tollfreezone.com, Inc., dba Docauditor.com,
Tollfreezone.com, Inc., dba Mobile Trackme,
Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

        Defendants.

Case No. 16-cv-761

---

**OBJECTION TO PLAINTIFF'S
MOTION FOR ISSUANCE OF SUBPOENAS**

---

        NOW COME all Defendants, except John and Jane Does 1-10, by and through their attorneys, Axley Brynelson, LLP, by Kevin D. Trost, and request the court deny the plaintiff's motion seeking the issuance of subpoenas for the following reasons:

        1.    Defendants have filed a notice of appeal regarding the court's decision resulting in an entry of judgment. *Olympia Equipment Leasing Co. v. Western Union Tel. Co*., 786 F.2d 794 (7th Cir. 1986).

        2.    Amy Montes is not a defendant in this lawsuit and no judgment has been entered against her. No subpoena concerning her accounts is proper.

        Dated this 25th day of July, 2017.

        AXLEY BRYNELSON, LLP

        *s/ Kevin D. Trost*
        Kevin D. Trost, State Bar No. 1028231
        Attorneys for Defendants
        P.O. Box 1767

Madison, WI  53701-1767
Tel: (608) 257-5661/Fax: (608) 257-5444
E-mail:  ktrost@axley.com