UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM

       Plaintiff/Creditor,

vs.

Case No.: 16-cv-761

MICHAEL MONTES,
TOLLFREEZONE.COM, INC.
MYDATAGUYS.COM, INC.
PODMUSICGEAR.COM, INC.

       Defendants/Debtors

and

ETRADE SECURITIES, LLC.,

       Garnishee Defendant.

## ORDER GRANTING MOTION FOR WRIT OF GARNISHMENT – ETRADE

Upon review of the motion for writ of garnishment filed with this Court by the Plaintiff, Craig Cunningham,

IT IS HEREBY ORDERED that the Plaintiff's motion for a writ of garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of garnishment to the Garnishee Defendant, Etrade Securities, LLC.

Entered this 27TH day of OCTOBER, 2017.

BY THE COURT:

_____
Honorable James D. Peterson
United States District Court Judge