UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

        Plaintiff,

v.

MICHAEL MONTES, Tollfreezone.com, Inc., Mydataguys.com, LLC, Podmusicgear.com, Inc., Tollfreezone.com, Inc., dba Docauditor.com, Tollfreezone.com, Inc., dba Mobile Trackme, Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

        Defendants.

Case No. 16-cv-761

---

## MOTION TO STAY POST-JUDGMENT
## COLLECTION ACTIONS PENDING APPEAL

---

NOW COME Defendants-Appellants, Michael Montes, Tollfreezone.com, Inc., Mydataguys.com, LLC, Podmusicgear.com, Inc., and Emailmyvmail.Com, Inc., by and through their attorneys, Axley Brynelson, LLP, by Kevin D. Trost, and move the court pursuant to Fed. R. Civ. P. 62(c) for an order staying post-judgment activities by the Plaintiff-Appellee, including the recently issued garnishments, pending resolution of the appeal to the Seventh Circuit Court of Appeals. This motion is supported by the pleadings of record and the supporting memorandum of law submitted herewith.

Dated this 17th day of November, 2017.

        AXLEY BRYNELSON, LLP

        *s/ Kevin D. Trost*
        Kevin D. Trost, State Bar No. 1028231
        Attorneys for Defendants
        P.O. Box 1767
        Madison, WI 53701-1767
        Tel: (608) 257-5661/Fax: (608) 257-5444
        e-mail: ktrost@axley.com