**STATE OF WISCONSIN, DISTRICT COURT, WESTERN DISTRICT OF WISCONSIN**

Creditor: CRAIG CUNNINGHAM -VS-
Debtor: MICHAEL MONTES, TOLLFREEZONE.COM, INC. MYDATAGUYS.COM, INC. PODMUSICGEAR.COM, INC
and

Garnishee: FIRST DATA MERCHANT SERVICES CORP.

**Non-Earnings Garnishment Garnishee Answer**

Case No. 16-CV-761

The garnishee states:

1. The garnishee    does    **does not**    have control or possession of property belonging to the debtor.
   Description: _____

   Gross value of property ................................. $ _____

   Less exemption, if any, required by law ....................... $ _____

   TOTAL AMOUNT SUBJECT TO GARNISHMENT ............ $ 0

2. The garnishee    is    **is not**    indebted to the debtor for agricultural products grown or produced by the debtor or minor children.
   Description: _____

   Gross amount owed ..................................... $ _____

   Less exempt amount per §812.18(2m)(b), Wis. Stat. ... $ _____

   TOTAL AMOUNT SUBJECT TO GARNISHMENT ............ $ 0

3. The garnishee    is    **is not**    indebted to the debtor for reasons other than the sale of agricultural products.
   Description: _____

   Gross amount owed ..................................... $ _____

   Less exemption, if any, required by law ....................... $ _____

   TOTAL AMOUNT SUBJECT TO GARNISHMENT ............ $ 0

4. The total amount of the indebtedness or property retained for the court is .......................... $ 0

Within the time period given in the summons:

- File the original with Clerk of Circuit Court at:

Prepared by: VASHTI RAMDEEN
▶ _Vashti Ramdeen_ (Signature)

Name and Title Printed or Typed

11/15/17
Date

- Serve a copy on creditor's attorney or creditor and on the debtor.

SC-302/CV-302, 05/13 Non-Earnings Garnishment Garnishee Answer          §§799.01(1)(d)2, 812.11 and 812.14, Wisconsin Statutes
**This form shall not be modified. It may be supplemented with additional material.**

# First Data.

DOC NO
REC'D/FILED

2017 NOV 20  AM 10: 37

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Phone: 954 845 4571
Fax: 954 845 5550

November 15, 2017

Via First Class Mail

The Clerk
United States District Court
120 N Henry Street
Room 320
Madison, WI 53703

Re: Case Number: 16-cv-761 – Craig Cunningham v Michael Montes; Tollfreezone.com, Inc.; Mydataguys.com, Inc.; and Podmusicgear.com, Inc.

Dear Clerk:

Enclosed please find First Data Merchant Services (FDMS) Answer of Garnishee served in the captioned matter. As stated in the Answer, FDMS do not have any open/active accounts in the name of any of the above debtors.

Should you require any additional information or clarification, please do not hesitate to contact me. Thank you for your attention to this matter.

Sincerely,

Vashti Ramdeen
Manager, Legal Department

Enclosure

cc:   Roger Sage
      30 West Mifflin Street
      Suite 1001
      Madison, WI 53703
      Attorneys for Plaintiff/Judgment Creditor

cc:   Michael Montes
      Tollfreezone.com, Inc.
      Mydataguys.com, Inc.
      Podmusicgear.com, Inc.
      1731 50th Street
      Somerset, WI 54025