UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM

       Plaintiff,

vs.

       Case No.: 16-cv-761

MICHAEL MONTES,
TOLLFREEZONE.COM, INC.
MYDATAGUYS.COM, INC.
PODMUSICGEAR.COM, INC.

       Defendants.

## ORDER GRANTING WRIT OF EXECUTION

Upon review of the Writ of Execution to the Sheriff of St. Croix County filed with this Court by the plaintiff, Craig Cunningham,

IT IS HEREBY ORDERED that the plaintiff's motion for writ of execution is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of execution to the Defendants.

Entered this_____day of_____, 2017.

       BY THE COURT:

       _____
       Honorable James D. Peterson
       United States District Court Judge