UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF WISCONSIN

CRAIG CUNNINGHAM,           )
                            )
                            )
              Plaintiff,    )
                            )
v.                          )     Case No. 16-CV-761
                            )
MICHAEL MONTES,             )
TOLLFREEZONE.COM, INC.,     )
MYDATAGUYS.COM, LLC,        )
PODMUSICGEAR.COM, INC.,     )
                            )
              Defendants.   )

## WRIT OF EXECUTION TO SHERIFF OF ST. CROIX COUNTY

```
Craig Cunningham
5543 Edmondson Pike #248
Nashville, TN 37211
```

vs.

```
Michael Montes
1731 50th Street
Somerset, WI 54025
```

Amount of Judgment:  
$176,450.00

Date of Entry of Judgment:  
7/19/2017

Date Docketed:  
7/19/2017

Remarks/Description of property to be returned to the creditor:

Parcel 1: Lot 5 of Certified Survey Map filed in Volume 13, page 3721 Document No. 610408 located in part of the NW 1/4 of the SW 1/4 and in part of the SW 1/4 of the SW 1/4 of Section 4, T30N, R19W, Town of Somerset, St. Croix County, Wisconsin; Being Lots 1 and 2 of a Certified Survey Map recorded in Volume 6, page 1742

Parcel 2: Lot 7, Croone's Addition in the Town of Somerset, St. Croix County, Wisconsin

Parcel Identification Number: 032-2015-95-200  
                             032-2016-10-100  
                             032-2140-10-000

ADDRESS: 1731 50TH Street  
                Somerset, WI 54025

**TO THE SHERIFF OF ST. CROIX COUNTY:**
You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

Return this execution to the U.S. Clerk of Court for the Western District of Wisconsin:

> U. S. Clerk of Court
> Western District of Wisconsin
> 120 N. Henry Street
> Madison, WI 53703

**TO THE JUDGMENT DEBTOR:**
You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the sheriff's schedule from the levy.

Seal

U.S. Clerk of Court:

_____  12/20/2017      Peter Oppeneer  12/28/17
Current Judgment Owner / Attorney    Date         Peter Oppeneer    Date

Sheriff's Endorsement of Receipt

Date Received:

Time Received:

| To be completed by creditor or attorney. | |
|---|---|
| Net due from above | $176,450.00 |
| Interest due to date of 12/20/2017 | $1,265.61 |
| Total balance due to date of 12/20/2017 | $177,715.61 |

To be completed by sheriff.

**Total amount due upon execution: $_____ including sheriff's fees.**