UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

In re: Craig Cunningham,

        Plaintiff,

Michael Montes,

        Defendant.

Case No. 16 CV 761

## MOTION TO WITHDRAW AS ATTORNEY

Attorney Roger Sage hereby moves the court to be allowed to withdraw as attorney of record for plaintiff Craig Cunningham in this matter.

Dated: February 27, 2018.

                                        Roger Sage, attorney for
                                        Craig Cunningham

Attorney Roger Sage
State Bar No. 01009033
30 W. Mifflin Street, Suite 1001
Madison, WI 53703
Telephone: (608) 258-8855