# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

**CERTIFIED COPY**
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

February 21, 2018

Before:  JOEL M. FLAUM, Circuit Judge
         FRANK H. EASTERBROOK, Circuit Judge
         DANIEL A. MANION, Circuit Judge

| No. 17-2516 | CRAIG CUNNINGHAM, Plaintiff - Appellee<br><br>v.<br><br>MICHAEL MONTES, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:16-cv-00761-jdp<br>Western District of Wisconsin<br>District Judge James D. Peterson ||

The judgment of the District Court is **VACATED** and the case is **REMANDED** in accordance with the decision of this court entered on this date. Appellants recover their costs.

form name: **c7_FinalJudgment**(form ID: **132**)