UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

      Plaintiff,

v.

MICHAEL MONTES, Tollfreezone.com, Inc., Mydataguys.com, LLC, Podmusicgear.com, Inc., Tollfreezone.com, Inc., dba Docauditor.com, Tollfreezone.com, Inc., dba Mobile Trackme, Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

      Defendants.

Case No. 16-cv-761

## AFFIDAVIT OF KEVIN TROST IN SUPPORT OF MOTION FOR ORDER TO RETURN GARNISHED FUNDS

STATE OF WISCONSIN  )
                              ) ss.
COUNTY OF DANE      )

Kevin Trost, being first duly sworn under oath, deposes and states as follows:

1.     I am legal counsel for Defendants and make this affidavit based upon my personal knowledge of the facts set forth herein.

2.     Attached as Exhibit A is a true and correct copy of a printout of proceedings in Case No. 2017-25050 in the Court of Common Pleas of Montgomery County, Pennsylvania.

3.     Attached as Exhibit B is true and correct copy of a letter dated March 5, 2018, transmitted by e-mail and U.S. Mail to Plaintiff Craig Cunningham.

_____
Kevin D. Trost

Subscribed and sworn to before me
this 20th day of March, 2018.

_____
Notary Public, State of Wisconsin
My commission: expires 9-20-21

2