

AXLEY BRYNELSON, LLP

• • • • • •

KEVIN D. TROST
(608) 283-6747
ktrost@axley.com

March 5, 2018

*Via E-Mail and U.S. Mail*

Craig Cunningham
5543 Edmondson Pike, Ste. 248
Nashville, TN 37211

Re:   *Cunningham v. Montes, et al.*
      Western District Case No. 16 cv 761
      Our File No. 22331.78257

Dear Mr. Cunningham:

It has come to our attention that you obtained a transcript of the judgment entered in the United States District Court for the Western District of Wisconsin and recorded the judgment in the Court of Common Pleas of Montgomery County, Pennsylvania (Case No. 2017-25050). You thereafter issued a Writ of Execution to Wells Fargo Bank, N.A., and obtained funds in the amount of $9,634.96 from accounts at Wells Fargo belonging to the Defendants. With the judgment in the Western District of Wisconsin having been vacated, there is no legal basis for you to retain these funds of the defendants. Please return the funds to Defendants at the address of their legal counsel within the next seven days. In the event of your failure to do so, we will raise this issue with the District Court.

Thank you for your anticipated cooperation with this request.

Sincerely,

AXLEY BRYNELSON, LLP

Kevin D. Trost
KDT/avr

EXHIBIT B