IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

CRAIG CUNNINGHAM
    Plaintiff
  v.
MICHAEL MONTES,
Emailmyvmail.com, Inc.
Tollfreezone.com, Inc.
Mydataguys.com LLC
Podmusicgear.com, Inc.
    Defendants
and WELLS FARGO BANK, N.A.,
    Garnishee

NO. 2017-25050

## AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF PHILADELPHIA

JON C. SIRLIN, ESQUIRE, being first duly sworn, under oath states that:

1. I am outside counsel for Garnishee, Wells Fargo Bank, N.A., and handle Writs of Execution served on Wells Fargo Bank, N.A. I am a member in good standing of the Bar of the Supreme Court of the Commonwealth of Pennsylvania since 1973.

2. In October of 2017, a Writ of Execution was served on Wells Fargo Bank, N.A. requiring Wells Fargo Bank, N.A. not to pay any debt to or on behalf of Debtors and to hold any such funds subject to the Writ.

3. Wells Fargo Bank, N.A. proceeded properly pursuant to Pennsylvania law, to disclose the amount of the debt owed to Debtors via Answers to Garnishment Interrrogatories.

4. Pursuant to Pennsylvania law, Plaintiff filed a Praecipe to Enter Judgment against Garnishee based upon such disclosure in the Answers in December 2017 seeking $9,284.96.

5.  Wells Fargo Bank, N.A. properly honored the judgment against it and ordered a check on December 13, 2017 for $9,134.96 payable to Plaintiff.

6.  Wells Fargo Bank, N.A. through counsel provided the check to Plaintiff, and Plaintiff satisfied the judgment against Garnishee.

_____
JON C. SIRLIN, ESQUIRE
Attorney for Garnishee,
Wells Fargo Bank, N.A.

Sworn to and Subscribed
before me this 15 day
of MARCH, 2018.

_Helen M. DiNote_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Helen M. DiNote, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 6, 2019

MY COMMISSION EXPIRES:
2-6-19