UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

    Plaintiff,

v.

MICHAEL MONTES, Tollfreezone.com, Inc.,           Case No. 16-cv-761
Mydataguys.com, LLC, Podmusicgear.com, Inc.,
Tollfreezone.com, Inc., dba Docauditor.com,
Tollfreezone.com, Inc., dba Mobile Trackme,
Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

    Defendants.

---

## CERTIFICATE OF SERVICE

---

    I hereby certify that I have mailed the below document to the Plaintiff on today's date, as follows:

Craig Cunningham
5543 Edmondson Pike, Ste. 248
Nashville, TN 37211

**<u>Defendants' Notice of Evidence for Evidentiary Hearing</u>**

    Dated this 17th day of May, 2018.

                                          s/Andrea V. Roth