# COURTROOM MINUTES
# TRIAL/EVIDENTIARY HEARING

DATE: 5/24/2018　　DAY: Thursday　　START TIME: 9:07 AM　　TOTAL HOURS: 1'03"

JUDGE/MAG.: Peterson　　CLERK: Nelson　　REPORTER: Swenson

PROBATION OFFICER: ___　　INTERPRETER: ___　　SWORN: YES ☐　NO ☐

CASE NUMBER: 16-cv-761-jdp　　CASE NAME: Craig Cunningham v. Michael Montes, et al.

**APPEARANCES:**

PLAINTIFF(S): Craig Cunningham

DEFENDANT(S): Kevin Trost; Michael Montes

PROCEEDINGS: Evidentiary Hearing

### PLAINTIFF(S) WITNESS
1. Craig Cunningham

### DEFENDANT(S) WITNESS
1. Michael Montes

### PLAINTIFF(S) DISPOSITIVE MOTION(S)

### DEFENDANT(S) DISPOSITIVE MOTION(S)

ADJOURNMENT: 10:10 AM