UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

        Plaintiff,

   -vs-                       Case No. 16-cv-761

MICHAEL MONTES,
Tollfreezone.com, Inc.,
Mydataguys.com, LLC,
Podmusicgear.com, Inc.,
Tollfreezone.com, Inc.,
dba Docauditor.com,
Tollfreezone.com, Inc.,
dba Mobile Trackme,
Emailmyvmail.com, Inc., and
John and Jane Does 1-10,

        Defendants.

---

        Deposition of MICHAEL J. MONTES,

taken at the instance of the Plaintiff, under and

pursuant to Federal Rule of Civil Procedure 30, before

Sarah F. Pelletter, RPR, a Notary Public in and for the

State of Wisconsin, at Axley Brynelson, LLP,

Two East Mifflin Street, Suite 200, Madison, Wisconsin,

on January 14, 2019, commencing at 9:55 a.m. and

concluding at 1:36 p.m.



```
 1                A P P E A R A N C E S

 2


 3   LAW OFFICES OF TODD M. FRIEDMAN, by
     MR. DAVID B. LEVIN,
 4   333 Skokie Boulevard, Suite 103,
     Northbrook, Illinois  60062,
 5          appeared on behalf of the Plaintiff.

 6

 7   AXLEY BRYNELSON, LLP, by
     MR. KEVIN D. TROST,
     Two East Mifflin Street, Suite 200,
 8   Madison, Wisconsin  53703,
            appeared on behalf of the Defendants.
 9

10   Also present:  Craig R. Cunningham

11

12


13                  I N D E X

14
     Examination:                            Page
15
     By Mr. Levin                              4
16   By Mr. Trost                            116
     By Mr. Levin                            119
17

18   Exhibits Identified:                    Page

19   1    Subpoena to produce documents, information,   22
          or objects or to permit inspection of
20        premises in a civil action

21   2    Autodialer123.com signup form          23

22   3    Service terms of use from the website    26
          Autodialer123.com
23
     4    Print screen from Autodialer123.com website   28
24
     5    Print screen from Your Mississippi Courts   61
25        website
```

2

1  6    New Release entitled *Presley Announces*          64
2       *$440,000 Fine for Alleged No Call*
        *Violations*

3  7    Email dated 1/7/19 to Kevin Trost from            76
        David Levin attaching list of links to
4       instructional YouTube videos

5

6    (The original exhibits were attached to the original
        transcript and PDFs were provided to counsel)
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
        (The original transcript was filed with
25           Mr. David B. Levin)

3

|       |    |                                                    |
|-------|----|----------------------------------------------------|
|       | 1  | MICHAEL J. MONTES, called as a                     |
|       | 2  | witness, being first duly sworn, testified on      |
|       | 3  | oath as follows:                                   |
|       | 4  | EXAMINATION                                        |
| 09:55AM | 5  | BY MR. LEVIN:                                     |
|       | 6  | Q   Good morning.  Could you please state your full |
|       | 7  | name for the record.                               |
|       | 8  | A   Michael James Montes.                          |
|       | 9  | Q   And what is your date of birth, Mr. Montes?    |
| 09:55AM | 10 | A   5/14/1968.                                    |
|       | 11 | Q   What is your current home address?             |
|       | 12 | A   135 Riverview Road, Fort Myers, Florida 33905. |
|       | 13 | Q   Do you own or rent at that residence?          |
|       | 14 | A   Rent.                                          |
| 09:56AM | 15 | Q   How long have you resided there?             |
|       | 16 | A   Since June of last year.                       |
|       | 17 | Q   June of 2018?                                  |
|       | 18 | A   Uh-huh.                                         |
|       | 19 | MR. TROST:  Is that yes?                           |
| 09:56AM | 20 | A   Yes.                                          |
|       | 21 | Q   Have you ever given a deposition before?       |
|       | 22 | A   Yes.                                           |
|       | 23 | Q   How many times?                                |
|       | 24 | A   Twice, I think.                                |
| 09:56AM | 25 | Q   Can you tell me what kind of cases those were? |

4

|         |    |   |                                                    |
|---------|----|---|----------------------------------------------------|
|         | 1  | A | Well, one was a very similar case that             |
|         | 2  |   | Mr. Cunningham sent against me in Tennessee.        |
|         | 3  | Q | And what about the other one?                       |
|         | 4  | A | The other one I don't remember, it was so long      |
| 09:56AM | 5  |   | ago.                                               |
|         | 6  | Q | Approximately how long ago?                         |
|         | 7  | A | Years.  I don't even remember.                      |
|         | 8  | Q | Do you remember what the deposition was about,      |
|         | 9  |   | what your --                                       |
| 09:56AM | 10 | A | It was for a suit against a friend of mine in a     |
|         | 11 |   | lease issue.                                        |
|         | 12 | Q | So how were you involved in that case?              |
|         | 13 | A | I was on the corporate papers, so they wanted to    |
|         | 14 |   | ask me some questions.                              |
| 09:57AM | 15 | Q | Where was that case pending, in what state?         |
|         | 16 | A | Irvine, California, I think.                         |
|         | 17 | Q | Do you know if it was in state court or federal     |
|         | 18 |   | court?                                             |
|         | 19 | A | I don't remember.  It settled out, so it didn't     |
| 09:57AM | 20 |   | matter.                                            |
|         | 21 | Q | Did that deposition have anything to do with your   |
|         | 22 |   | telemarketing businesses?                           |
|         | 23 | A | No.                                                |
|         | 24 | Q | Okay.  Well, if you've given a deposition before,   |
| 09:58AM | 25 |   | you may have already heard some of what I'm going   |

5

1    to tell you.  Your attorney might have already

2    told you some of this, but just for the record, a

3    few ground rules for today's deposition to

4    hopefully make things go smoother for everybody.

09:58AM    5         So, first of all, it's important that we

6    don't talk over each other.  Please allow me to

7    finish my questions before you begin to answer.

8    It's to make sure that you are clear on exactly

9    what I'm asking you, of course.  And I will afford

09:58AM    10    you the same courtesy with your answers before I

11    begin my next question.  It's also very difficult

12    for the court reporter to take things down if

13    we're both talking over each other.

14         In addition, if you don't understand

09:58AM    15    something I'm asking you, and you want me to

16    repeat it or rephrase it in some way, I'm happy to

17    try to do that for you, and/or we can have the

18    court reporter read it back so, again, you're sure

19    what you're being asked.

09:58AM    20         Please answer your questions out loud as

21    opposed to nods of the head, and, as you just did,

22    we can't use answers such as uh-huh or uh-uh.  In

23    normal conversation, it's very clear, and people

24    are used to speaking like that, but we're trying

09:59AM    25    to create a record.  And so that it's clear, if

6

|  | | |
|---|---|---|
| | 1 | it's a yes-or-no question, please answer yes or |
| | 2 | no. |
| | 3 | Also, if you need a break, feel free to ask, |
| | 4 | as long as there's no questions pending, or I may |
| 09:59AM | 5 | be in the middle of a line of questioning, I may |
| | 6 | want to finish up a couple more questions, but we |
| | 7 | can take a break at any time, if you need to. |
| | 8 | Did you review any documents or records in |
| | 9 | preparing for your deposition today? |
| 09:59AM | 10 | A  I did. |
| | 11 | Q  What did you review? |
| | 12 | A  My last deposition. |
| | 13 | Q  Was that the one from the case in Tennessee? |
| | 14 | A  Correct. |
| 09:59AM | 15 | Q  Did you review anything else? |
| | 16 | A  No. |
| | 17 | Q  Other than your attorney, did you discuss this |
| | 18 | case with anybody before your deposition today? |
| | 19 | A  My wife. |
| 09:59AM | 20 | Q  In what context were you discussing it with your |
| | 21 | wife? |
| | 22 | A  My travel plans, letting her know I had to come |
| | 23 | give a deposition. |
| | 24 | Q  Do you believe she has any knowledge that's |
| 10:00AM | 25 | relevant to the allegations in this case? |

7

```
 1   A   No.
 2   Q   Anyone else you've discussed the case with before
 3       your deposition today?
 4   A   Nope.
 5   Q   You mentioned that Mr. Cunningham had filed
 6       another lawsuit against you in Tennessee.  Other
 7       than that case, have you ever been a party to a
 8       lawsuit before today -- before this case, excuse
 9       me?
10   A   Evidently, a couple of states have sued me, but I
11       wasn't a party to it.
12   Q   Are those cases in Missouri and Mississippi?
13   A   Correct.
14   Q   Okay.  We'll get to that in a little bit.  Have
15       you ever personally been a defendant in any other
16       kind of lawsuit?
17   A   No.
18   Q   Have you ever been a party to a divorce
19       proceeding?
20   A   No.
21   Q   Bankruptcy?
22   A   Nope.
23   Q   Have you ever been a plaintiff in a lawsuit; have
24       you sued somebody to recover money?
25   A   Never.
```

10:00AM (line 5), 10:00AM (line 10), 10:01AM (line 15), 10:01AM (line 20), 10:01AM (line 25)

8

|  |  |  |
|---|---|---|
| 1 | Q | Other than the case you mentioned in Irvine, |
| 2 |  | California, have you ever testified as a witness |
| 3 |  | in any other lawsuit? |
| 4 | A | No. |
| 5 | Q | Have you ever been convicted of a felony? |
| 6 | A | Nope. |
| 7 | Q | Have you ever been convicted of any crimes |
| 8 |  | involving dishonesty, such as theft, fraud, |
| 9 |  | anything of that nature? |
| 10 | A | No. |
| 11 | Q | Are you under the influence of any alcohol or |
| 12 |  | medications today that might affect your ability |
| 13 |  | to answer my questions? |
| 14 | A | No, sir. |
| 15 | Q | What is the highest level of education that you've |
| 16 |  | completed? |
| 17 | A | Junior college. |
| 18 | Q | Did you obtain any sort of degree? |
| 19 | A | No. |
| 20 | Q | Where did you attend junior college? |
| 21 | A | Riverside Community College, in Riverside, |
| 22 |  | California. |
| 23 | Q | Are you currently employed by any companies or |
| 24 |  | businesses? |
| 25 | A | No. |

10:01AM (line 5)
10:02AM (line 10)
10:02AM (line 15)
10:02AM (line 20)
10:03AM (line 25)

9

|        |    |   |                                                          |
|--------|----|---|----------------------------------------------------------|
|        | 1  | Q | You're in business for yourself?                         |
|        | 2  | A | Yes.                                                     |
|        | 3  | Q | Is your business incorporated or formed as an LLC?       |
|        | 4  | A | It's formed as an LLC.                                   |
| 10:03AM| 5  | Q | What's the name of the company?                          |
|        | 6  | A | MyAdGuys.com, LLC.                                        |
|        | 7  | Q | And under what state's laws was that LLC formed?         |
|        | 8  | A | Florida.                                                 |
|        | 9  | Q | When was it formed?                                      |
| 10:03AM| 10 | A | June of 2018.                                            |
|        | 11 | Q | And what sort of business is MyAdGuys.com?               |
|        | 12 | A | Hang on.  Maybe it was June 2017.  I'm not sure.         |
|        | 13 |   | I'd have to look.                                        |
|        | 14 | Q | So what sort of business is MyAdGuys.com                 |
| 10:04AM| 15 | A | Advertising.                                             |
|        | 16 | Q | What sort of services do you provide?                    |
|        | 17 | A | We provide SEO, telemarketing, town hall calls,          |
|        | 18 |   | billboards, mobile and stationary, printing, data,       |
|        | 19 |   | and -- what else do we do?  There's a number of          |
| 10:04AM| 20 |   | other things.                                            |
|        | 21 | Q | What do you mean by town hall calls?                     |
|        | 22 | A | So we do a lot with politics, and if a politician        |
|        | 23 |   | wants to broadcast a town hall call, let's say           |
|        | 24 |   | that there's 1,000 people out there, and they've         |
| 10:05AM| 25 |   | all signed up to hear this person speak, they can        |

10

|       |   |    |
|-------|---|----|
| | 1 | call in to a phone number.  The candidate can |
| | 2 | speak to them, and there will be an administrator |
| | 3 | alongside where the callers can actually also log |
| | 4 | in on a computer and email their questions to the |
| 10:05AM | 5 | proctor or the administrator, and that person will |
| | 6 | give -- will select the questions they want the |
| | 7 | candidate to answer and will give it to them, and |
| | 8 | then they can say it when they're speaking over |
| | 9 | the phone.  So it's a virtual town hall meeting. |
| 10:05AM | 10 | Q   And you mentioned one of the services you provide |
| | 11 | being data.  What did you mean by that |
| | 12 | specifically? |
| | 13 | A   So if a client wants to buy a database, whether |
| | 14 | they're going through us to print or to do |
| 10:05AM | 15 | telemarketing or whatever, it doesn't matter, |
| | 16 | we'll sell them a database from a number of |
| | 17 | sources.  So if somebody calls me and says, Hey, I |
| | 18 | need a database of businesses that do marine |
| | 19 | products, well, I can go out and get a database of |
| 10:06AM | 20 | all those businesses that do marine products, |
| | 21 | whatever that is, and sell them that database at a |
| | 22 | rate per record. |
| | 23 | Q   And from where would you obtain that information? |
| | 24 | A   Gosh, there's about 50 sources, but we'll start at |
| 10:06AM | 25 | the top.  I mean, I can get it from Experian, |

11

|   |   |   |
|---|---|---|
| | 1 | TransUnion, Equifax.  I can buy data from |
| | 2 | ListGIANT, a number of other sources, and broker |
| | 3 | those lists. |
| | 4 | Q  What sort of telemarketing services does |
| 10:06AM | 5 | MyAdGuys.com provide? |
| | 6 | A  We offer live telemarketing services, virtual |
| | 7 | telemarketing services with what's called AI.  We |
| | 8 | offer robocalling.  We offer ringless phone calls. |
| | 9 | We offer predictive dialing.  That's about it. |
| 10:07AM | 10 | Q  Okay.  So let's talk about each of those.  When |
| | 11 | you say live versus virtual, what do you mean by |
| | 12 | the use of those two terms? |
| | 13 | A  So live is I can contract for you, if you want to |
| | 14 | call it a group of people, with a live |
| 10:07AM | 15 | telemarketer.  So for a lot of our political |
| | 16 | people, they want an actual live person here in |
| | 17 | the United States to call out to their voter pool |
| | 18 | and ask for donations, doing it live.  So we can |
| | 19 | do that.  I can contract with one of our groups of |
| 10:08AM | 20 | live telemarketers here in the U.S. and let them |
| | 21 | know that I need this many calls being made to |
| | 22 | this database with this script. |
| | 23 | And it can result in a number of things.  It |
| | 24 | can result in those guys going to the candidate's |
| 10:08AM | 25 | website and doing the donation manually.  It could |

12

1    be them telling the person to go to the website to

2    donate.  Or it could be where they say, Thank you

3    very much.  Here is our text to this number, and

4    you can donate that way.  But there's a lot of

10:08AM    5    ways to donate.  At the end of the day, it's going

6    to result in something, or they don't donate at

7    all, but the live person is actually making the

8    phone call for that candidate.

9  Q  And how does that differ from a virtual

10:08AM   10    telemarketer?

11  A  So a virtual telemarketer is a lot cheaper, but it

12    requires a lot of upfront setup, and what happens

13    is, is we have a service in the Philippines, and

14    what they'll do is they will call out, but instead

10:08AM   15    of them speaking, based on the response of the

16    recipient of the phone call, they will play a

17    prerecorded message, and it says, Hi.  How are you

18    today?  And if the person says fine, then that

19    person in the Philippines will, then, click the

10:09AM   20    next message that is appropriate.  Or wherever

21    they are.  They may not be in the Philippines.

22    But there's call centers around the world where

23    they don't speak really good English, but they

24    understand English, so the prerecorded calls are

10:09AM   25    in English, and they're very audible.  You can

13

|  |  |  |
|---|---|---|
| | 1 | hear them clear as a bell.  So they play those in |
| | 2 | lieu of speaking. |
| | 3 | Q | Okay.  And when you use the term *robocalling*, what |
| | 4 | | do you mean when you use that term? |
| 10:09AM | 5 | A | So most of our politicians use robocalling, and |
| | 6 | | what that is, is it's a prerecorded message that |
| | 7 | | goes out to a recipient, usually their voter pool, |
| | 8 | | and it says, Hey, I'm looking forward to your |
| | 9 | | support, or Come out to our meeting this week and |
| 10:10AM | 10 | | hear me speak, or whatever the message is.  And it |
| | 11 | | could be left either on the answering machine or |
| | 12 | | they play it to them live, but it's a prerecorded |
| | 13 | | message that goes out. |
| | 14 | Q | Are those calls placed by somebody manually |
| 10:10AM | 15 | | dialing, or how do those calls come to be placed? |
| | 16 | A | No.  You load it into a robocalling system.  We |
| | 17 | | give the people, these guys an account, and |
| | 18 | | they'll load their data and their -- they'll |
| | 19 | | record their message and load their message, and |
| 10:10AM | 20 | | they'll load their caller ID, and then they'll |
| | 21 | | schedule the time for it automatically to be sent |
| | 22 | | out, and based on their parameters, it may go to |
| | 23 | | just a live person or just an answering machine or |
| | 24 | | it may go to both. |
| 10:11AM | 25 | Q | So how are the phone numbers determined that are |

14

|   |   |   |
|---|---|---|
| | 1 | being robocalled? |
| | 2 | A  The candidate will provide it.  What they usually |
| | 3 |    get -- or the customer, either way.  They will get |
| | 4 |    their own database, and they will install that |
| 10:11AM | 5 |    database and upload it into our system. |
| | 6 | Q  And are those numbers being called one at a time? |
| | 7 | A  They're all one at a time, yeah.  They don't call |
| | 8 |    multiple times.  Once a phone number in that list |
| | 9 |    is used, it's burned.  It becomes part of a |
| 10:11AM | 10 |    report, and it's no longer a dialable number in |
| | 11 |    that list. |
| | 12 | Q  Sorry if that wasn't clear.  That's not exactly |
| | 13 |    what I meant.  Are these numbers being called one |
| | 14 |    at a time, or are multiple numbers from a list all |
| 10:11AM | 15 |    being called at once? |
| | 16 | A  Oh, yeah, they're all being called at once. |
| | 17 | Q  And when the list is uploaded into the system, how |
| | 18 |    is the order in which the numbers on that list get |
| | 19 |    called, how is that order determined? |
| 10:12AM | 20 | A  The customer can choose to either load it without |
| | 21 |    randomizing or they can randomize it.  It's an |
| | 22 |    option within our system. |
| | 23 | Q  So it can be either randomized from all the |
| | 24 |    numbers in the list, or it would just go |
| 10:12AM | 25 |    sequentially through the list? |

15

1    A    Correct.

2    Q    And you also mentioned ringless calls?

3    A    Yes.

4    Q    What are ringless calls?

10:12AM    5    A    That's a majority of our business now.  Ringless

6         is a great product.  What it does is it will,

7         server to server, go to the IP address affiliated

8         with a cell phone number and drop the voicemail

9         into the cell phone voicemail.  So it's not a

10:12AM    10       phone call.

11    Q    So somebody gets a voicemail, but the phone never

12        rang?

13    A    Correct.  You've probably gotten them.

14    Q    And you also mentioned predictive dialing?

10:13AM    15    A    Yes.

16    Q    What do you mean when you use that term?

17    A    So predictive dialing is a platform where if the

18        customer has five people ready to make phone

19        calls, but they don't want to hand dial every

10:13AM    20       number, a predictive dialer will allow them to

21        upload the list, and it will dial -- the system

22        will dial a number or two at a time, and the

23        telemarketer only has to sit there with the phone

24        to their ear and the computer on.

10:13AM    25           They don't have to make any phone calls.  The

16

1    predictive dialer will predictively dial that list

2    of phone numbers at a slow enough pace so that

3    they don't ring an extra person while the

4    telemarketer is on the phone.  It will stop

10:14AM  5    dialing when that telemarketer achieves a phone

6    call, a connected call, so the system doesn't burn

7    through all your data.  It stops when you're on

8    the phone.

9  Q  So what it's predicting is when someone is

10:14AM  10    available to answer the call -- strike that.  What

11    it's predicting is when the telemarketer is

12    available to take a call if somebody answers on

13    the other end?

14  A  Correct.  But if that person is on the phone, the

10:14AM  15    telemarketer, it will cease dial because it

16    doesn't want to leave calls available to drop,

17    because if no one is available to take that

18    consumer's call, then they lose that prospect.  So

19    the system stops dialing as soon as the

10:14AM  20    telemarketer is on the phone.  Once that

21    telemarketer terminates that call, then the system

22    will pick back up and start calling again for

23    them.

24  Q  And that predictive nature is all done

10:15AM  25    automatically through the programming in the

17

|   |   |   |
|---|---|---|
| | 1 | system? |
| | 2 | A   Correct. |
| | 3 | Q   What percentage of your business would you say is |
| | 4 | comprised of robocalling and predictive dialing? |
| 10:15AM | 5 | A   Currently, 90 percent of it is ringless calls, |
| | 6 | very little is robocalling.  Most of our |
| | 7 | politicians are done. |
| | 8 | Q   Have you done more work with robocalling and |
| | 9 | predictive dialing in the past? |
| 10:15AM | 10 | A   This last political season, we did a lot. |
| | 11 | Q   So prior to forming MyAdGuys.com, LLC, did you |
| | 12 | operate under a different business name? |
| | 13 | A   We did. |
| | 14 | Q   And when you say *we* -- |
| | 15 | A   Me. |
| | 16 | Q   -- someone other than you? |
| | 17 | A   No, just me. |
| | 18 | Q   Are you the 100 percent owner of MyAdGuys.com? |
| | 19 | A   I am. |
| 10:16AM | 20 | Q   Are there any other officers or members of that |
| | 21 | company? |
| | 22 | A   I'm it. |
| | 23 | Q   So prior to the existence of MyAdGuys.com, what |
| | 24 | was the business name that you operated under? |
| 10:16AM | 25 | A   We operated under TollFreeZone.com. |

WWW.FTRMADISON.COM
FOR THE RECORD, INC.  /  MADISON, WISCONSIN  /  (608) 833-0392

|  |  |  |
|---|---|---|
| | 1 | Q   Was that an LLC? |
| | 2 | A   It was a C corp. |
| | 3 | Q   So it was TollFreeZone.com -- |
| | 4 | A   Inc. |
| 10:17AM | 5 | Q   -- comma, Inc.?  And under what state's laws was |
| | 6 | that formed? |
| | 7 | A   California. |
| | 8 | Q   Were there any other owners of that company |
| | 9 | besides yourself? |
| 10:17AM | 10 | A   No. |
| | 11 | Q   Any other officers? |
| | 12 | A   My wife was listed as the secretary. |
| | 13 | Q   What's your wife's name? |
| | 14 | A   Amy, A-m-y. |
| 10:17AM | 15 | Q   Amy Montes? |
| | 16 | A   Yes. |
| | 17 | Q   Does she reside with you in Fort Myers, Florida? |
| | 18 | A   She does. |
| | 19 | Q   Do you still own a house in Somerset, Wisconsin? |
| 10:18AM | 20 | A   I don't.  A trust does.  But yes, the trust still |
| | 21 | owns the house in Somerset. |
| | 22 | Q   A trust that was set up by whom? |
| | 23 | A   It was set up by my wife and I.  But neither of us |
| | 24 | are the signers on it. |
| 10:18AM | 25 | Q   Are you trustees? |

19

|      |    |   |                                                          |
|------|----|---|----------------------------------------------------------|
|      | 1  | A | Nope.                                                    |
|      | 2  | Q | Beneficiaries?                                           |
|      | 3  | A | Nope.                                                    |
|      | 4  | Q | Do you know who the beneficiaries and trustees of        |
| 10:18AM | 5  |   | that trust are?                                          |
|      | 6  | A | Audrey Borger.                                           |
|      | 7  | Q | She's a beneficiary or trustee?                          |
|      | 8  | A | She's a trustee.                                         |
|      | 9  | Q | Audrey Border?                                           |
| 10:18AM | 10 | A | B-o-r-g-e-r.                                             |
|      | 11 | Q | Who is Audrey Borger?                                    |
|      | 12 | A | She is my daughter.                                      |
|      | 13 | Q | Who are the beneficiaries of that trust?                |
|      | 14 | A | I don't know.  I don't know.                            |
| 10:19AM | 15 | Q | Do you ever reside in that home in Somerset,            |
|      | 16 |   | Wisconsin?                                               |
|      | 17 | A | Not anymore.                                             |
|      | 18 | Q | You and your wife live full-time in Florida?            |
|      | 19 | A | We do.                                                   |
| 10:19AM | 20 | Q | Does your son live in Florida with you?                 |
|      | 21 | A | Yes.                                                     |
|      | 22 | Q | And do you also own a home in San Juan Capistrano,      |
|      | 23 |   | California?                                              |
|      | 24 | A | Same thing, trust owns it.                              |
| 10:19AM | 25 | Q | Is it the same trust or a different one?                |

20

|          |    |   |                                                            |
|----------|----|---|------------------------------------------------------------|
|          | 1  | A | Same trust.                                                |
|          | 2  | Q | Do you ever reside in that home in California?             |
|          | 3  | A | No.                                                        |
|          | 4  | Q | When did you take up residence in Florida?                 |
| 10:20AM  | 5  | A | Last June.                                                 |
|          | 6  | Q | June of 2018?                                              |
|          | 7  | A | Yes.                                                       |
|          | 8  | Q | Do you know who's living in the home in Somerset,          |
|          | 9  |   | Wisconsin?                                                 |
| 10:20AM  | 10 | A | Currently, nobody.                                         |
|          | 11 | Q | Do you rent it out?                                        |
|          | 12 | A | Audrey had plans of renting it out, but it needs           |
|          | 13 |   | work.                                                      |
|          | 14 | Q | What about the home in California; does anyone             |
| 10:20AM  | 15 |   | reside there?                                              |
|          | 16 | A | No.                                                        |
|          | 17 | Q | Is that home rented out?                                   |
|          | 18 | A | It rents out by the month.  So currently, nobody           |
|          | 19 |   | is there.                                                  |
| 10:20AM  | 20 | Q | When did you form the TollFreeZone.com                     |
|          | 21 |   | corporation?                                               |
|          | 22 | A | I don't remember.  I want to say 2005, but I'm not         |
|          | 23 |   | sure.                                                      |
|          | 24 | Q | And when did that corporation cease to exist?              |
| 10:21AM  | 25 | A | I don't remember.                                          |

<div align="center">21</div>

DEPOSITION OF MICHAEL J. MONTES   01/14/2019

| | | |
|---|---|---|
| | 1 | Q  Can you give me an approximate time frame? |
| | 2 | A  No.  I don't remember. |
| | 3 | Q  Why did you cease operating as TollFreeZone.com |
| | 4 | and form the MyAdGuys.com, LLC? |
| 10:21AM | 5 | A  The state of Missouri got a judgment against |
| | 6 | TollFreeZone, and so we let it go. |
| | 7 | Q  Has the state of Missouri ever taken any actions |
| | 8 | to try to collect on that judgment, that -- |
| | 9 | A  No. |
| 10:22AM | 10 | Q  -- you're aware of? |
| | 11 | A  Not that I'm aware of. |
| | 12 | Q  How much is that judgment? |
| | 13 | A  I don't remember off the top of my head. |
| | 14 | (Exhibit No. 1 marked for |
| 10:22AM | 15 | identification) |
| | 16 | Q  Mr. Montes, I'm handing you what's been marked as |
| | 17 | Exhibit No. 1.  Take a look at that and tell me if |
| | 18 | you've ever seen this before? |
| | 19 | (Witness examines document) |
| 10:23AM | 20 | A  Oh, yes.  I have seen this. |
| | 21 | Q  Okay.  So this is I'll represent to you a subpoena |
| | 22 | that we issued in this case requesting that you |
| | 23 | produce certain documents and records here at the |
| | 24 | time of your deposition today.  Did you bring any |
| 10:23AM | 25 | of these requested documents or records with you? |

22

|          | 1  | A | No. |
|----------|----|---|-----|
|          | 2  | Q | Do you intend to produce any of these documents or |
|          | 3  |   | records that we've requested in this subpoena? |
|          | 4  | A | I do not. |
| 10:23AM  | 5  | Q | Okay.  Why not? |
|          | 6  |   | MR. TROST:  I think that calls for |
|          | 7  |   | a legal answer.  But to the extent you have a |
|          | 8  |   | non-legal reason, you can feel free to voice |
|          | 9  |   | it, if you so choose. |
| 10:23AM  | 10 | A | Those are documents, in my opinion, that are |
|          | 11 |   | fishing for new victims for Mr. Cunningham, and I |
|          | 12 |   | refuse to give up information on my clients.  They |
|          | 13 |   | have nothing to do with this case. |
|          | 14 | Q | Okay.  We'll come back to this subpoena. |
|          | 15 |   | (Exhibit No. 2 marked for |
|          | 16 |   | identification) |
|          | 17 | Q | You've just been handed what's been marked as |
|          | 18 |   | Exhibit 2.  Do you recognize this? |
|          | 19 | A | Yes. |
| 10:24AM  | 20 | Q | And can you tell me what this is? |
|          | 21 | A | Yeah.  It's our signup form, and I believe it's |
|          | 22 |   | our terms of lease. |
|          | 23 | Q | Okay.  Well, again, I'll represent to you that I |
|          | 24 |   | printed this from the Autodialer123.com website. |
| 10:25AM  | 25 |   | The URL that's listed at the bottom of the first |

23

|  |  |  |
|---|---|---|
| 1 |  | page there is Autodialer123.com.  Is that a URL |
| 2 |  | that's owned by you? |
| 3 | A | Yes. |
| 4 | Q | Do you know if it's owned by you personally or one |
| 5 |  | of your companies? |
| 6 | A | It's just a website that -- I mean, I own the URL. |
| 7 | Q | And MyAdGuys.com, LLC uses this website to sign up |
| 8 |  | customers? |
| 9 | A | Yes. |
| 10 | Q | Did TollFreeZone.com use this website to sign up |
| 11 |  | customers? |
| 12 | A | It did. |
| 13 | Q | How long have you had this website? |
| 14 | A | I don't remember. |
| 15 | Q | Can you give me an approximate time frame? |
| 16 | A | No.  I don't remember. |
| 17 | Q | Do you have some documents or records somewhere |
| 18 |  | that might tell you how long you've had this |
| 19 |  | website? |
| 20 | A | I would have to check with GoDaddy. |
| 21 | Q | So you bought the URL through GoDaddy? |
| 22 | A | Yes. |
| 23 | Q | So what is this form used for on your website? |
| 24 | A | If a client wants to get a dialer account, they |
| 25 |  | can sign up. |

10:25AM (line 5)
10:25AM (line 10)
10:25AM (line 15)
10:26AM (line 20)
10:26AM (line 25)

24

|  | 1 | Q | Explain to me in a little more detail how that |
|--|---|---|---|
|  | 2 |  | process works, please. |
|  | 3 | A | So a customer wants to get a dialer account so |
|  | 4 |  | they can use it for whatever they're using it for, |
| 10:26AM | 5 |  | and they fill out this information, and that gives |
|  | 6 |  | me enough to go out and provision an account for |
|  | 7 |  | that customer. |
|  | 8 | Q | A little more than halfway down the page, there's |
|  | 9 |  | a field that says *800Link Press 1 or Press 1* |
| 10:27AM | 10 |  | *number*.  Could you explain to me what that means? |
|  | 11 | A | So some of our customers use 800Link as a back |
|  | 12 |  | end.  So what they'll do is, if they're driving a |
|  | 13 |  | message to another message, most of the time they |
|  | 14 |  | use 800Link. |
| 10:27AM | 15 | Q | What is 800Link? |
|  | 16 | A | So 800Link is a phone number -- they'll provide |
|  | 17 |  | you -- if you are a customer and you want to put a |
|  | 18 |  | back-end message out there, so somebody presses 1, |
|  | 19 |  | they hear another message that drives them to |
| 10:27AM | 20 |  | either a donation site or whatever the case is, |
|  | 21 |  | then what will happen is, is 800Link will |
|  | 22 |  | provision them with a phone number that allows you |
|  | 23 |  | to record a back-end message, so that when |
|  | 24 |  | somebody presses 1, our system can transfer that |
| 10:28AM | 25 |  | number -- that person to that phone number, and |

25

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | they can hear whatever message you want them to          |
|       | 2  | hear.                                                     |
|       | 3  | And 800Link is the predominant provider of               |
|       | 4  | that service.  So we -- we're used to it, so             |
| 10:28AM | 5  | that's what we do.  We put it on there.                |
|       | 6  | (Exhibit No. 3 marked for                                |
|       | 7  | identification)                                          |
|       | 8  | Q  You've just been handed what has been marked as       |
|       | 9  | Exhibit 3.  This is a document that we received in       |
| 10:28AM | 10 | response to plaintiff's request for production.        |
|       | 11 | Is this document the same as the terms of use that       |
|       | 12 | are listed on Exhibit 2?                                 |
|       | 13 | A  I think it would be, but I think this one says        |
|       | 14 | TFZ, our old name, and I think it's been since           |
| 10:29AM | 15 | changed to MyAdGuys.                                   |
|       | 16 | Q  You provided this document to your attorney to        |
|       | 17 | turn over to us?                                         |
|       | 18 | A  I don't remember if I did or didn't.                  |
|       | 19 | Q  Towards the bottom of page 2 of Exhibit 2, there's    |
| 10:29AM | 20 | a section No. 5, *Limitation of Liability*?             |
|       | 21 | A  Okay.                                                 |
|       | 22 | Q  To your knowledge, have any lawsuits ever been        |
|       | 23 | filed against MyAdGuys.com, LLC?                         |
|       | 24 | A  No.  None.                                            |
| 10:30AM | 25 | Q  And then, on the third page, under the section      |

26

1    *Rules and Regulations*, there's a paragraph that

2    begins *Subscriber is aware, knows, and understands*

3    *the rules and regulations with regard to the*

4    *Federal Trade Commission and the Federal*

10:30AM    5    *Communications Commission National Do Not Call*

6    *Registry Rules and Regulations*, et cetera.

7         What was the purpose of including this

8    language in your terms of use?

9    A    Well, the liability falls from the -- on to the

10:30AM    10    clients.  They're the ones making the phone calls.

11    So anything they do, they're liable for.  We don't

12    absorb any liability.

13    Q    But you provide a system through which those calls

14    are placed, correct?

10:30AM    15    A    Correct.

16    Q    So the next paragraph, *Subscriber agrees it is the*

17    *sole* -- I'm sorry -- *subscriber is aware or knows*

18    *and understands the anti-solicitation provisions*

19    *of the Federal Telephone Consumer Protection Act*

10:31AM    20    *of 1991*, et cetera.  What's the purpose of that

21    paragraph?

22    A    That they agree that they understand the rules.

23    Q    Do you believe that including this language in

24    your terms of use absolves you of any liability

10:31AM    25    under circumstances similar to what's been alleged

27

in this case?
A I do.
Q And do all of your clients acknowledge consent to these terms of use before you will begin to work with them?
10:32AM
A Yeah. They -- I believe it says here that they accept it.
Q Do you ever accept telemarketing business without somebody filling out this form and agreeing to the terms of use on the website?
10:32AM
A No.
Q Do you ever enter into formal written contracts with any of your clients?
A No.
Q Never take any business just by verbal requests?
10:32AM
A For politicians we do.
Q What is the distinction whether they're a politician or not?
A Politicians are exempt from any of these laws.

(Exhibit No. 4 marked for identification)

Q You're being handed now what's been marked as Exhibit 4. I'll represent to you this is a print screen I took on my computer last night of the selections available in the drop-down menu on
10:33AM

|  |  |  |
|---|---|---|
| 1 |  | Exhibit 2 under *Type of Business*.  Does that look |
| 2 |  | correct to you? |
| 3 | A | It does. |
| 4 | Q | What is the significance of this information when |
| 5 |  | a client is signing up with you? |
| 6 | A | There really is no -- I just want to know where |
| 7 |  | they're coming from.  They use the system on their |
| 8 |  | own accord, so I really don't care. |
| 9 | Q | So what is 8 Figure Dream Lifestyle? |
| 10 | A | 8 Figure, I think, was a multilevel marketing |
| 11 |  | company. |
| 12 | Q | Do you know what they were selling? |
| 13 | A | I don't. |
| 14 | Q | Did you have a significant number of customers who |
| 15 |  | were placing calls with 8 Figure Dream Lifestyle? |
| 16 | A | I think we had a few, but I don't remember how |
| 17 |  | many. |
| 18 | Q | Significant enough that you decided it was |
| 19 |  | important to add it to the website? |
| 20 | A | Usually we would add anything that comes along, |
| 21 |  | even if it was one time. |
| 22 | Q | Do you currently -- well, since you've done |
| 23 |  | business under the name MyAdGuys.com, have you |
| 24 |  | done business with anyone who was placing calls |
| 25 |  | under the 8 Figure Dream Lifestyle program? |

10:33AM (line 5)
10:33AM (line 10)
10:34AM (line 15)
10:34AM (line 20)
10:34AM (line 25)

29

DEPOSITION OF MICHAEL J. MONTES    01/14/2019

|  |  |  |  |
|--|--|--|--|
| | 1 | A | I don't know.  I'd have to look. |
| | 2 | Q | At the time that you were operating this |
| | 3 | | TollFreeZone.com, you had customers who were |
| | 4 | | placing calls under the 8 Figure Dream Lifestyle |
| 10:34AM | 5 | | program? |
| | 6 | A | We must have, otherwise we probably wouldn't have |
| | 7 | | added it. |
| | 8 | Q | Do you know the names of any of the owners or |
| | 9 | | founders of 8 Figure Dream Lifestyle? |
| 10:35AM | 10 | A | I do. |
| | 11 | Q | And who are those people? |
| | 12 | A | I can't answer that without certainty. |
| | 13 | Q | Does the name Jerry Maurer sound familiar to you? |
| | 14 | A | He's a gentleman in a multi-tier business, but I'm |
| 10:35AM | 15 | | not sure what he does now. |
| | 16 | Q | To your knowledge, was he ever affiliated with |
| | 17 | | 8 Figure Dream Lifestyle? |
| | 18 | A | I believe he was. |
| | 19 | Q | And what about Brian Kaplan; have you heard that |
| 10:35AM | 20 | | name before? |
| | 21 | A | I have. |
| | 22 | Q | To your knowledge, was he ever affiliated with |
| | 23 | | 8 Figure Dream Lifestyle? |
| | 24 | A | I don't know.  We didn't dial for Brian Kaplan. |
| 10:35AM | 25 | | He referred us people for his various -- whatever |

WWW.FTRMADISON.COM
FOR THE RECORD, INC.  /  MADISON, WISCONSIN  /  (608) 833-0392

1    he was doing, but he was not my client.

2  Q   But he referred you people who became your

3      customers who were placing calls related to

4      8 Figure Dream Lifestyle sales?

10:35AM  5  A   Not without certainty, I can't tell you.  All

6      those guys are in different businesses all the

7      time, so it's hard to say what they're doing.  If

8      I had a specific customer that you think that he

9      referred me to, I can look it up.

10:36AM  10  Q   But do you recall Jerry Maurer or Brian Kaplan

11      ever referring you customers who were placing

12      calls for the 8 Figure Dream Lifestyle program?

13  A   No names specifically.

14  Q   It's a yes-or-no question.  Do you recall

10:36AM  15      Brian Kaplan or Jerry Maurer referring you

16      customers who were placing calls related to the

17      8 Figure Dream Lifestyle program?

18  A   I do not recall if it was specifically for

19      8 Figure Dream Lifestyle or if it was one of their

10:36AM  20      other programs.  Those guys are involved in

21      several programs.  So I'm not sure who they

22      referred and for what.

23  Q   But you have had customers in the past that have

24      placed calls related to the 8 Figure Dream

10:37AM  25      Lifestyle program?

31

|  |  |  |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Because if not, you never would have put that on |
| 3 |  | the website? |
| 4 | A | Right.  Correct. |
| 5 | Q | Okay.  So the next selection on that list is |
| 6 |  | Kyani, K-y-a-n-i? |
| 7 | A | Never heard of them. |
| 8 | Q | And why is that on there, then? |
| 9 | A | Is it on -- is that a person, or is it -- |
| 10 | Q | It's on the drop-down menu on your website, |
| 11 |  | Exhibit 4. |
| 12 | A | Oh.  Off the top of my head, I do not even recall |
| 13 |  | putting that on there.  I don't even know who that |
| 14 |  | is. |
| 15 | Q | What about the next one, WorldGN? |
| 16 | A | No recollection. |
| 17 | Q | Do you recall ever having customers who were |
| 18 |  | placing calls related to Kyani or WorldGN? |
| 19 | A | I don't. |
| 20 | Q | What about Fast Home Biz? |
| 21 | A | No idea. |
| 22 | Q | Do you recall ever having any customers who were |
| 23 |  | placing calls related to sales for something |
| 24 |  | called Fast Home Biz? |
| 25 | A | I don't recall now. |

10:37AM (line 5)
10:37AM (line 10)
10:37AM (line 15)
10:38AM (line 20)
10:38AM (line 25)

32

|  |  |  |
|---|---|---|
| | 1 | Q  Do you believe you've ever heard any of those |
| | 2 | names before? |
| | 3 | A  I would have -- |
| | 4 | Q  Do any of them sound familiar to you? |
| 10:38AM | 5 | A  I would have because I put them on here, but I |
| | 6 | don't recall who it was or when we did it or. |
| | 7 | Q  Okay.  What about Elite Profit System, Inc.; what |
| | 8 | is that? |
| | 9 | A  I don't remember off the top of my head. |
| 10:38AM | 10 | Q  Do you recall ever having customers who were |
| | 11 | placing telemarketing calls related to Elite |
| | 12 | Profit System, Inc.? |
| | 13 | A  I don't recall, but I'm sure we did because |
| | 14 | otherwise it wouldn't be on here. |
| 10:38AM | 15 | Q  What about the next one, Karat Bars, K-a-r-a-t. |
| | 16 | Do you know what that is? |
| | 17 | A  It's one of those multilevel marketing groups. |
| | 18 | That, again, I don't remember specifically who we |
| | 19 | dialed for. |
| 10:39AM | 20 | Q  Do you recall ever having customers that were |
| | 21 | placing telemarketing calls related to Karat Bars? |
| | 22 | A  I don't, but I'm sure we did, otherwise it |
| | 23 | wouldn't be on here. |
| | 24 | Q  Okay.  The next one, Enagic, E-n-a-g-i-c, slash, |
| 10:39AM | 25 | Water, what does that mean? |

33

|          |    |   |                                                    |
|----------|----|---|----------------------------------------------------|
|          | 1  | A | That is a water purification company.              |
|          | 2  | Q | And did you have customers who were placing        |
|          | 3  |   | telemarketing calls on behalf of Enagic?           |
|          | 4  | A | I know we did, yeah.                                |
| 10:39AM  | 5  | Q | Do you recall during what time frame --            |
|          | 6  | A | I don't.                                            |
|          | 7  | Q | -- any of those customers?                          |
|          | 8  | A | Uh-uh.                                              |
|          | 9  | Q | Do you know if you have any currently?             |
| 10:40AM  | 10 | A | I don't know off the top of my head.              |
|          | 11 | Q | The next one is MMM.  What does that mean?        |
|          | 12 | A | No idea.                                            |
|          | 13 | Q | Never heard of that acronym?                       |
|          | 14 | A | I'm sure I did, but I have no idea what it means.  |
| 10:40AM  | 15 |   | I don't remember.                                  |
|          | 16 | Q | What about SSM?                                    |
|          | 17 | A | Again, I don't remember what that is.             |
|          | 18 | Q | And then, towards the bottom, TiDom, T-i-D-o-m?   |
|          | 19 | A | Yeah, that was another multilevel marketing group.|
| 10:40AM  | 20 | Q | Do you recall having customers who were placing    |
|          | 21 |   | telemarketing calls related to TiDom?              |
|          | 22 | A | I do.                                              |
|          | 23 | Q | Do you know during what time frame you had those   |
|          | 24 |   | customers?                                          |
| 10:40AM  | 25 | A | I don't recall.                                    |

34

|   |   |   |
|---|---|---|
| 1 | Q | Do you know if you still have any today? |
| 2 | A | I don't think so, but I don't know. |
| 3 | Q | Was TiDom connected with a company called |
| 4 |   | Elite Marketing Alliance in any way that you're |
| 5 |   | aware of? |
| 6 | A | I have no idea. |
| 7 | Q | Have you heard of Elite Marketing Alliance? |
| 8 | A | Not off the top of my head. |
| 9 | Q | Do you know a woman by the name of Dana Ehrlich? |
| 10 | A | I do. |
| 11 | Q | And who is she? |
| 12 | A | She is a former customer, but that's pretty much |
| 13 |   | it.  She dealt with us once or twice. |
| 14 | Q | And during what time frame was she your customer? |
| 15 | A | I have no idea. |
| 16 | Q | Was she connected in any way with TiDom or |
| 17 |   | Elite Marketing Alliance? |
| 18 | A | Without looking, I couldn't tell you. |
| 19 | Q | Do you recall participating in a Webinar where you |
| 20 |   | provided instructions to Elite Marketing Alliance |
| 21 |   | salespeople as to how to set up phone calls |
| 22 |   | through your system? |
| 23 | A | Off the top of my head, no, but I do -- I do |
| 24 |   | training calls quite a bit.  So there could have |
| 25 |   | been 1,000 of them between now and then. |

10:41AM (line 5)
10:41AM (line 10)
10:41AM (line 15)
10:42AM (line 20)
10:42AM (line 25)

35

|          |    |   |                                                        |
|----------|----|---|--------------------------------------------------------|
|          | 1  | Q | What about Terryle Butts, T-e-r-r-y-l-e,               |
|          | 2  |   | B-u-t-t-s; does that name ring a bell to you?          |
|          | 3  | A | I don't think I've ever heard of that guy.             |
|          | 4  | Q | Have you ever done business with somebody by the       |
| 10:42AM  | 5  |   | name of Bill White?                                    |
|          | 6  | A | I'd have to look.  It's a pretty generic name.         |
|          | 7  | Q | Does that sound familiar to you?                       |
|          | 8  | A | No.                                                    |
|          | 9  | Q | Doesn't sound familiar?                                |
| 10:43AM  | 10 | A | No.                                                    |
|          | 11 | Q | What about Rich Holman, H-o-l-m-a-n?                   |
|          | 12 | A | Yes.  He's one of our clients.                         |
|          | 13 | Q | He's a current client?                                 |
|          | 14 | A | No.                                                    |
| 10:43AM  | 15 | Q | He was previously a client?                            |
|          | 16 | A | He was a client, yeah.                                 |
|          | 17 | Q | When you were operating as TollFreeZone?               |
|          | 18 | A | No.  I think he was an MyAdGuys client.                |
|          | 19 | Q | What sort of services did you provide to               |
| 10:43AM  | 20 |   | Rich Holman?                                           |
|          | 21 | A | Without looking, I couldn't tell you.                  |
|          | 22 | Q | You don't recall anything other than he was a          |
|          | 23 |   | client?                                                |
|          | 24 | A | I think he's a farmer in Wisconsin.                    |
| 10:43AM  | 25 | Q | Do you recall what he was selling through the          |

36

|  |  |  |
|---|---|---|
|  | 1 | telemarketing services that you provide? |
|  | 2 | A | I don't. |
|  | 3 | Q | What about Marc Wilson, M-a-r-c; does that name |
|  | 4 |  | sound familiar to you? |
| 10:44AM | 5 | A | He's one of the people that swim around those |
|  | 6 |  | businesses with Kaplan and Maurer. |
|  | 7 | Q | Was he a client of TollFreeZone.com or |
|  | 8 |  | MyAdGuys.com? |
|  | 9 | A | I don't think so, but I know he's referred people |
| 10:44AM | 10 |  | to us.  I'm pretty sure he's on one of our |
|  | 11 |  | competitor systems. |
|  | 12 | Q | Okay.  So once somebody fills out the sign-up form |
|  | 13 |  | shown in Exhibit 2, is that data that's filled out |
|  | 14 |  | on that form sent directly to you? |
| 10:45AM | 15 | A | Yes. |
|  | 16 | Q | And then, what do you do if you're interested in |
|  | 17 |  | having that person as a customer? |
|  | 18 | A | So if you're interested in a site -- or an |
|  | 19 |  | account, you fill out the form.  We provision -- |
| 10:45AM | 20 |  | I'll provision an account for you.  And then I'll |
|  | 21 |  | send you to our website with our training videos |
|  | 22 |  | on how to utilize the system. |
|  | 23 | Q | When you say provision an account, what does that |
|  | 24 |  | involve? |
| 10:45AM | 25 | A | So I'll give you a user ID and password to your |

<center>37</center>

|       |   |                                                          |
|-------|---|----------------------------------------------------------|
| 1     |   | specific account.                                        |
| 2     | Q | And where am I logging into?                             |
| 3     | A | So you'll go to Dialerleads.com.  It's a URL that        |
| 4     |   | I point to that -- the autodialer system that we         |
| 5     |   | use.                                                     |
| 6     | Q | And is that the name of the company that provides        |
| 7     |   | the call technology, Dialerleads?                        |
| 8     | A | No.  That's dialer.TO.                                    |
| 9     | Q | Is the name of the company?                              |
| 10    | A | Correct.                                                 |
| 11    | Q | To your knowledge, are they connected in any way         |
| 12    |   | with a company called Technologic?                       |
| 13    | A | Technologic, Inc., yes.  That's them.                    |
| 14    | Q | So Technologic, Inc. operates under the name             |
| 15    |   | dialer.TO?                                                |
| 16    | A | Correct.                                                 |
| 17    | Q | Where is Technologic, Inc. located?                      |
| 18    | A | As far as I understand, they're in Panama.               |
| 19    | Q | Do they have any presence in the United States,          |
| 20    |   | that you're aware of?                                     |
| 21    | A | I've never met anybody.  We've always done -- I've       |
| 22    |   | always just -- my only communication with them is        |
| 23    |   | they send me an invoice, and I pay it.                   |
| 24    | Q | How long have you assisted people in setting up          |
| 25    |   | telemarketing accounts through dialer.TO?                |

10:45AM (line 5)
10:46AM (line 10)
10:46AM (line 15)
10:46AM (line 20)
10:47AM (line 25)

38

|   |   |   |
|---|---|---|
| 1 | A | I know it's been longer -- oh, gosh.  I want to |
| 2 |   | say it's been several years, but I can't pinpoint |
| 3 |   | the exact date.  I could look that up for you. |
| 4 | Q | Would you say it's been more than five years? |
| 5 | A | Yes. |
| 6 | Q | More than ten years? |
| 7 | A | No. |
| 8 | Q | So somewhere between five and ten years? |
| 9 | A | Somewhere in there, yeah. |
| 10 | Q | So at some point when you started doing business |
| 11 |   | with them, how did you set up that arrangement in |
| 12 |   | the first place? |
| 13 | A | A friend of mine referred me and said, Hey, maybe |
| 14 |   | you want to call these guys.  And so he gave me an |
| 15 |   | email address, and I emailed this person, and they |
| 16 |   | set me up with an account. |
| 17 | Q | So you never spoke with anybody at Technologic? |
| 18 | A | Nope. |
| 19 | Q | You had communication by email.  Did you have to |
| 20 |   | sign some sort of contract with them? |
| 21 | A | I did not. |
| 22 | Q | No contract? |
| 23 | A | I just had to send them money. |
| 24 | Q | So you sent them some sort of down payment to fund |
| 25 |   | the business -- |

10:47AM (line 5)
10:47AM (line 10)
10:48AM (line 15)
10:48AM (line 20)
10:48AM (line 25)

39

|        |    |   |                                                       |
|--------|----|---|-------------------------------------------------------|
|        | 1  | A | Fund the business.                                    |
|        | 2  | Q | -- originally?                                        |
|        | 3  | A | Correct.                                              |
|        | 4  | Q | And all of your dialing today is still done with      |
| 10:48AM| 5  |   | Technologic?                                          |
|        | 6  | A | Yeah, what little we do, we do it through them.       |
|        | 7  | Q | And during the course of that five to ten years       |
|        | 8  |   | you've done business with them, you never had         |
|        | 9  |   | occasion to speak with anybody regarding anything?    |
| 10:48AM| 10 | A | We had a few technical issues, but I called my        |
|        | 11 |   | friend, and I said, Who do I call for this?  And      |
|        | 12 |   | they gave me some guy that I talked to that was       |
|        | 13 |   | under contract with Technologic, Inc. here in the     |
|        | 14 |   | U.S. to do tech support.                              |
| 10:49AM| 15 | Q | Do you know where he was located?                     |
|        | 16 | A | Somewhere in northern California.  So the few         |
|        | 17 |   | times I had tech issues, I had to call him.           |
|        | 18 | Q | Do you recall his name?                               |
|        | 19 | A | I don't.                                              |
| 10:49AM| 20 | Q | So when you send money to Technologic to pay for      |
|        | 21 |   | the services they're providing to your company,      |
|        | 22 |   | where do you send those checks?                       |
|        | 23 | A | To a Wells Fargo account.                             |
|        | 24 | Q | Just wiring the money?                                 |
| 10:49AM| 25 | A | I just hand walk a check in.                          |

40

|   |   |   |
|---|---|---|
| 1 | Q | You never -- did you ever mail checks to a certain |
| 2 |   | location for someone else -- |
| 3 | A | No. |
| 4 | Q | -- to deposit? |
| 5 | A | No.  I just walk in or -- when I had a Wells Fargo |
| 6 |   | account, I would just wire it to them. |
| 7 | Q | So if I filled out the form on your website, you |
| 8 |   | provision me an account, I've got a login now to |
| 9 |   | dialer.TO.  If I want to place telemarketing calls |
| 10 |   | through your system, what's the next step after |
| 11 |   | that? |
| 12 | A | So you would go to our website at |
| 13 |   | Autodialer123.com, and you would click in login |
| 14 |   | and instructions, and there is a myriad of videos |
| 15 |   | on how to use the system.  So you would go through |
| 16 |   | that, and if you had any questions, call me. |
| 17 | Q | You make yourself available to provide support |
| 18 |   | assistance to people that are trying to set up |
| 19 |   | their accounts? |
| 20 | A | Yes. |
| 21 | Q | How often do you receive calls with people seeking |
| 22 |   | assistance of that? |
| 23 | A | Quite a bit. |
| 24 | Q | Can you define *quite a bit* for me, please? |
| 25 | A | Probably half, half the customers call me and say, |

10:49AM (line 5)
10:50AM (line 10)
10:50AM (line 15)
10:50AM (line 20)
10:50AM (line 25)

41

| | | |
|---|---|---|
| 1 | | I can't log in. |
| 2 | Q | So in a given business day, approximately how many |
| 3 | | of those calls do you receive? |
| 4 | A | Now, probably none, because we haven't taken on |
| 5 | | too many new clients in a while for that |
| 6 | | particular platform. |
| 7 | Q | Is there a reason why you stopped taking on |
| 8 | | clients for that platform? |
| 9 | A | The guy sitting next to you. |
| 10 | Q | You're referring to Craig Cunningham? |
| 11 | A | Yes. |
| 12 | Q | And lawsuits that have been filed against you by |
| 13 | | Craig Cunningham? |
| 14 | A | Correct. |
| 15 | Q | So when did you stop taking on clients who are |
| 16 | | doing telemarketing robocalling? |
| 17 | A | We still take them on when they call us, but we've |
| 18 | | stopped advertising it.  We're not really pushing |
| 19 | | it.  We're pushing ringless calls.  So if somebody |
| 20 | | calls me, we usually convert them over to ringless |
| 21 | | calls now. |
| 22 | Q | So when did you stop advertising and seeking out |
| 23 | | those clients? |
| 24 | A | Probably about a year ago. |
| 25 | Q | I keep going back to this because you keep using |

10:51AM (line 5)
10:51AM (line 10)
10:51AM (line 15)
10:51AM (line 20)
10:52AM (line 25)

42

| | | |
|---|---|---|
| 1 | | the word *we*.  Is there anyone else involved in |
| 2 | | this business other than you? |
| 3 | A | No.  Just I. |
| 4 | Q | Okay.  So when you're using the word *we*, referring |
| 5 | | to MyAdGuys.com or -- |
| 6 | A | The corporation. |
| 7 | Q | -- TollFreeZone.com, you're referring to yourself, |
| 8 | | essentially? |
| 9 | A | The company. |
| 10 | Q | Do you have any employees? |
| 11 | A | Nope. |
| 12 | Q | Did either of those companies ever have any |
| 13 | | employees? |
| 14 | A | We did back in 2005.  I had a secretary and an |
| 15 | | accountant. |
| 16 | Q | Who were on the payroll? |
| 17 | A | Correct. |
| 18 | Q | And how long did those people work for you? |
| 19 | A | Probably through 2006.  Not very long. |
| 20 | Q | And since then, both those companies have been |
| 21 | | operated solely by you? |
| 22 | A | Correct. |
| 23 | Q | How many videos do you have on your system, |
| 24 | | instructional videos that you were talking about, |
| 25 | | related to autodialing, predictive dialing? |

10:52AM (line 5)
10:52AM (line 10)
10:52AM (line 15)
10:52AM (line 20)
10:53AM (line 25)

43

|          |    |   |                                                        |
|----------|----|---|--------------------------------------------------------|
|          | 1  | A | No idea.  But you're free to look it up.  They're      |
|          | 2  |   | all on the website.                                    |
|          | 3  | Q | Would I have to have a special login to --             |
|          | 4  | A | No.                                                    |
| 10:53AM  | 5  | Q | -- access those?                                       |
|          | 6  | A | Uh-uh.                                                 |
|          | 7  | Q | Did you make those videos yourself?                    |
|          | 8  | A | I did.                                                 |
|          | 9  | Q | Anybody assist you with that?                          |
| 10:53AM  | 10 | A | No.                                                    |
|          | 11 | Q | How did you learn how to use the dialer.TO             |
|          | 12 |   | platform?                                              |
|          | 13 | A | It was pretty simple.  It's a pretty easy system       |
|          | 14 |   | to learn.  So I just played with it until I            |
| 10:53AM  | 15 |   | figured it out.                                        |
|          | 16 | Q | Did you receive any instruction from anybody at        |
|          | 17 |   | that company at Technologic?                           |
|          | 18 | A | No.  It was kind of a slow start.  But I knew I        |
|          | 19 |   | could figure it out.                                   |
| 10:54AM  | 20 | Q | Prior to starting TollFreeZone.com, were you also      |
|          | 21 |   | in the telemarketing business at that time, so         |
|          | 22 |   | back before 2005?                                      |
|          | 23 | A | Yes.  Starting in 2000.                                |
|          | 24 | Q | So what did you do from 2000 to 2005 before you        |
| 10:54AM  | 25 |   | started TollFreeZone?                                  |

44

|  |  |  |
|---|---|---|
| 1 | A | I worked with a company called Sound Media Group. |
| 2 | Q | Sal? |
| 3 | A | Sound. |
| 4 | Q | Sound Media Group? |
| 10:54AM 5 | A | Sound Media Group, yep. |
| 6 | Q | Were you an owner in that company? |
| 7 | A | Nope. |
| 8 | Q | Were you an employee? |
| 9 | A | I was an employee, I guess. |
| 10:54AM 10 | Q | What did you do for them? |
| 11 | A | Sales. |
| 12 | Q | What kind of services did they sell? |
| 13 | A | Just autodials. |
| 14 | Q | Is that company still in business? |
| 10:55AM 15 | A | No.  They sold to a company called Genutech(phon). |
| 16 |  | And Genutech went out of business. |
| 17 | Q | Where was Sound Media Group located? |
| 18 | A | Irvine, California. |
| 19 | Q | So you were selling autodialing services, and then |
| 10:55AM 20 |  | decided to start your own company to sell those |
| 21 |  | services yourself? |
| 22 | A | Correct. |
| 23 | Q | What did you do before 2000? |
| 24 | A | I was in the mortgage banking field. |
| 10:55AM 25 | Q | Directing you back to Exhibit No. 2, the printout |

45

1    from your website, page 4, towards the end, it

2    says *This agreement shall* -- I'm sorry, not that

3    one.  Exhibit 2, the printout of the signup form

4    and the terms and conditions.  On page 4, it says

10:56AM   5    *This agreement shall be construed in accordance*

6    *with the laws of the state of Colorado*.  Did your

7    company have some sort of connection with the

8    state of Colorado?

9  A   No.  I don't know why Colorado is there.  I never

10:56AM   10    saw that.  It should have been California.  Right

11    now it should be Florida, but thanks for pointing

12    that out.

13  Q   Has MyAdGuys.com or TollFreeZone.com ever had any

14    connection with the state of Colorado?

10:57AM   15  A   No.

16  Q   How are you paid by your customers once you set

17    them up with a telemarketing account?

18  A   They'll go to the website and click pay now and

19    use their credit card.

10:58AM   20  Q   Okay.  Well, I guess, I didn't ask that question

21    very well.  That was a very specific answer.

22        How do you bill your clients?  Do you charge

23    them a flat fee for the whole service of setting

24    it up?  Do they pay you by the call?  How are

10:58AM   25    they --

46

|  |  |  |
|---|---|---|
| 1 | A | No. |
| 2 | Q | -- charged? |
| 3 | A | We charge them by the minute used.  So if they use |
| 4 |  | a 100,000 minutes, they have a specific rate, and |
| 5 |  | all clients have different rates.  So if I'm |
| 6 |  | charging you a penny and a half per minute, and |
| 7 |  | you burn 100,000 minutes, then you have to send me |
| 8 |  | $1,500. |
| 9 | Q | And when you say *per minute*, is that per minute |
| 10 |  | that somebody is actually on the line speaking |
| 11 |  | with them? |
| 12 | A | Correct.  They don't get charged for busies, no |
| 13 |  | answers, bad numbers.  If there's no connect, |
| 14 |  | there's no cumulative minutes. |
| 15 | Q | But if a voicemail picks up, if an answering |
| 16 |  | machine picks up or a live person picks up, then |
| 17 |  | they're charged for those minutes? |
| 18 | A | Correct. |
| 19 | Q | So you are buying these minutes from a provider |
| 20 |  | and then reselling them, essentially, along with |
| 21 |  | the system that places the calls? |
| 22 | A | Correct. |
| 23 | Q | Is the actual dialing of the calls done through |
| 24 |  | Technologic or by some other company? |
| 25 | A | Through Technologic. |

10:58AM (line 5)
10:58AM (line 10)
10:58AM (line 15)
10:59AM (line 20)
10:59AM (line 25)

47

|  |  |  |
|---|---|---|
| | 1 | Q  Have you ever heard of a company called Connexum? |
| | 2 | A  Yes. |
| | 3 | Q  C-o-n-n-e-x-u-m? |
| | 4 | A  I sure have. |
| 10:59AM | 5 | Q  So who is Connexum? |
| | 6 | A  Connexum is a long-distance company. |
| | 7 | Q  And do they provide the minutes that are, then, |
| | 8 | resold to your customers? |
| | 9 | A  Maybe, maybe not.  Most dialer companies, and I'm |
| 11:00AM | 10 | sure dialer.TO does the same thing, has a device |
| | 11 | built in their technology called an LCR, which |
| | 12 | stands for least-cost routing.  Connexum is |
| | 13 | probably one of ten rate decks offered by ten |
| | 14 | different long-distance companies.  Connexum may |
| 11:00AM | 15 | or may not be the long-distance provider for each |
| | 16 | phone call.  It depends on who is the least cost |
| | 17 | for that rate deck. |
| | 18 | So if I were to make a phone call from |
| | 19 | California to California, it may be more expensive |
| 11:00AM | 20 | for me to do that than to do a call from |
| | 21 | California through Canada.  Bell Canada might have |
| | 22 | a cheaper rate deck.  So it's impossible to say |
| | 23 | without really diving into the details as to who |
| | 24 | was the LD provider for each phone call on any |
| 11:01AM | 25 | given dialer system. |

48

| | | |
|---|---|---|
| | 1 | Q  When you use the term *rate deck*, what do you mean |
| | 2 | by that? |
| | 3 | A  So as a -- so let me go back a little bit. |
| | 4 | Connexum is a long-distance company whose backbone |
| 11:01AM | 5 | is AT&T.  AT&T gives Connexum a smoking rate, so |
| | 6 | that they can make some money by offering the AT&T |
| | 7 | long-distance re-branded as Connexum.  So at the |
| | 8 | end of the day Connexum is AT&T, if you want to go |
| | 9 | down all the way. |
| 11:01AM | 10 | I'm a reseller for Connexum long distance.  I |
| | 11 | can sell to businesses.  I can sell to whoever.  I |
| | 12 | can sell to other dialer companies.  And what |
| | 13 | happens is, is Connexum gives a rate deck for each |
| | 14 | termination point.  So if I were to print it out, |
| 11:01AM | 15 | it would be thousands of pages of rates per route. |
| | 16 | The system called an LCR, least-cost routing, |
| | 17 | that is built into the technology of almost all |
| | 18 | dialer companies allows you to insert a digital |
| | 19 | rate deck, so I can put in a rate deck for 50 |
| 11:02AM | 20 | different long-distance companies if I want.  And |
| | 21 | if you've ever made a phone call, have you ever |
| | 22 | noticed that there's a slight delay between when |
| | 23 | you hit that last number and when the phone |
| | 24 | actually rings, and that's called a PDD.  Off the |
| 11:02AM | 25 | top of my head, I forgot what it stands for, but |

49

1    it's basically a predial delay.  What's happening

2    during that time is the phone company -- your

3    phone company that you're dialing on, if you're

4    cell phone is doing it or whomever, it's going

11:02AM    5    through the rate decks trying to figure out who's

6    the cheapest route to send that call through, and

7    it's not always the same long-distance provider.

8        So Connexum is one of probably a zillion

9    resellers of long distance that can be chosen

11:03AM   10    from.  And any given dialer company, or any phone

11    company, is going to have a whole bunch of rate

12    decks installed in their least-cost routing, so

13    that the computer can decide which route and which

14    phone company to send that call through for the

11:03AM   15    least cost.  Does that make sense?

16  Q  I believe I understand what you're saying.  So if

17    I set up an autodialing campaign through the

18    dialer.TO platform, with your assistance, starting

19    with your website Autodialer123.com, for each call

11:03AM   20    that I am requesting to be placed, the dialer.TO

21    system is essentially searching for the cheapest

22    rate, depending on where that call is originating

23    and where it's going to?

24  A  Correct.

11:04AM   25  Q  So same kind of idea as you've got three gas

50

|        |    |   |                                                        |
|--------|----|---|--------------------------------------------------------|
|        | 1  |   | stations at an intersection, and you can choose to     |
|        | 2  |   | buy your gas from whoever is selling it the            |
|        | 3  |   | cheapest rate?                                         |
|        | 4  | A | But you're going to get gas.                           |
| 11:04AM| 5  | Q | Right.                                                 |
|        | 6  | A | Right.                                                 |
|        | 7  | Q | Okay.  So as you were giving that explanation, you     |
|        | 8  |   | made a statement somewhere along the lines of *I am*   |
|        | 9  |   | *a reseller for Connexum*.  Did you mean you           |
| 11:04AM| 10 |   | personally, or were you speaking as an example?        |
|        | 11 | A | No.  I personally am a reseller for Connexum.  So      |
|        | 12 |   | if I have a customer that wants long distance -- I     |
|        | 13 |   | haven't done it in a while, but if I did, I could      |
|        | 14 |   | go to Connexum and refer that customer over there      |
| 11:04AM| 15 |   | and then be paid a small sliver of a percentage        |
|        | 16 |   | every time they pay their bill.                        |
|        | 17 | Q | If you set someone up on the dialer.TO platform,       |
|        | 18 |   | does your company have any incentive as to through     |
|        | 19 |   | whom each call is placed?                               |
| 11:05AM| 20 | A | Zero.  No.  Not at all.                                |
|        | 21 | Q | That's all handled by dialer.TO?                       |
|        | 22 | A | That's all handled by them.  We have no control        |
|        | 23 |   | over who gets the long distance.  So even if I was     |
|        | 24 |   | the reseller or the agent on the contract between      |
| 11:05AM| 25 |   | Connexum and dialer.TO, I would, as a user of          |

51

 1          dialer.TO, I would have zero control over who they
 2          sent the calls through, because the LCR chooses
 3          each route based on least cost from probably a
 4          dozen or ten or five or who knows however many
 5          long-distance companies.
11:05AM
 6     Q    For your clients, do you have access to data as to
 7          which long-distance company is used to place a
 8          given call?
 9     A    No.  No, no information on that whatsoever.
11:05AM 10     Q    Technologic would have that information?
11     A    They would.
12     Q    So if I set up an account using your system, the
13          dialer.TO platform, and I want to place
14          telemarketing calls to thousands of people around
11:06AM 15          the country, where do the phone numbers come from
16          that are going to be called?
17     A    Most of the time they'll come from our customer,
18          who has already acquired them through either a
19          data center or they've -- like most of our
11:06AM 20          political people will get them from their state
21          parties.  We can sell them data.  I have access
22          through MyDataGuys to sell data, which we acquire
23          through any number of sources, like ListGIANT or
24          Experian or TransUnion or Equifax.  That's the --
11:06AM 25          best data you can buy, by the way, is Experian,

                              52

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | Equifax, or TransUnion because they retain almost        |
|          | 2  | all data on everyone, as far as status on male or        |
|          | 3  | female, credit, all kinds of stuff.  They have --        |
|          | 4  | I mean, the book for Experian to learn how to            |
| 11:07AM  | 5  | order data through is that thick (indicating).           |
|          | 6  | Q  So what is MyDataGuys?                                 |
|          | 7  | A  So they're a broker of lists.  So if somebody         |
|          | 8  | calls and says, Hey, I want to order a list, they        |
|          | 9  | can buy it through MyDataGuys, and MyDataGuys, I         |
| 11:07AM  | 10 | work for that, I'm part of that, so I can go and         |
|          | 11 | call Experian and get data from them or any other        |
|          | 12 | list company.                                            |
|          | 13 | Q  Is MyDataGuys a company that you have some            |
|          | 14 | ownership interest in?                                    |
| 11:07AM  | 15 | A  Yes.  It was.  It's gone now.                         |
|          | 16 | Q  Okay.  So what is the full company name?             |
|          | 17 | A  It was MyDataGuys, LLC.                               |
|          | 18 | Q  And in what state was that formed?                   |
|          | 19 | A  California.                                            |
| 11:08AM  | 20 | Q  And its status has lapsed?                           |
|          | 21 | A  It's lapsed.  We let it go.                           |
|          | 22 | Q  How long ago did you let it go?                      |
|          | 23 | A  About a year ago.                                     |
|          | 24 | Q  Any reason for that?                                 |
| 11:08AM  | 25 | A  Jordan wanted to go off and do his own thing, and    |

WWW.FTRMADISON.COM
FOR THE RECORD, INC.  /  MADISON, WISCONSIN  /  (608) 833-0392

|        |    |                                                           |
|--------|----|-----------------------------------------------------------|
|        | 1  | we kind of split ways.  So that was the end of            |
|        | 2  | that.                                                     |
|        | 3  | Q  Who is Jordan?                                         |
|        | 4  | A  He was the president.                                  |
| 11:08AM | 5 | Q  Last name?                                             |
|        | 6  | A  Salkin, S-a-l-k-i-n.                                   |
|        | 7  | Q  So a business you formed together?                    |
|        | 8  | A  Yes.                                                   |
|        | 9  | Q  Did MyDataGuys do any setup of telemarketing           |
| 11:08AM | 10 |    autodialing accounts?                                  |
|        | 11 | A  No.  Zero.                                             |
|        | 12 | Q  They were just selling the data?                      |
|        | 13 | A  Just selling data.  They didn't care what they did    |
|        | 14 |    with it.                                               |
| 11:08AM | 15 | Q  So how does that list of phone numbers come to        |
|        | 16 |    you, how does it end up in the computer system         |
|        | 17 |    that is placing the dialing?                           |
|        | 18 | A  So on our videos, we show you how to load data.       |
|        | 19 |    So you would put it in a specific format, maybe a     |
| 11:09AM | 20 |    .TXT or .CSV, and single column, area code and        |
|        | 21 |    phone number only, and then you can load that          |
|        | 22 |    directly into the system.                              |
|        | 23 | Q  So basically off of a text document or a              |
|        | 24 |    spreadsheet?                                           |
| 11:09AM | 25 | A  Yeah.                                                  |

54

|  | 1 | Q | Back when you were operating as TollFreeZone.com |
|---|---|---|---|
|  | 2 |  | and you were doing more of the telemarketing |
|  | 3 |  | autodialer accounts, at that time, approximately |
|  | 4 |  | how many support calls, support questions would |
| 11:10AM | 5 |  | you receive per day? |
|  | 6 | A | Probably a dozen. |
|  | 7 | Q | Do you have any idea in say 2015 how many |
|  | 8 |  | customers you had that did autodialing and |
|  | 9 |  | robocalling? |
| 11:10AM | 10 | A | No.  No idea. |
|  | 11 | Q | Do you have any idea in 2016 how many customers |
|  | 12 |  | you had that did that? |
|  | 13 | A | I wouldn't be able to give you a specific number. |
|  | 14 |  | No idea. |
| 11:10AM | 15 | Q | Did you track that kind of data? |
|  | 16 | A | No, not really. |
|  | 17 | Q | Do you require any upfront payment from those |
|  | 18 |  | customers before the calls start getting dialed? |
|  | 19 | A | Always, because most of our business is political, |
| 11:11AM | 20 |  | and those guys have a rule, if you don't collect |
|  | 21 |  | your money before the campaign is over with, |
|  | 22 |  | you're not getting paid.  So it's our policy to |
|  | 23 |  | take that money upfront from everybody. |
|  | 24 | Q | So if I'm doing telemarketing sales calls, and I |
| 11:11AM | 25 |  | want to have you set up an autodialing campaign |

55

| | | |
|---|---|---|
| 1 | | for me, how do you determine how much you're |
| 2 | | billing me for those services? |
| 3 | A | So you would give me a ballpark, you would say, |
| 4 | | Well, I'm going to do X amount of dials.  Then we |
| 5 | | would estimate how many minutes that would be, and |
| 6 | | we would just charge you for that, and if you had |
| 7 | | over, then you had over, and if you had under, it |
| 8 | | stopped dialing. |
| 9 | Q | So how often do you bill your clients, then, once |
| 10 | | you have an ongoing account? |
| 11 | A | Every time they want to dial, they make a payment. |
| 12 | Q | So with each dialing campaign that's set up, you |
| 13 | | have to have prepayment -- |
| 14 | A | Correct. |
| 15 | Q | -- estimated based on the number of calls that are |
| 16 | | going to be placed? |
| 17 | A | Correct.  Yeah. |
| 18 | Q | And it's based on a flat amount per minute? |
| 19 | A | Yes. |
| 20 | Q | Does that amount fluctuate? |
| 21 | A | Depends on who the customer is and what they're |
| 22 | | doing.  So our politicians, we charge them per |
| 23 | | call regardless of the outcome.  And the reason |
| 24 | | for that is they can't -- they have no tolerance |
| 25 | | for variance.  They have to go and get their |

The timestamps in the left margin are: 11:11AM (line 5), 11:11AM (line 10), 11:12AM (line 15), 11:12AM (line 20), 11:12AM (line 25).

56

<pre>
          1    funding for the calls.

          2         So if they're going to do a 100,000 calls,

          3    and I'm charging three cents per call, then

          4    they're going to send me $3,000, and no matter how

11:12AM   5    many minutes we burn to accomplish that, that's --

          6    they've already paid for it.

          7  Q  Well, politicians aside, what about people who

          8    are --

          9  A  Our commercial clients?

11:13AM  10  Q  -- dialing for sales?

         11  A  So our commercial clients, they will let me know

         12    how many they want to call, and we'll estimate the

         13    minutes.  So if you said, I want to call 100,000

         14    people, we're probably going to burn about 30,000

11:13AM  15    minutes.  So if that's the case, and you're at a

         16    penny a minute, for round numbers, then you're

         17    going to send me, you know -- what is that --

         18    300 bucks.

         19  Q  So if I'm an individual small business who wants

11:13AM  20    to set up an autodialing campaign to robocall

         21    100,000 people, can I do that without your

         22    assistance --

         23  A  Absolutely.

         24  Q  -- or someone like you?

11:13AM  25  A  Yeah.  We can do it.  You're going to -- if that's
</pre>

<center>57</center>

| | | |
|---|---|---|
| | 1 | the case, you will interact with me one time.  And |
| | 2 | that is when you send me your signup form, then we |
| | 3 | will go ahead and set up the account, and I'll |
| | 4 | send you your user ID and your login, your |
| 11:14AM | 5 | password, and then you will be directed to see the |
| | 6 | videos.  And if you have no more questions after |
| | 7 | the video, then there's no reason for you to ever |
| | 8 | call me. |
| | 9 | Q   Well, what I really meant was, do I have any way |
| 11:14AM | 10 | to do that on my own without your system? |
| | 11 | A   You do not.  You have to sign up.  So you have to |
| | 12 | have at least that initial contact. |
| | 13 | Q   Okay.  So I can't go directly to Technologic |
| | 14 | myself and bypass someone like you? |
| 11:14AM | 15 | A   Sure, you could, if you knew about them. |
| | 16 | Q   Doesn't sound like too many people know about |
| | 17 | them? |
| | 18 | A   No.  But you could.  You could call them just like |
| | 19 | I did and set yourself up.  We try not to let our |
| 11:14AM | 20 | clients know that, though. |
| | 21 | Q   I would think so. |
| | 22 | THE WITNESS:  Would you guys mind |
| | 23 | if we took a bathroom break? |
| | 24 | MR. LEVIN:  That's fine.  I was |
| 11:15AM | 25 | just thinking the same thing. |

<center>58</center>

DEPOSITION OF MICHAEL J. MONTES    01/14/2019

```
            1                   We can go off the record.

            2                   (A recess is taken)

            3                   MR. LEVIN:  Back on the record.

            4       BY MR. LEVIN:

11:32AM     5       Q    Does your business maintain records of all calls

            6            that are placed through any campaigns that you set

            7            up?

            8                   MR. TROST:  Can you clarify your

            9            business?

11:32AM    10       Q    Does MyAdGuys.com maintain records of phone calls

           11            that are placed through autodialing campaigns that

           12            you set up?

           13       A    We don't, but dialer.TO does.

           14       Q    Do you have access to those records through

11:33AM    15            dialer.TO?

           16       A    Sure.  Yeah.  How far back, I don't know, because

           17            they maintain them, so I don't know how far back

           18            they keep them.

           19       Q    Okay.  And has that practice been the same, to

11:33AM    20            your knowledge, since you were operating

           21            TollFreeZone.com?

           22       A    Yes.

           23       Q    So would you have to ask somebody at dialer.TO to

           24            look up that information for you, or you could do

11:33AM    25            that on your own?
```

59

|         |    |   |                                                      |
|---------|----|---|------------------------------------------------------|
|         | 1  | A | If it's available, I should be able to do it on my   |
|         | 2  |   | own.                                                 |
|         | 3  | Q | So if I received a phone call, telemarketing sales   |
|         | 4  |   | call, and the person told me, I set up the account   |
| 11:33AM | 5  |   | that was used to make your call through              |
|         | 6  |   | Autodialer123.com and Michael Montes, you could      |
|         | 7  |   | trace down the data related to that particular       |
|         | 8  |   | call?                                                |
|         | 9  | A | I could.  Again, assuming that they have stored      |
| 11:34AM | 10 |   | that data and I still have access to it.             |
|         | 11 | Q | You don't know how long they maintain those          |
|         | 12 |   | records?                                             |
|         | 13 | A | I don't.                                             |
|         | 14 | Q | Who referred you to Technologic dialer.TO?           |
| 11:34AM | 15 | A | It was a guy named Scott -- anyway, he used to       |
|         | 16 |   | work at Connexum.  But it's been years since he      |
|         | 17 |   | left.  So he is not there anymore.                   |
|         | 18 | Q | You don't recall his last name, I guess?             |
|         | 19 | A | Off the top of my head, I -- I should.  I should     |
| 11:34AM | 20 |   | know this.                                           |
|         | 21 | Q | Scott Presta --                                      |
|         | 22 | A | Yeah.                                                |
|         | 23 | Q | -- does that sound familiar?                         |
|         | 24 | A | That's it.                                           |
| 11:35AM | 25 | Q | Was there some question in the last year or so as    |

<div align="center">60</div>

```
 1          to whether Technologic or dialer.TO was going to

 2          be ceasing operations?

 3      A   Yeah, they haven't done it, yet.  They were

 4          supposed to stop.  I've been waiting.  They

 5          haven't stopped, yet.

 6      Q   Do you know, is there a reason why they're talking

 7          about ceasing operations?

 8      A   Probably in the dwindling of business.

 9      Q   But as we sit here today, are you aware that

10          they're intending to stop doing business as of a

11          certain date in the future?

12      A   They haven't given me a date.  But that was one

13          more reason for us to migrate our business to

14          ringless calls.

15                    (Exhibit No. 5 marked for

16                       identification)

17      Q   Mr. Montes, you've just been handed what's been

18          marked as Exhibit 5.  Have you ever seen this

19          document before?

20      A   I don't think I have, but I'm aware of it.

21      Q   So this seems to indicate that, on

22          June 18th, 2012, the state of Missouri obtained a

23          judgment against TollFreeZone.com, Incorporated in

24          the amount of $73,000, plus $1,325 in fees and

25          costs.  Are you aware of the existence of that
```

11:35AM (line 5)
11:35AM (line 10)
11:36AM (line 15)
11:36AM (line 20)
11:37AM (line 25)

61

|         |    |   |                                                    |
|---------|----|---|----------------------------------------------------|
|         | 1  |   | judgment?                                          |
|         | 2  | A | Yes.                                               |
|         | 3  | Q | For what was TollFreeZone.com sued by the state of |
|         | 4  |   | Missouri?                                          |
| 11:37AM | 5  | A | I don't know.  I never saw the lawsuit.  We never  |
|         | 6  |   | responded to it.                                   |
|         | 7  | Q | When did you first become aware of the existence   |
|         | 8  |   | of the judgment?                                   |
|         | 9  | A | It was before this.  I don't know.  I don't        |
| 11:37AM | 10 |   | remember.                                          |
|         | 11 | Q | Before today?                                      |
|         | 12 | A | Well, they sent me the -- they sent me a -- they   |
|         | 13 |   | sent me something.                                 |
|         | 14 | Q | The state of Missouri sent you something?          |
| 11:37AM | 15 | A | Yeah.  Yeah.                                        |
|         | 16 | Q | And did you contact somebody in response?          |
|         | 17 | A | Nope.                                              |
|         | 18 | Q | When you first became aware of it?                 |
|         | 19 | A | I did not.                                         |
| 11:38AM | 20 | Q | Have you taken any steps to pay this judgment?     |
|         | 21 | A | I have not.                                         |
|         | 22 | Q | And was it in 2012 that TollFreeZone.com ceased    |
|         | 23 |   | operations?                                        |
|         | 24 | A | I would assume that we just let it go after that,  |
| 11:38AM | 25 |   | since the judgment was against the corp.           |

62

|          |    |   |                                                              |
|----------|----|---|--------------------------------------------------------------|
|          |  1 | Q | Other than the name, what has changed from                   |
|          |  2 |   | TollFreeZone.com to MyAdGuys.com?                            |
|          |  3 | A | We focus a lot more on different advertising                 |
|          |  4 |   | methods.                                                     |
| 11:38AM  |  5 | Q | But you still do some of the same work -- -- you             |
|          |  6 |   | offer the same services that you offered when you            |
|          |  7 |   | were operating this TollFreeZone.com?                        |
|          |  8 | A | Correct.                                                     |
|          |  9 | Q | And I believe you testified that you were the sole           |
| 11:39AM  | 10 |   | owner of both of those companies?                            |
|          | 11 | A | I was.                                                        |
|          | 12 | Q | And one was a California company, and one is a               |
|          | 13 |   | Florida company?                                             |
|          | 14 | A | Correct.                                                     |
| 11:39AM  | 15 | Q | Any other differences between the two companies              |
|          | 16 |   | that you can tell me about?                                  |
|          | 17 | A | No.                                                          |
|          | 18 | Q | Do you know when the corporate status of                     |
|          | 19 |   | TollFreeZone.com lapsed?                                     |
| 11:39AM  | 20 | A | I don't recall.                                              |
|          | 21 | Q | How long did you continue operating under that               |
|          | 22 |   | name?                                                        |
|          | 23 | A | Probably until we changed to MyAdGuys.                       |
|          | 24 | Q | So you said MyAdGuys.com was formed, you thought,            |
| 11:40AM  | 25 |   | in either June of 2017 or June of 2018?                      |

63

|   |   |
|---|---|
| 1 | A   Yeah.  Whenever, whenever Cunningham got the |
| 2 | judgment in Wisconsin against us.  We formed a new |
| 3 | corp that following week. |
| 4 | Q   You're talking about the default judgment that was |
| 5 | entered in this case that was subsequently |
| 6 | vacated? |
| 7 | A   Correct. |
| 8 | Q   So regardless of when the corporate status of |
| 9 | TollFreeZone.com, Incorporated may have lapsed, |
| 10 | you continued operating under that name until the |
| 11 | time that you formed MyAdGuys.com? |
| 12 | A   Correct. |
| 13 | (Exhibit No. 6 marked for |
| 14 | identification) |
| 15 | Q   Looking at what you've just been handed that's |
| 16 | marked as Exhibit 6, have you ever seen this press |
| 17 | release before? |
| 18 | A   I saw something similar to this the last time |
| 19 | Mr. Cunningham and I met in deposition. |
| 20 | Q   That was the deposition that was taken in the |
| 21 | Tennessee case? |
| 22 | A   I believe so. |
| 23 | Q   When was that deposition taken? |
| 24 | A   I don't recall.  Last year sometime. |
| 25 | Q   That was the first time that you had seen this? |

11:40AM (lines 5-6)
11:40AM (lines 10-11)
11:41AM (line 15)
11:41AM (line 20)
11:41AM (line 25)

64

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
| 1     | A  | Yes.                                                         |
| 2     | Q  | Were you aware prior to that deposition that the             |
| 3     |    | Mississippi Public Service Commission had imposed            |
| 4     |    | penalties against your company totaling $440,000?            |
| 5     | A  | I was not.                                                   |
| 6     | Q  | Since you became aware of that, have you taken any           |
| 7     |    | steps to look into it further and find out more              |
| 8     |    | about how that happened?                                     |
| 9     | A  | No.                                                          |
| 10    | Q  | Other than seeing this press release in two                  |
| 11    |    | depositions, do you have any other information               |
| 12    |    | whatsoever regarding this $440,000 fine?                     |
| 13    | A  | No.                                                          |
| 14    | Q  | Has anyone from the state of Mississippi ever                |
| 15    |    | contacted you to try to collect this fine?                   |
| 16    | A  | No.                                                          |
| 17    | Q  | The second paragraph of the press release says the           |
| 18    |    | company was accused of making unauthorized                   |
| 19    |    | telephone solicitations in violation of law.  Do             |
| 20    |    | you have any more detailed knowledge regarding               |
| 21    |    | those allegations?                                           |
| 22    | A  | I do not.                                                    |
| 23    | Q  | Do you know anything about Mississippi's no-call             |
| 24    |    | law?                                                         |
| 25    | A  | I know that we put them on our no-call list.                 |

11:41AM (line 5)
11:42AM (line 10)
11:42AM (line 15)
11:42AM (line 20)
11:43AM (line 25)

65

|        |    |   |                                                      |
|--------|----|---|------------------------------------------------------|
|        | 1  | Q | What do you mean?                                    |
|        | 2  | A | So we block that state.                              |
|        | 3  | Q | So your system does not allow anyone to place        |
|        | 4  |   | calls in the state of Mississippi?                   |
| 11:43AM | 5  | A | It does not.                                         |
|        | 6  | Q | What about Missouri?                                 |
|        | 7  | A | Missouri, also.                                      |
|        | 8  | Q | Any other states that are blocked from your          |
|        | 9  |   | system?                                              |
| 11:43AM | 10 | A | We block -- yes.  Off the top of my head, I don't    |
|        | 11 |   | know.  Let me look.                                  |
|        | 12 | Q | Are you looking up something on the                  |
|        | 13 |   | Autodialer123.com website?                           |
|        | 14 | A | Yeah.  Tennessee, Mississippi, Missouri, and         |
| 11:43AM | 15 |   | Indiana.                                             |
|        | 16 | Q | Why Tennessee?                                       |
|        | 17 | A | Because Mr. Cunningham lives there.                  |
|        | 18 | Q | Why Indiana?                                         |
|        | 19 | A | Indiana is very anti-robocalling.                    |
| 11:44AM | 20 | Q | So the reason you blocked Missouri and Mississippi   |
|        | 21 |   | were in relation to the state actions that were      |
|        | 22 |   | taken against your company?                          |
|        | 23 | A | No.  I was made aware that they are very             |
|        | 24 |   | anti-robocalling.                                    |
| 11:44AM | 25 | Q | So had you blocked Missouri calls before you found   |

66

|   |   |   |
|---|---|---|
| 1 |   | out the state had a judgment against you? |
| 2 | A | I don't think so. |
| 3 | Q | Had you blocked Mississippi calls before you found |
| 4 |   | out about the fine that was levied in Mississippi? |
| 5 | A | Yes. |
| 6 | Q | But you never took any action to find out why you |
| 7 |   | were fined if those calls were blocked in your |
| 8 |   | system? |
| 9 | A | No. |
| 10 | Q | And other than Mr. Cunningham, is there any other |
| 11 |   | reason that you blocked the state of Tennessee? |
| 12 | A | No. |
| 13 | Q | So if I want to set up an autodialing |
| 14 |   | telemarketing campaign to target consumers in any |
| 15 |   | of these states, I need to find someone besides |
| 16 |   | you to help me with that? |
| 17 | A | Correct. |
| 18 | Q | But you place calls to the other 46 states? |
| 19 | A | Yes, unless you're political, and then we don't |
| 20 |   | have them on any blockage. |
| 21 | Q | Well, talking about sales calls. |
| 22 | A | Yeah. |
| 23 | Q | Okay.  Are you familiar with the website called |
| 24 |   | Rosetta, R-o-s-e-t-t-a, calls.com? |
| 25 | A | I am. |

11:44AM (line 5), 11:44AM (line 10), 11:45AM (line 15), 11:45AM (line 20), 11:45AM (line 25)

67

| | | | |
|---|---|---|---|
| | 1 | Q | What is that? |
| | 2 | A | Rosettacalls is a domain that I own that I set up |
| | 3 | | for a client called Rosetta Stone Communications, |
| | 4 | | and it links to another platform called Stratics, |
| 11:46AM | 5 | | and Stratics is very, very adept at robopolling. |
| | 6 | | And these are political polling guys, and all they |
| | 7 | | do is poll for politics. |
| | 8 | Q | When you say Rosetta Stone, I think of the |
| | 9 | | language training videos and materials. |
| 11:46AM | 10 | A | Right. |
| | 11 | Q | Same company? |
| | 12 | A | No.  No.  Rosetta Stone Communications. |
| | 13 | Q | So Rosetta Stone Communications is a company that |
| | 14 | | does political polling? |
| 11:46AM | 15 | A | Correct. |
| | 16 | Q | Do you have any personal uses for that website in |
| | 17 | | your training videos or anything like that? |
| | 18 | A | Nope.  As a matter of fact, they're the only |
| | 19 | | client that we have on that platform. |
| 11:47AM | 20 | Q | So you own that domain name, and you bought it for |
| | 21 | | a platform that you set up for their use? |
| | 22 | A | For their client.  For our client. |
| | 23 | Q | Does the IRS have tax liens against you? |
| | 24 | A | They do. |
| 11:47AM | 25 | Q | Are those against you personally or -- |

<div align="center">68</div>

|       |     |   |                                                        |
|-------|-----|---|--------------------------------------------------------|
|       | 1   | A | They are.                                              |
|       | 2   | Q | -- corporations?  Approximately how much do you        |
|       | 3   |   | owe to the IRS?                                         |
|       | 4   | A | When it's all said and done, I'll probably be          |
| 11:47AM | 5 |   | upwards of about $5,000,000.                            |
|       | 6   | Q | Does that relate in any way to business that           |
|       | 7   |   | you've done since you've been working as MyAdGuys      |
|       | 8   |   | or TollFreeZone?                                        |
|       | 9   | A | No.  We're filing for that, but it's years in          |
| 11:47AM | 10 |  | past.                                                  |
|       | 11  | Q | So how far back does that relate?                      |
|       | 12  | A | To probably '05.                                       |
|       | 13  | Q | So does that relate to tax returns you filed when      |
|       | 14  |   | you were working for Sound Media Group?                |
| 11:48AM | 15 | A | No.                                                    |
|       | 16  | Q | So it does relate to --                                |
|       | 17  | A | TollFreeZone.                                          |
|       | 18  | Q | When you worked as TollFreeZone?                       |
|       | 19  | A | Yeah.                                                  |
| 11:48AM | 20 | Q | Okay.  Do you have any state tax liens against         |
|       | 21  |   | you?                                                   |
|       | 22  | A | I do.                                                  |
|       | 23  | Q | In what states?                                        |
|       | 24  | A | State of California.                                   |
| 11:48AM | 25 | Q | How much does the state of California claim that       |

WWW.FTRMADISON.COM
FOR THE RECORD, INC.  /  MADISON, WISCONSIN  /  (608) 833-0392

DEPOSITION OF MICHAEL J. MONTES   01/14/2019

|        |    |                                              |
|--------|----|----------------------------------------------|
|        | 1  | you owe?                                      |
|        | 2  | A  I don't remember.  It's a lot.  But we're working |
|        | 3  | with them currently.  We're working with IRS  |
|        | 4  | currently, too.                               |
| 11:48AM | 5 | Q  So if I'm setting up a telemarketing sales |
|        | 6  | campaign through Autodialer123.com, I've got my |
|        | 7  | account set up.  I've got my phone numbers from |
|        | 8  | the spreadsheet or the text document all loaded up |
|        | 9  | in there.  Once it's started, is there any further |
| 11:49AM | 10 | human intervention involved in placing those |
|        | 11 | calls?                                        |
|        | 12 | A  No.  Unless you want to stop the campaign.  You |
|        | 13 | can always hit stop.                          |
|        | 14 | Q  Are you aware that at one time Jerry Maurer had |
| 11:49AM | 15 | listed your name and contact information on a |
|        | 16 | website as someone to call to get a dialing   |
|        | 17 | campaign set up?                              |
|        | 18 | A  Yes.                                        |
|        | 19 | Q  Do you know if that website still exists?  |
| 11:50AM | 20 | A  I have no idea.  I don't think so.  We haven't |
|        | 21 | gotten a referral from Jerry in a long time.  |
|        | 22 | Q  How long is a long time to you?            |
|        | 23 | A  Probably a year or two years.  He likes our |
|        | 24 | competitor.                                   |
| 11:50AM | 25 | Q  Who is the competitor?                     |

70

|       |    |   |                                                            |
|-------|----|---|------------------------------------------------------------|
|       | 1  | A | There's three or four of them, but our biggest             |
|       | 2  |   | competitor is Dale Finney.                                 |
|       | 3  | Q | What's the name of Dale's company?                         |
|       | 4  | A | Craig knows.  He sued him.  I don't know.                  |
| 11:50AM | 5 | Q | Does MyDataGuys provide any services for text            |
|       | 6  |   | messaging campaigns?                                       |
|       | 7  | A | No.                                                        |
|       | 8  | Q | What about TollFreeZone.com; did you ever do that          |
|       | 9  |   | in the past?                                               |
| 11:51AM | 10 | A | No.  We would refer people to MyBizTexter.  But we      |
|       | 11 |   | were not affiliated.  We were not compensated.            |
|       | 12 |   | They were just the people we would send people to         |
|       | 13 |   | when they wanted to do texting.                            |
|       | 14 | Q | Any specific reason why you've never gotten into          |
| 11:51AM | 15 |   | the texting business?                                     |
|       | 16 | A | Just didn't seem to be a lot of money in it.  So          |
|       | 17 |   | we didn't do it.                                           |
|       | 18 | Q | Are you familiar with a company called                    |
|       | 19 |   | PodMusicGear.com --                                        |
| 11:51AM | 20 | A | I am.                                                     |
|       | 21 | Q | -- Incorporated?  And what is PodMusicGear.com?           |
|       | 22 | A | Well, it was nothing then, and it's nothing now,          |
|       | 23 |   | but it was set up to sell hats with earbuds in            |
|       | 24 |   | them, so that you could just have your earbuds            |
| 11:52AM | 25 |   | above your ears and plug your little iPod into it.        |

71

|          |    |   |                                                        |
|----------|----|---|--------------------------------------------------------|
|          | 1  | Q | Did you ever actually manufacture or sell that         |
|          | 2  |   | product?                                               |
|          | 3  | A | Never.  The guy who I was partners with passed         |
|          | 4  |   | away, and it just went by the wayside after that.      |
| 11:52AM  | 5  | Q | So was any business ever conducted under that          |
|          | 6  |   | name?                                                  |
|          | 7  | A | No.                                                    |
|          | 8  | Q | What is Doc, D-o-c, auditor.com?                        |
|          | 9  | A | A domain name.                                         |
| 11:52AM  | 10 | Q | And is that a domain name that you own?                |
|          | 11 | A | It is.                                                 |
|          | 12 | Q | And what is it used for?                               |
|          | 13 | A | Nothing.                                               |
|          | 14 | Q | Did you have a specific intention of using it for      |
| 11:52AM  | 15 |   | something?                                             |
|          | 16 | A | No, but we were going to sell it.                      |
|          | 17 | Q | So you had some specific individual in mind that       |
|          | 18 |   | you thought might be interested in buying it?          |
|          | 19 | A | When I bought it, I had a bunch of loan-mod            |
| 11:53AM  | 20 |   | companies calling me, and it was an up-and-coming      |
|          | 21 |   | business at the time, back in '08, '07, '08.  And      |
|          | 22 |   | with the loan-mod companies, I don't know if           |
|          | 23 |   | you're familiar with that business, but what they      |
|          | 24 |   | would do is they would take your loan documents        |
| 11:53AM  | 25 |   | and they would find faults or issues with the loan     |

72

1    documents through a forensic audit.  And if they

2    found issues, they could take them back to the

3    bank and force them to modify your loan.

4         And so I thought it was a clever name that I

11:53AM    5    could build a, you know, mock website on and try

6    to sell it.  But we never sold it, so.

7  Q  What about MobileTrackMe; is that a company name

8     you've ever used?

9  A  It was a domain that we picked for another company

11:54AM   10    that we were going to put together.  Never got off

11    the ground.  The website -- what we were trying to

12    do was utilize your phone's GPS tracking for

13    trucks that you have out in the field, whether

14    they were service or delivery or for whatever

11:54AM   15    reason, and you could, as an owner, track where

16    all your trucks were.

17         There's a dozen of them out there now that

18    you could probably get for free.  So there was --

19    it was, really, a great idea at the time.  Nobody

11:54AM   20    had had that.  We were way ahead of the curve.

21    But we couldn't get the technology to work.

22  Q  What about the company EmailMyVmail.com?

23  A  So that company, we actually got to the point

24    where we were in beta.  And then, Apple decided

11:55AM   25    they didn't want to put the app on their

73

|         | 1  | Play Store.  But EmailMyVmail was a site where --  |
|         | 2  | or an app where you could download it to your      |
|         | 3  | phone, and you could -- it would record every one  |
|         | 4  | of your phone calls, if you programmed it that     |
| 11:55AM | 5  | way.                                               |
|         | 6  |        So if you were talking to your grandma, and |
|         | 7  | you wanted to record the message -- or record the  |
|         | 8  | phone call, you could do that.  And it didn't      |
|         | 9  | really work too well.  The voice quality was not   |
| 11:55AM | 10 | that great.  It might even still be in the Google  |
|         | 11 | Play Store.  But we never launched it, so we never |
|         | 12 | marketed it.  It never went anywhere.              |
|         | 13 | Q  But that was a corporation that you had set up for |
|         | 14 | that purpose?                                      |
| 11:55AM | 15 | A  For that purpose.                               |
|         | 16 | Q  More than just the domain name?                 |
|         | 17 | A  Yeah.  So unfortunately another non-starter.    |
|         | 18 | Q  Do you currently maintain ownership interest in |
|         | 19 | any other companies besides those that we've       |
| 11:56AM | 20 | discussed so far today?                            |
|         | 21 | A  No.  That's it.                                 |
|         | 22 |        Oh.  Yes.  Hacienda Real Estate Services,   |
|         | 23 | Inc.                                               |
|         | 24 | Q  And what is Hacienda Real Estate Services?      |
| 11:56AM | 25 | A  It's my real estate company in Florida.         |

74

```
                1    Q   Are you currently selling real estate in Florida?

                2    A   I am.

                3    Q   When did you start that company?

                4    A   Last year.

11:56AM         5    Q   Pardon?

                6    A   Last year.

                7    Q   2018?

                8    A   Yep.

                9                  MR. LEVIN:  Can we go off the

11:57AM        10            record for a moment?

               11                  (Discussion off the record)

               12                  (A recess is taken)

               13                  MR. LEVIN:  Back on the record,

               14            please.

12:04PM        15    BY MR. LEVIN:

               16    Q   Before we get to the video, Mr. Montes, I had

               17         forgotten, I noticed that you made a notation, a

               18         handwritten notation on one of those exhibits.  We

               19         need to identify what that is because those are

12:04PM        20         going to go with the transcript, and if you wrote

               21         on them --

               22    A   Yep.

               23    Q   That's Exhibit No. 2, I believe?

               24    A   2.

12:04PM        25    Q   What did you write on there?
```

WWW.FTRMADISON.COM
FOR THE RECORD, INC.  /  MADISON, WISCONSIN  /  (608) 833-0392

| | | | |
|---|---|---|---|
| | 1 | A | *Change state to Florida from Colorado.* |
| | 2 | Q | What was the reason that you wrote that? |
| | 3 | A | You corrected my terms of use. |
| | 4 | Q | Okay.  So is that a note that you were making to |
| 12:05PM | 5 | | yourself? |
| | 6 | A | It was. |
| | 7 | Q | Did you write anything on any of other exhibits |
| | 8 | | that are in front of you there? |
| | 9 | A | I did not. |
| 12:05PM | 10 | Q | So Exhibit No. 7 I'll represent to you is an email |
| | 11 | | that I sent to your attorney with links to the |
| | 12 | | videos that we are going to play.  Have you seen |
| | 13 | | this email before? |
| | 14 | A | No, but I've seen all the videos. |
| 12:05PM | 15 | Q | Okay.  So you didn't watch any of these videos |
| | 16 | | prior to the deposition today? |
| | 17 | A | No. |
| | 18 | Q | You've watched them at some point? |
| | 19 | A | I think I recorded them, so. |
| 12:05PM | 20 | Q | So let's start, then.  There are ten URLs, and |
| | 21 | | we'll just go in order that they are listed on the |
| | 22 | | page here.  I'll refer to them as first, second, |
| | 23 | | third, et cetera, rather than reading each URL |
| | 24 | | into the record.  And I have set them up on my |
| 12:06PM | 25 | | browser here in the order that they appear in the |

76

1    email.

2         The first one I'm showing you, again, is the

3    first URL on the list of ten in the email that's

4    been marked as Exhibit No. 7.  It's titled *How to*

12:06PM   5    *make a call campaign and schedule get the system*

6    *to dial out your campaign* -- that's exactly how

7    the title reads -- totaling 31 minutes and

8    51 seconds.  I'm just going to play a little bit

9    from the beginning here, and then I'll stop it,

12:07PM   10   and you can tell me if this is your voice on the

11   video.

12              (Video is played)

13   Q   Oh, you know what?  We're muted.  I'm sorry.

14       Let's try that again.

12:07PM   15              (Video is played)

16   Q   Is that your voice on that video?

17   A   Yes, it is.

18   Q   Do you recall when you made that video?

19   A   I don't.

12:08PM   20   Q   What is RainMakerCalls.com?  We haven't talked

21       about that website.

22   A   So it's just another website that had -- it had

23       the -- what did it have on it?  I want to say that

24       had, at the time, I think this had Shoutpoint's

12:08PM   25       platform on it.

77

|   |   |   |
|---|---|---|
| | 1 | Q   What is Shoutpoint? |
| | 2 | A   Shoutpoint was another platform that we used. |
| | 3 | Q   So in place of Technologic's platform? |
| | 4 | A   Uh-huh. |
| 12:08PM | 5 | Q   Yes? |
| | 6 | A   Yes.  Sorry. |
| | 7 | Q   And when did you stop using Shoutpoint's platform? |
| | 8 | A   I know I've said this before, and off the top of |
| | 9 | my head, I don't remember, but -- I don't |
| 12:09PM | 10 | remember.  I know -- I know that I have it in the |
| | 11 | record, because I quoted it, but right now, I |
| | 12 | can't recall. |
| | 13 | Q   In the record -- |
| | 14 | A   From another deposition that Mr. Cunningham -- |
| 12:09PM | 15 | Q   From the Tennessee case? |
| | 16 | A   Yeah, yeah. |
| | 17 | Q   Why did you switch from Shoutpoint to the |
| | 18 | dialer.TO platform? |
| | 19 | A   Dialer.TO was much less expensive.  So my costs |
| 12:09PM | 20 | per minute was much lower.  And Jamie cut my, the |
| | 21 | owner of Shoutpoint, cut my credit line, and I |
| | 22 | didn't have the money to pay them, so we stopped |
| | 23 | using it. |
| | 24 | Q   Do you have any idea of like a rough time frame of |
| 12:09PM | 25 | when you made that switch? |

78

|          |    |   |                                                      |
|----------|----|---|------------------------------------------------------|
|          | 1  | A | I don't.  Yeah, I don't.                             |
|          | 2  | Q | Do you have some records somewhere that you might    |
|          | 3  |   | be able to locate that information and provide it    |
|          | 4  |   | to your attorney, and he could --                    |
| 12:10PM  | 5  | A | I do.                                                |
|          | 6  | Q | -- pass it on to me?                                 |
|          | 7  | A | I do.  If you give me one minute, I could probably   |
|          | 8  |   | tell you right now.                                  |
|          | 9  | Q | Take your time.                                      |
| 12:10PM  | 10 | A | It looks like it was late 2016, early 2017.  But I   |
|          | 11 |   | can't give you an exact date.                        |
|          | 12 | Q | Where is Shoutpoint located?                         |
|          | 13 | A | Irvine, California.                                  |
|          | 14 | Q | They're still operating?                             |
| 12:11PM  | 15 | A | I believe so.  Yes.                                  |
|          | 16 | Q | Okay.  So you believe this is an instructional       |
|          | 17 |   | video related to the Shoutpoint system; is that      |
|          | 18 |   | right?                                               |
|          | 19 | A | Correct.                                             |
| 12:12PM  | 20 | Q | And without playing this entire 30-minute video,     |
|          | 21 |   | do you recall generally --                           |
|          | 22 | A | Can you raise that up, let me see it a little?       |
|          | 23 | Q | Sure.  Let me flip this around.                      |
|          | 24 |   | Do you recall --                                     |
| 12:12PM  | 25 | A | You want to let it play a little bit?                |

79

DEPOSITION OF MICHAEL J. MONTES   01/14/2019

| | | |
|---|---|---|
| | 1 | Q  Sure. |
| | 2 | A  Yes.  That's Shoutpoint. |
| | 3 | (Video is played) |
| | 4 | Q  Let's pause it for a moment there at 1:25.  What |
| 12:13PM | 5 | are the audio files that you're talking about |
| | 6 | there? |
| | 7 | A  The prerecorded message. |
| | 8 | Q  So these are instructions on how to set up an |
| | 9 | automated dialing campaign that will play a |
| 12:14PM | 10 | prerecorded message when somebody answers the |
| | 11 | phone? |
| | 12 | A  Correct. |
| | 13 | Q  Is this video do you believe a full set of |
| | 14 | instructions on how to set up such a campaign |
| 12:14PM | 15 | under the Shoutpoint system? |
| | 16 | A  I think so. |
| | 17 | Q  And you currently use the Technologic or dialer.TO |
| | 18 | platform, but does that platform allow you to |
| | 19 | place the calls in the same manner as they are |
| 12:14PM | 20 | through the Shoutpoint platform? |
| | 21 | A  It's an entirely different platform, but |
| | 22 | essentially the functions are the same. |
| | 23 | Q  So is there any -- other than the functionality of |
| | 24 | it, the design, the way it looks, are there any |
| 12:14PM | 25 | significant differences in the tasks that you |

|  |  |  |
|---|---|---|
| 1 |  | could accomplish either with a Shoutpoint platform |
| 2 |  | or the Technologic platform? |
| 3 | A | The end result is still the same on both. |
| 4 | Q | The person who receives the call wouldn't know any |
| 5 |  | difference, would they? |
| 6 | A | No, sir. |
| 7 | Q | Did the Shoutpoint platform have functionality to |
| 8 |  | be set up as a predictive dialer as well? |
| 9 | A | Yes. |
| 10 | Q | And were the lists of phone numbers uploaded in |
| 11 |  | the same manner, essentially, as they are with the |
| 12 |  | Technologic platform? |
| 13 | A | Essentially, but I think I have instructions on |
| 14 |  | this system showing you how to do that.  On |
| 15 |  | Shoutpoint, uploading the list is the same whether |
| 16 |  | you're using the predictive dialer or the regular |
| 17 |  | dialer. |
| 18 | Q | Both of these systems are designed to place -- to |
| 19 |  | allow someone to place a high volume of telephone |
| 20 |  | calls in a short period of time? |
| 21 | A | Yes, sir. |
| 22 | Q | Much quicker than it would take a human being to |
| 23 |  | individually dial each phone number with their |
| 24 |  | fingers -- |
| 25 | A | Correct. |

12:15PM (line 5)
12:15PM (line 10)
12:16PM (line 15)
12:16PM (line 20)
12:16PM (line 25)

81

DEPOSITION OF MICHAEL J. MONTES    01/14/2019

```
         1   Q   -- correct?

         2   A   Correct.

         3   Q   And that is done through the use of technology

         4       which takes a list and calls large numbers of --

12:16PM  5       excuse me -- a large number of phone numbers in a

         6       very short period of time either randomly or

         7       sequentially through the list?

         8   A   Correct.

         9   Q   Okay.  Let's move on to the second video, the

12:17PM 10       second URL that's listed in the email marked as

        11       Exhibit 7.  This one is called How to extract data

        12       from an existing campaign.  I'll start to play at

        13       the beginning, and then I'll pause it, and you can

        14       tell me if this sounds like your voice.

12:17PM 15                     (Video is played)

        16   Q   Is that your voice?

        17   A   Yes, sir.

        18   Q   And did you make this video?

        19   A   I did.

12:17PM 20   Q   And do you recall what exactly you were attempting

        21       to instruct your users in making this video?

        22   A   I do.

        23   Q   Could you tell me about that, please?

        24   A   Downloading data from an existing campaign.

12:17PM 25   Q   What sort of data?
```

<center>82</center>

|  |  |  |
|---|---|---|
|  | 1 | A | So your dial list.  Our clients own their own dial |
|  | 2 | | lists, so we don't, and they have the right to |
|  | 3 | | extract them and utilize them for whatever they're |
|  | 4 | | going to do outside of our system. |
| 12:18PM | 5 | Q | Aren't those clients providing you with that list |
|  | 6 | | in the first place to be uploaded into the system? |
|  | 7 | A | Yes.  They own it.  So we don't -- there are some |
|  | 8 | | dialer platforms that do not allow you to extract |
|  | 9 | | your own data once you've uploaded it.  And they |
| 12:18PM | 10 | | own that list.  They have a right to it.  So they |
|  | 11 | | need the ability to download it.  That's why we |
|  | 12 | | have the video. |
|  | 13 | Q | Are you saying just a list of numbers or the |
|  | 14 | | results of the calls to the list? |
| 12:18PM | 15 | A | Actually, both.  But for this instance, it's just |
|  | 16 | | the list of numbers that they're making calls to. |
|  | 17 | Q | So just a way of pulling back out the data that's |
|  | 18 | | been uploaded into there in the first place? |
|  | 19 | A | Correct. |
| 12:18PM | 20 | Q | There are a couple of other websites that you can |
|  | 21 | | see on the screenshot that you've recorded here? |
|  | 22 | A | Yes, sir. |
|  | 23 | Q | RinglessCalls.com, what is that website? |
|  | 24 | A | RinglessCalls.com is our website for ringless |
| 12:19PM | 25 | | calls.  So they are non-phone call phone calls. |

83

|   |   |   |
|---|---|---|
| | 1 | What we do is we take a prerecorded message, and |
| | 2 | we will send it to your cell phone via the IP |
| | 3 | address.  It's a server-to-server data drop.  And |
| | 4 | then we drop it into the cell phone's back end, |
| 12:19PM | 5 | and that's how it works. |
| | 6 | Q  And then, there's another link below that, |
| | 7 | ZenTexter.com.  What is that? |
| | 8 | A  It's just a URL that we have that we push people |
| | 9 | over to BizTexter. |
| 12:19PM | 10 | Q  So this is a way of offering other services or |
| | 11 | referrals people could be looking for? |
| | 12 | A  Correct. |
| | 13 | Q  Below that there is a phone number, (800)306-6383? |
| | 14 | A  Correct. |
| 12:19PM | 15 | Q  Where does that number lead to? |
| | 16 | A  My cell phone. |
| | 17 | Q  So that's a number for people to call for support |
| | 18 | or questions? |
| | 19 | A  Yes, sir. |
| 12:19PM | 20 | Q  And when you made this video, were you using the |
| | 21 | Shoutpoint system or the Technologic system? |
| | 22 | A  You have to continue for me to see, because I have |
| | 23 | several videos for different platforms. |
| | 24 | Q  Okay.  I'll start it up again. |
| | 25 | (Video is played) |

84

|          |    |   |                                                      |
|----------|----|---|------------------------------------------------------|
|          | 1  | A | So this is the dialer.TO.                            |
|          | 2  |   | Oh.  Let's see.                                      |
|          | 3  |   | (Video is played)                                    |
|          | 4  | A | Yeah, dialer.TO.                                     |
| 12:20PM  | 5  | Q | When you showed the login on the video, that was     |
|          | 6  |   | you doing the typing?                                |
|          | 7  | A | It was.                                              |
|          | 8  | Q | You typed in Skip Montes, Jr.  Is that another       |
|          | 9  |   | name you go by?                                      |
| 12:20PM  | 10 | A | It's my demo site.  Yeah, I needed something so      |
|          | 11 |   | that I didn't show a client's login.                 |
|          | 12 | Q | Well, I guess I'm just asking, is Skip like a        |
|          | 13 |   | nickname that you sometimes go by, or is that        |
|          | 14 |   | somebody else?                                       |
| 12:21PM  | 15 | A | No.  That's me.                                      |
|          | 16 | Q | So you are actually Michael Montes, Jr.?             |
|          | 17 | A | I am.                                                |
|          | 18 | Q | Anything else in particular about this video we      |
|          | 19 |   | haven't discussed, as far as what's shown on the     |
| 12:21PM  | 20 |   | rest of it?                                          |
|          | 21 | A | No.  You can learn how to download your data, if     |
|          | 22 |   | you want to continue.                                |
|          | 23 | Q | Let's move on to the third video that is -- third    |
|          | 24 |   | URL that's listed on the email marked as             |
| 12:21PM  | 25 |   | Exhibit No. 7.  This one is called *How to adjust*   |

85

|   |   |   |
|---|---|---|
| | 1 | *for time zones.*  Let me play a little bit, and |
| | 2 | then we'll confirm that this is your voice. |
| | 3 | (Video is played) |
| | 4 | Q   Is that your voice? |
| 12:21PM | 5 | A   Yes, sir. |
| | 6 | Q   And did you also make this video? |
| | 7 | A   I did. |
| | 8 | Q   And this appears to be reflecting the dialer.TO |
| | 9 | system? |
| 12:22PM | 10 | A   Yes, sir. |
| | 11 | Q   And what exactly were you attempting to instruct |
| | 12 | people in making this video? |
| | 13 | A   So customers don't want to call somebody, let's |
| | 14 | say that -- no matter who they are, politician or |
| 12:22PM | 15 | sales, they don't want to call somebody at |
| | 16 | 7:00 P.M. Eastern while it's 4:00 P.M. Pacific, |
| | 17 | but they want to do 7:00 P.M. Pacific.  So our |
| | 18 | system allows to adjust for time zone priority, |
| | 19 | which means that I can make sure that any calls |
| 12:22PM | 20 | that are made would go out at 7:00 P.M. in each |
| | 21 | time zone. |
| | 22 | So it's a four-hour campaign, minimum, |
| | 23 | because it has to start in the east at 7:00, and |
| | 24 | then it goes to Central, and then Mountain, and |
| 12:22PM | 25 | then Pacific, when it becomes 7:00 P.M. in each of |

86

|            |    |   |                                                           |
|------------|----|---|-----------------------------------------------------------|
|            | 1  |   | those time zones.  Whereas, if you didn't do that,        |
|            | 2  |   | you started it at 7:00 Eastern, that means it's           |
|            | 3  |   | dialing at the same time at 4:00 Pacific, 5:00            |
|            | 4  |   | Mountain, 6:00 Central.                                    |
| 12:23PM    | 5  | Q | Do you believe there's anything else that's               |
|            | 6  |   | reflected in this video?                                   |
|            | 7  | A | No.  That's it.                                            |
|            | 8  | Q | And each of these three videos we've looked at so         |
|            | 9  |   | far, are they available on the Autodialer123.com          |
| 12:23PM    | 10 |   | website as you mentioned earlier?                          |
|            | 11 | A | Yes.                                                       |
|            | 12 | Q | Okay.  Then moving on to the fourth URL that's            |
|            | 13 |   | listed in the email that was marked as                    |
|            | 14 |   | Exhibit No. 7, this is a video entitled *How to*         |
| 12:23PM    | 15 |   | *load data in the data library*.  Again, I'll play       |
|            | 16 |   | the first few seconds of it to confirm that it is         |
|            | 17 |   | your voice.                                                |
|            | 18 |   | (Video is played)                                         |
|            | 19 | Q | Is that your voice that we were listening to?             |
| 12:24PM    | 20 | A | Yes, sir.                                                  |
|            | 21 | Q | And did you make this video as well?                      |
|            | 22 | A | I did.                                                     |
|            | 23 | Q | And this is also on the dialer.TO system?                 |
|            | 24 | A | Correct.                                                   |
| 12:24PM    | 25 | Q | So that Dialerleads.com URL just directs you to           |

<div align="center">87</div>

|  |  |  |
|---|---|---|
| 1 |  | the point where you log into their system? |
| 2 | A | Correct. |
| 3 | Q | And if you recall -- this is a |
| 4 |  | six-minute-and-twenty-second video -- what are you |
| 5 |  | instructing the users how to do in this video? |
| 6 | A | I believe it's how to install your lead list. |
| 7 | Q | The list of phone numbers to be dialed? |
| 8 | A | Correct. |
| 9 | Q | You said you believed.  Should we maybe play a |
| 10 |  | little further so you can confirm that's what it |
| 11 |  | is? |
| 12 | A | Sure. |
| 13 |  | (Video is played) |
| 14 | A | What was the title of this video? |
| 15 | Q | It's right here, *How to load data in the data* |
| 16 |  | *library.* |
| 17 | A | Yeah, that's it.  We don't need to listen to it |
| 18 |  | anymore. |
| 19 | Q | So this video, if we played it out, would instruct |
| 20 |  | me, if I am setting up an autodialer telemarketing |
| 21 |  | sales campaign, and I've got a spreadsheet with |
| 22 |  | 100,000 phone numbers, how to upload all those |
| 23 |  | numbers in the system to then be dialed? |
| 24 | A | Correct. |
| 25 | Q | I'm going to move this ahead to the time stamp |

12:24PM (line 5)
12:25PM (line 10)
12:25PM (line 15)
12:25PM (line 20)
12:25PM (line 25)

88

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
|         | 1  | 1:25 and start it up again briefly and then ask              |
|         | 2  | you a few more questions.                                     |
|         | 3  | (Video is played)                                            |
|         | 4  | Q  I'm sorry, I think I went too far.  Let's back it          |
| 12:26PM | 5  | up a little.  I'm restarting it from 1:11.                   |
|         | 6  | (Video is played)                                            |
|         | 7  | Q  So forgetting the instructional language that you         |
|         | 8  | were recording there, we're looking at here some             |
|         | 9  | boxes that can be checked.  One says *Global DNC*            |
| 12:27PM | 10 | *check*, and one says *Customer DNC*?                        |
|         | 11 | A  Correct.                                                   |
|         | 12 | Q  Can you tell me what the relevance of those is?           |
|         | 13 | A  Yeah.  One is -- the global is the federal                |
|         | 14 | do-not-call list.  And most of our customers,                |
| 12:27PM | 15 | because they're political, we tell them don't use            |
|         | 16 | that.  In fact, I originally recorded this video             |
|         | 17 | for my client Rosetta Stone.  I said, Don't check            |
|         | 18 | DNC because you'll lose all of your people.                  |
|         | 19 | So with this, you have the ability to either                 |
| 12:27PM | 20 | scrub your list against the federal do-not-call              |
|         | 21 | list and/or the militant list or the customer               |
|         | 22 | list.  So if the customer has a campaign that                |
|         | 23 | they've run regularly, and let's say they're                 |
|         | 24 | commercial, and in their message it says, Press 9            |
| 12:28PM | 25 | to be removed from our list, they can press 9, and           |

<div align="center">89</div>

1  that customer will be permanently scrubbed from

2  that particular customer's list.

3        If they -- they have no choice but to scrub

4  against the militant list when they load their

12:28PM  5  data.  And the militant list is a list we've

6  compiled over the years of people who are

7  screamers, just absolutely you don't want to

8  contact these people.

9  Q  When you use the word *screamers*, what do you mean

12:28PM  10  by that?

11  A  People who threaten lawsuits or actually file

12  lawsuits.

13  Q  And where do you obtain the information that this

14  phone number is one that you should add to that

12:28PM  15  list?

16  A  So customers will send us lists and say, Please

17  remove these people.  And so we don't remove them,

18  when they do that, we don't remove them from just

19  one list.  We put them in the militant DNC.

12:29PM  20  Q  So the militant list that you're talking about is

21  a list that you maintain for your customers who

22  are using the dialer.TO platform?

23  A  Correct.

24  Q  It's not maintained by Technologic?

12:29PM  25  A  It is maintained by Technologic.  We just add the

90

```
           1      numbers to their list.

           2   Q  The list is compiled by you?

           3   A  Correct.

           4   Q  Okay.  And you were saying the system is set up

12:29PM    5      that if one of your customers calls me, I'm always

           6      going to be offered the option to press 9 to not

           7      receive further calls in the future?

           8   A  Assuming that's in their message.  Some customers

           9      may or may not do it.  We don't know because we

12:29PM   10      don't audit their audio files.  But we tell

          11      everybody to make sure that you have an opt out.

          12   Q  Well, whether they're telling me to do it or not,

          13      the system is set up that if I press 9, it's going

          14      to add me onto that specific customer's

12:29PM   15      do-not-call list?

          16   A  Correct.  Right.  And so that's the customer DNC.

          17      So as a customer, you would have your own bucket

          18      of do-not-call lists that you've generated.

          19   Q  Right.  So you really have three do-not-call lists

12:30PM   20      available.  There's the federal one maintained by

          21      the government, there is your militant list that

          22      you maintain, and then each customer would have

          23      their own list of people that press 9?

          24   A  Correct.

12:30PM   25   Q  And how do you obtain access to the federal
```

DEPOSITION OF MICHAEL J. MONTES   01/14/2019

| | | |
|---|---|---|
| | 1 | do-not-call list? |
| | 2 | A  Dialer.TO puts it in there from one of their other |
| | 3 | customers.  But we don't have access to it. |
| | 4 | Q  Okay.  Other than instructing customers how to |
| 12:30PM | 5 | upload their phone number lists into the system, |
| | 6 | is there anything else that you're instructing |
| | 7 | them in this video that you recall? |
| | 8 | A  No.  That's it.  That's it.  Just load your list. |
| | 9 | Q  All right.  Then, moving on to the fifth video, |
| 12:31PM | 10 | the fifth one on the list that is in the email |
| | 11 | marked as Exhibit 7.  This one is entitled *How to* |
| | 12 | *extract report data to migrate*.  Again, I'm going |
| | 13 | to press play, and we'll verify this is your |
| | 14 | voice. |
| 12:31PM | 15 | (Video is played) |
| | 16 | Q  So again, is that your voice that we're hearing? |
| | 17 | A  It is. |
| | 18 | Q  And did you record this video yourself? |
| | 19 | A  I did. |
| 12:31PM | 20 | Q  Backing up just a little bit here, when you were |
| | 21 | at the login screen, it is a separate login for |
| | 22 | RainMakerCalls.com and Dialerleads.com? |
| | 23 | A  Correct. |
| | 24 | Q  So the RainMakerCalls.com was the one that was |
| 12:32PM | 25 | associated with Shoutpoint, right? |

92

| | | |
|---|---|---|
| | 1 | A It is. |
| | 2 | Q So was this a time when you were using both |
| | 3 | systems? |
| | 4 | A It was. |
| 12:32PM | 5 | Q So any of these videos that are showing the |
| | 6 | dialer.TO system would have been recorded probably |
| | 7 | in late 2016 or after? |
| | 8 | A Probably. |
| | 9 | Q Which is when you said you switched from |
| 12:32PM | 10 | Shoutpoint to dialer.TO? |
| | 11 | A Probably.  Yeah.  We might have been using them |
| | 12 | earlier, but I might not have done the videos. |
| | 13 | Q Do you recall if there was a reason why you were |
| | 14 | using both?  I mean, would you direct certain |
| 12:33PM | 15 | clients to one system over the other for any |
| | 16 | reason? |
| | 17 | A I had to learn dialer.TO, and I didn't have |
| | 18 | anybody to help me.  So it took a while.  I mean, |
| | 19 | I got it, but it took me a while to learn the |
| 12:33PM | 20 | system. |
| | 21 | Q Okay.  So do you recall -- I can play some more if |
| | 22 | we need to, but do you recall what it is that |
| | 23 | you're instructing your clients how to do in this |
| | 24 | video? |
| 12:33PM | 25 | A What was the title of this? |

93

|  |  |  |
|---|---|---|
| | 1 | Q | *How to extract report data to migrate.* |

1   Q   *How to extract report data to migrate.*

2   A   Correct.  So if they wanted to go in and extract

3        just the answering machine phone numbers, the

4        phone numbers that bounced off an answering

12:33PM  5        machine, they could go in and extract that data.

6        If they wanted to get all the busies or no

7        answers, they could extract that data.  Or if they

8        wanted the whole list, they could extract that.

9   Q   So it's basically how they can compile reports,

12:34PM  10       download reports of the results of the dialing

11        campaigns that they're conducting?

12   A   Correct.

13   Q   And it can tell us how many had a live answer, how

14        many had an answering machine, how many had no

12:34PM  15       answer, any other types of data that they can --

16        customers can download?

17   A   Correct.

18   Q   What are the other types of data that customers

19        can download?

12:34PM  20   A   So you can download an entire report, that will

21        give you every single phone number and its result.

22        You could download busies, no answers, bad

23        numbers, answering machines, live people, people

24        who hung up before a certain period of time,

12:34PM  25       people who hung up after a certain period of time.

|       |   |                                                              |
|-------|---|--------------------------------------------------------------|
|       | 1 | It's segmented, so there's a list of people that            |
|       | 2 | you can download.                                            |
|       | 3 | Q | So essentially the results of each call based on       |
|       | 4 |   | different criteria, depending on what you want to      |
| 12:35PM | 5 |   | know?                                                |
|       | 6 | A | Correct.                                               |
|       | 7 | Q | Anything else that you're instructing in this          |
|       | 8 |   | video that you're aware of?                            |
|       | 9 | A | No.  That's it.  It's pretty short.                    |
| 12:35PM | 10 | Q | Okay.  I'm moving on to the next one, which is the  |
|       | 11 |   | sixth URL list contained in Exhibit 7.  This one      |
|       | 12 |   | is two minutes and ten seconds, entitled *How did I* |
|       | 13 |   | *lose data*.  So let's start at the beginning of      |
|       | 14 |   | that again and verify that this is your voice.         |
| 12:35PM | 15 |   | (Video is played)                                      |
|       | 16 | Q | Is that your voice we're listening to?                 |
|       | 17 | A | Yes, sir.                                              |
|       | 18 | Q | And did you record this video as well?                 |
|       | 19 | A | I did.                                                 |
| 12:35PM | 20 | Q | And do you recall what it is that you're               |
|       | 21 |   | instructing your customers in this video?              |
|       | 22 | A | Just answering the question *What happened to my*     |
|       | 23 |   | *data*.                                                |
|       | 24 | Q | So more specifically, what sort of data are people    |
| 12:36PM | 25 |   | looking to recover?                                    |

95

|  |  |  |
|---|---|---|
|  | 1 | A | So they upload data, and then it's missing, and |

1    A   So they upload data, and then it's missing, and
2        what happened is, is they might have put it in a
3        campaign, and then they deleted it, and they're
4        wondering what happened to it.  Where it was a
5        problem with a lot of customers calling, going,
6        Hey, I loaded this database, and then I wanted
7        to -- I didn't want to load the whole thing, so I
8        deleted it, and isn't it supposed to go back into
9        the data library.  But the answer is no.  Once you
10       delete it, it's gone.  You have to reload it.  And
11       so I explain that in here that stop deleting your
12       lists because they don't come back.
13   Q   Did you commonly make these videos when you would
14       get a number of questions about the same topics?
15   A   Yeah, that's kind of how they all developed.  Over
16       time, I would get a number of phone calls on a
17       specific subject, and then I'm like, Oh, boy, I
18       better record a message, so I don't have to keep
19       taking phone calls.
20   Q   Okay.  Moving on, then, to the seventh video, the
21       seventh URL in the list that is contained in
22       Exhibit No. 7.  This is a video entitled *How to do*
23       *a test call*.  So again, we'll start that up and
24       confirm this is you.
25                    (Video is played)

12:36PM (lines 5-9)
12:36PM (lines 10-12)
12:36PM (lines 15-19)
12:37PM (lines 20-24)
12:37PM (line 25)

96

DEPOSITION OF MICHAEL J. MONTES    01/14/2019

|          |    |   |                                                    |
|----------|----|---|----------------------------------------------------|
|          | 1  | Q | Is that your voice?                                |
|          | 2  | A | Yes.                                               |
|          | 3  | Q | And did you record this video as well?             |
|          | 4  | A | I did.                                             |
| 12:37PM  | 5  | Q | And what were you attempting to instruct people    |
|          | 6  |   | how to do in this video?                           |
|          | 7  | A | Prior to their launching a call, they have to do a |
|          | 8  |   | test call to verify that the audio file that is in |
|          | 9  |   | the campaign is actually the audio file they want  |
| 12:37PM  | 10 |   | to launch.  We were going through a period of      |
|          | 11 |   | people who were adding the wrong audio file to     |
|          | 12 |   | their campaign, and then the candidates were mad,  |
|          | 13 |   | because they were calling back going, No, no, no,  |
|          | 14 |   | I recorded two, and that was the wrong one, or     |
| 12:38PM  | 15 |   | this or that.  And so we put a stopgap in.  I      |
|          | 16 |   | said, You guys need to do a -- you need to do a    |
|          | 17 |   | pre-call.  You need to hear your message before    |
|          | 18 |   | you launch it and approve it.                      |
|          | 19 | Q | So this allows you to just put in one single phone |
| 12:38PM  | 20 |   | number, like put in your own cell phone to have a  |
|          | 21 |   | test call made to make sure it sounds the way that |
|          | 22 |   | you want it to sound before you're broadcasting it |
|          | 23 |   | out to all the other numbers?                      |
|          | 24 | A | Correct.  Yeah, we went through a flurry of        |
| 12:38PM  | 25 |   | candidates, because they would be one word off,    |

97

|   | | |
|---|---|---|
| | 1 | and then they would go ahead and record another |
| | 2 | message, and the political consultant would put |
| | 3 | the wrong one in. |
| | 4 | Q Backing up to the beginning of the video here, you |
| 12:39PM | 5 | were showing the Autodialer123.com home page, and |
| | 6 | there's another URL link towards the bottom here, |
| | 7 | Emailmylist.com.  What is that? |
| | 8 | A It was a referral to a -- I think it was AWeber. |
| | 9 | So AWeber is an email service that if these |
| 12:39PM | 10 | clients wanted to do emails, we didn't do them, so |
| | 11 | we got that question on a regular basis, so we |
| | 12 | decided just to send them out to somebody else. |
| | 13 | Q Send mass emails to? |
| | 14 | A Correct. |
| 12:39PM | 15 | Q Same email to a large number of email addresses at |
| | 16 | the same time? |
| | 17 | A Yeah.  We don't do it, but I have an affiliated |
| | 18 | agreement with AWeber.  So if somebody wants to go |
| | 19 | there and do that, they'll pay me a referral fee, |
| 12:39PM | 20 | but we didn't actually ever do any bulk email. |
| | 21 | Q Do you get referral fees by BizTexter? |
| | 22 | A No.  No.  I don't know why they don't want to do |
| | 23 | it, but. |
| | 24 | Q Anything else that you're instructing users how to |
| 12:40PM | 25 | do in this video? |

1    A   No, sir.

2    Q   Throughout your deposition today, you refer

3        repeatedly to the political candidate customers,

4        and I understand that's a decent portion of your

12:40PM  5   business.  Can you give me an estimate, as we sit

6        here today, for the autodialing telemarketing

7        campaigns that you do, what percentage of them are

8        done for political candidates and what percentage

9        are done for sales purposes?

12:40PM  10   A   Well, the political season is over.  We do have a

11       couple of political candidates that are still

12       doing something with robocalls.  So very little.

13       And we are actually very little on doing robocalls

14       right now because we're trying to keep people away

12:40PM  15       from that.  So most of our stuff on ringless is

16       commercial, probably 95 percent of it.

17   Q   Let's go back a few years when you were operating

18       TollFreeZone in 2015.  Can you give me an estimate

19       as to the autodialing campaigns that you helped

12:41PM  20       set up for your customers, what percentage were

21       political candidates as opposed to telemarketing

22       sales?

23   A   Every year the bulk of our revenue comes from

24       political, and we have -- we do have a handful of

12:41PM  25       commercial people.  And back then, we probably

99

|          |    |   |                                               |
|----------|----|---|-----------------------------------------------|
|          | 1  |   | were doing a little bit more.  We were probably |
|          | 2  |   | doing about 30 percent commercial.            |
|          | 3  | Q | What about 2016; what percentage would you say was |
|          | 4  |   | commercial?                                   |
| 12:41PM  | 5  | A | I'd have to say that it was probably about the |
|          | 6  |   | same.                                         |
|          | 7  | Q | 2017?                                         |
|          | 8  | A | It dropped off significantly, and we did a lot |
|          | 9  |   | of -- a lot more political, a lot less autodials. |
| 12:41PM  | 10 | Q | Is there a reason why it dropped off?         |
|          | 11 | A | Again, we started migrating people over to    |
|          | 12 |   | ringless calls.                               |
|          | 13 | Q | So it was a conscious choice in --            |
|          | 14 | A | Yes.                                          |
| 12:42PM  | 15 | Q | -- the direction of your business?            |
|          | 16 | A | Yes.                                          |
|          | 17 | Q | Okay.  Let's move on, then, the eighth video, the |
|          | 18 |   | eighth URL from the list that's contained in  |
|          | 19 |   | Exhibit No. 7.  This one is called *How to start* |
| 12:42PM  | 20 |   | *and stop a campaign*.  I'll play the first few |
|          | 21 |   | seconds of that again.                        |
|          | 22 |   | (Video is played)                             |
|          | 23 | Q | Is that your voice?                           |
|          | 24 | A | It is.                                        |
| 12:42PM  | 25 | Q | And did you create this video as well?        |

100

|  |  |  |
|---|---|---|
| | 1 | A    Yes, sir. |
| | 2 | Q    And what are you instructing your customers how to |
| | 3 | do with this video? |
| | 4 | A    To start and stop a campaign. |
| 12:42PM | 5 | Q    Meaning what specifically? |
| | 6 | A    So in this video, I believe I go through the |
| | 7 | entire process of, from beginning to end, of |
| | 8 | starting a campaign.  So from choosing your |
| | 9 | database, choosing your Wave file or your audio |
| 12:43PM | 10 | file, and setting the time parameters, and then |
| | 11 | launching the campaign. |
| | 12 | Q    Okay.  Then, moving to the ninth video, the ninth |
| | 13 | URL from the list contained in Exhibit No. 7. |
| | 14 | This one is called *How to order calls*.  Again, |
| 12:43PM | 15 | I'll play the beginning, so you can confirm this |
| | 16 | is your voice. |
| | 17 | (Video is played) |
| | 18 | Q    Is that your voice? |
| | 19 | A    It is. |
| 12:43PM | 20 | Q    And did you create this video? |
| | 21 | A    I did. |
| | 22 | Q    And what were you attempting to instruct your |
| | 23 | customers in creating this video? |
| | 24 | A    We have a bunch of political people that are not |
| 12:44PM | 25 | techies, so they can go to our order form and |

<div align="center">101</div>

DEPOSITION OF MICHAEL J. MONTES     01/14/2019

|              | 1  |   | actually order calls.  So we will provide -- we |
|              | 2  |   | will do all the legwork.  If they send us their |
|              | 3  |   | data, their message, their caller ID, we'll set up |
|              | 4  |   | the campaign for them. |
| 12:44PM      | 5  | Q | Do you charge them like a flat fee to do that? |
|              | 6  | A | No.  We don't charge any more. |
|              | 7  | Q | So you're doing all the setup yourself that they |
|              | 8  |   | could do on their own -- |
|              | 9  | A | Correct. |
| 12:44PM      | 10 | Q | -- so they don't have to fiddle with it? |
|              | 11 | A | Right. |
|              | 12 | Q | Do you have to lot of clients that take advantage |
|              | 13 |   | of that service? |
|              | 14 | A | Not so much.  I mean, I've got a guy in |
| 12:44PM      | 15 |   | Pennsylvania that I -- you know, he does all the |
|              | 16 |   | Republican calls there.  He absolutely has to have |
|              | 17 |   | me do it for him.  He can't -- he can barely email |
|              | 18 |   | me. |
|              | 19 | Q | Okay.  Then, moving on to the last video, the |
| 12:45PM      | 20 |   | tenth and final URL that's contained in the list |
|              | 21 |   | that's marked as Exhibit No. 7.  Now, this one is |
|              | 22 |   | a little bit different and quite a bit longer.  We |
|              | 23 |   | don't have to hear the whole thing, but I do want |
|              | 24 |   | to ask you some questions about it. |
| 12:45PM      | 25 | A | Sure. |

102

|  |  |  |
|---|---|---|
| | 1 | Q  First of all, just based on the name, |
| | 2 | *Elite Marketing Alliance/Millionaire Marketing* |
| | 3 | *Machine Autodialer123 training*, do you have any |
| | 4 | recollection of why this video was created? |
| 12:45PM | 5 | A  Go ahead and play it, and I'll tell you. |
| | 6 | Q  Okay.  This is not your voice at the beginning, I |
| | 7 | don't believe. |
| | 8 | (Video is played) |
| | 9 | A  I got it. |
| 12:45PM | 10 | Q  Do you know whose voice that is? |
| | 11 | A  That is Dana Ehrlich. |
| | 12 | Q  And does that tell you what this video is? |
| | 13 | A  Yeah.  I think we were doing a training video to |
| | 14 | her people how to provision a call. |
| 12:46PM | 15 | Q  When you say *how to provision a call*, what do you |
| | 16 | mean by that? |
| | 17 | A  How to get it running on her system, doing a |
| | 18 | training on that. |
| | 19 | Q  Not a single call, but a campaign? |
| 12:46PM | 20 | A  A campaign, yeah. |
| | 21 | Q  Okay.  And Elite Marketing Alliance/Millionaire |
| | 22 | Marketing Machine, those are telemarketing sales |
| | 23 | calls, correct? |
| | 24 | A  Correct. |
| 12:46PM | 25 | Q  These are not political clients? |

103

|  |  |  |
|---|---|---|
| | 1 | A   Not at all. |
| | 2 | Q   And do you know what sort of products they are |
| | 3 | selling? |
| | 4 | A   I don't.  I don't recall.  If I did know, I don't |
| 12:46PM | 5 | recall. |
| | 6 | Q   Are you currently doing business with any |
| | 7 | customers affiliated with Elite Marketing Alliance |
| | 8 | or Millionaire Marketing Machine? |
| | 9 | A   No. |
| 12:46PM | 10 | Q   Is there a reason?  Did you choose to stop or -- |
| | 11 | A   No.  They just never really materialized.  I mean, |
| | 12 | we did a few of them, but I was -- I remember |
| | 13 | being very disappointed that I took the time to do |
| | 14 | this with these people and very little came out of |
| 12:47PM | 15 | it. |
| | 16 | Q   Do you know when this video was created -- |
| | 17 | A   I don't remember. |
| | 18 | Q   -- or when the call took place, the training |
| | 19 | session took place? |
| 12:47PM | 20 | A   I don't.  I don't. |
| | 21 | Q   I'm going to move this ahead to, we'll start it |
| | 22 | at -- okay.  I'm starting it up at 8:38. |
| | 23 | (Video is played) |
| | 24 | Q   Is that your voice? |
| 12:48PM | 25 | A   Yes, sir. |

104

|          |    |   |                                                      |
|----------|----|---|------------------------------------------------------|
|          | 1  | Q | Okay.                                                |
|          | 2  |   | (Video is played)                                    |
|          | 3  | Q | When you said you're always available to them,       |
|          | 4  |   | what did you mean by that?                           |
| 12:48PM  | 5  | A | Customer service.  So if they are ordering calls     |
|          | 6  |   | and going through the motions and putting things     |
|          | 7  |   | in, and they get to a spot where they just get       |
|          | 8  |   | lost, they can call me, and I can help out.          |
|          | 9  | Q | And you're always willing to do that for any of      |
| 12:49PM  | 10 |   | your customers --                                    |
|          | 11 | A | Any customer.                                        |
|          | 12 | Q | -- having difficulty with the system?                |
|          | 13 | A | Yeah.                                                |
|          | 14 | Q | I'm going to move this ahead to 10 minutes and       |
| 12:49PM  | 15 |   | 26 seconds.  We'll start it there.                   |
|          | 16 |   | (Video is played)                                    |
|          | 17 | Q | First of all, I stopped there at 11:19.  What is     |
|          | 18 |   | the 800Link Press 1 number?                          |
|          | 19 | A | So what these guys were doing is they were pushing   |
| 12:50PM  | 20 |   | a phone call to another prerecorded message.  So     |
|          | 21 |   | they would call out, and if somebody pressed 1,      |
|          | 22 |   | our system would then transfer that call, that       |
|          | 23 |   | live person to 800Link's phone number.  So           |
|          | 24 |   | whatever 800Link number they had, to whatever        |
| 12:50PM  | 25 |   | back-end message they were playing, which we have    |

105

1       no idea because that's -- we ended at the phone

2       number.

3           So once we transfer it to 800Link, they're

4       either listening to a message or they're --

12:51PM   5       they're just listening to a message, I guess.  So

6       that's how that would work.

7   Q   So for these Elite Marketing Alliance, Millionaire

8       Marketing Machine customers, you could not -- they

9       could not start a dialing campaign until they

12:51PM   10       provided you with that information?

11   A   Yeah, because what I would do is, once they would

12       send me that information, I would call them and do

13       an audio -- a video tour, and I would show them

14       how they're going to upload their data.  It made

12:51PM   15       more sense when it was their stuff in their

16       account.  So I would take the time to show them

17       how to do that.  But I wanted that stuff in my

18       possession so that I could go through the tutorial

19       online with a Zoom Video or whatever, GoToMeeting.

12:51PM   20   Q   So you said you did the initial setup for them

21       before they could begin doing their dialing

22       campaigns?

23   A   Right.  Yeah.  Even though I did a video, they

24       still needed hand-holding.

12:52PM   25   Q   Do you recall for how many people affiliated with

                        106

|  |  |  |
|---|---|---|
| | 1 | Elite Marketing Alliance or Millionaire Marketing |
| | 2 | Machine you set up accounts? |
| | 3 | A  I don't recall the exact number, but it wasn't |
| | 4 | very many. |
| 12:52PM | 5 | Q  More than ten? |
| | 6 | A  Probably less than five.  Again, I felt very |
| | 7 | disappointed that we went through this motion, and |
| | 8 | nothing really came of it. |
| | 9 | Q  All right.  I'm going to move this ahead to -- |
| 12:52PM | 10 | A  This was, by the way, the system that I was |
| | 11 | screening them on, this was a long time ago, |
| | 12 | because that was Jamie's platform. |
| | 13 | Q  Who is Jamie? |
| | 14 | A  What the hell is the name of it?  I told you |
| 12:53PM | 15 | earlier.  It's Shoutpoint. |
| | 16 | Q  So this was through the Shoutpoint platform? |
| | 17 | A  Correct. |
| | 18 | Q  So again, probably sometime before late 2016 when |
| | 19 | you switched to Technologic? |
| 12:53PM | 20 | A  Probably 2015, maybe. |
| | 21 | Q  Okay.  So I moved the video ahead to one hour, |
| | 22 | three minutes and 25 seconds.  I'll start play |
| | 23 | from there. |
| | 24 | (Video is played) |
| 12:55PM | 25 | Q  You're talking about here ordering and |

<div align="center">107</div>

|   |   |   |
|---|---|---|
| | 1 | provisioning calls? |
| | 2 | A  Uh-huh. |
| | 3 | Q  What do you mean by ordering calls? |
| | 4 | A  So what I mean is, again, we wanted them to send |
| 12:55PM | 5 | us all of their information the first time, their |
| | 6 | leads, their message, their caller ID, their |
| | 7 | 800Link number, whatever, so we could call them |
| | 8 | back and do a GoToMeeting or whatever and show |
| | 9 | them how to upload all this stuff. |
| 12:55PM | 10 | And it's very important that we did the, you |
| | 11 | know, the hands-on training because this stuff, |
| | 12 | they just didn't get.  So it took a while.  It |
| | 13 | took a lot of phone calls. |
| | 14 | Q  So you were also saying that the information |
| 12:56PM | 15 | doesn't always come to you.  There's other people |
| | 16 | that work here, I think you said.  Who were you |
| | 17 | referring to? |
| | 18 | A  Oh, I always say that, even though it's just me. |
| | 19 | I don't want people to think that I'm a one-man |
| 12:56PM | 20 | banana stand. |
| | 21 | Q  Okay.  But there was nobody else at that time, |
| | 22 | you're saying? |
| | 23 | A  There was nobody else.  It's just me. |
| | 24 | Q  So overall, this was intended to be a |
| 12:56PM | 25 | comprehensive training video for Elite Marketing |

<div align="center">108</div>

|           |    |   |                                                          |
|-----------|----|---|----------------------------------------------------------|
|           | 1  |   | Alliance/Millionaire Marketing Machine people as         |
|           | 2  |   | to how to set up calling campaigns through your          |
|           | 3  |   | system?                                                  |
|           | 4  | A | Correct.                                                 |
| 12:56PM   | 5  | Q | And do you know, the campaigns that they were            |
|           | 6  |   | using were, were they autodialed campaigns?              |
|           | 7  | A | They were.                                               |
|           | 8  | Q | And were they calling high volumes of numbers in a       |
|           | 9  |   | very short period of time --                             |
| 12:56PM   | 10 | A | Yes.                                                     |
|           | 11 | Q | -- from lists that they provided?                        |
|           | 12 | A | Correct.                                                 |
|           | 13 | Q | And those numbers from called in some random             |
|           | 14 |   | order?                                                   |
| 12:57PM   | 15 | A | However we put them in the system, generally they        |
|           | 16 |   | went out the same day.  So if you put them in,           |
|           | 17 |   | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, blah, blah,       |
|           | 18 |   | blah, if we loaded it that way, that's how it went       |
|           | 19 |   | out.  We didn't have a randomizer on it.                 |
| 12:57PM   | 20 | Q | So it could be randomized, or it could be just           |
|           | 21 |   | done in the order --                                     |
|           | 22 | A | It's default to send out in the order you send it        |
|           | 23 |   | with this system, or you could click randomize.          |
|           | 24 | Q | And you're saying the calls that they were               |
| 12:57PM   | 25 |   | placing, if I answered one of those calls, I was         |

<div align="center">109</div>

| | | |
|---|---|---|
| | 1 | hearing an automated message? |
| | 2 | A Correct. |
| | 3 | Q And it would direct me to press 1 if I wanted more |
| | 4 | information or something?  And from there, it |
| 12:57PM | 5 | transfers the call out somewhere else away from -- |
| | 6 | A Correct. |
| | 7 | Q You don't have any knowledge of what happens after |
| | 8 | that? |
| | 9 | A No. |
| 12:57PM | 10 | Q Have you ever been affiliated or worked with |
| | 11 | somebody located in Oregon?  Did you ever have |
| | 12 | somebody who worked for you there? |
| | 13 | A I don't know.  Who? |
| | 14 | MR. LEVIN:  I think I'm almost |
| 12:58PM | 15 | done.  If I can take a break and go into the |
| | 16 | other room with Craig, and then we'll come |
| | 17 | back and finish up. |
| | 18 | (A recess is taken) |
| | 19 | BY MR. LEVIN: |
| 01:17PM | 20 | Q Mr. Montes, do you recall whether in 2015 and 2016 |
| | 21 | you were running any call campaigns for |
| | 22 | Brian Kaplan or Jerry Maurer? |
| | 23 | A I don't.  I don't.  I don't think so.  But I don't |
| | 24 | remember. |
| 01:17PM | 25 | Q So you have worked with them in the past, but you |

<div align="center">110</div>

|          |    |                                                            |
|----------|----|------------------------------------------------------------|
|          | 1  | don't recall --                                            |
|          | 2  | A  No.                                                     |
|          | 3  | Q  -- any kind of time frame as to when that was?          |
|          | 4  | A  I don't.                                                |
| 01:18PM  | 5  | Q  Is it possible that it was in 2015 and 2016?            |
|          | 6  | A  It is possible.  I couldn't tell you off the top        |
|          | 7  |    of my head.                                             |
|          | 8  | Q  Do you recall a time frame that -- strike that.         |
|          | 9  |    In 2015 and/or 2016, were you running call              |
| 01:18PM  | 10 |    campaigns for Dana Ehrlich or any of her people?        |
|          | 11 | A  I would -- the only thing I could do is guess, and      |
|          | 12 |    if you want a guess, I'll give it to you, but I         |
|          | 13 |    don't know -- I couldn't tell you exactly.  Did I?      |
|          | 14 |    Yes.  I did run calls for Dana Ehrlich's team, but      |
| 01:18PM  | 15 |    I don't remember when.                                  |
|          | 16 | Q  And that's the Elite Marketing                          |
|          | 17 |    Alliance/Millionaire Marketing Machine, the video,      |
|          | 18 |    instructional video we were watching?                   |
|          | 19 | A  Yeah, whatever the video said, yeah.                    |
| 01:19PM  | 20 | Q  So again, you know that you did run call campaigns      |
|          | 21 |    for them, but you don't know when?                      |
|          | 22 | A  I don't remember.                                       |
|          | 23 | Q  Do you know if you ran any call campaigns for           |
|          | 24 |    people selling the 8 Figure Dream Lifestyle             |
| 01:19PM  | 25 |    program in 2015 or 2016?                                |

111

| | | | |
|---|---|---|---|
| | 1 | A | I know I ran them for -- well, I know they were on |
| | 2 | | our system, but I don't remember what time frame. |
| | 3 | Q | And do you know whether you ran call campaigns for |
| | 4 | | people selling the Enagic/Water System in 2015 or |
| 01:19PM | 5 | | 2016? |
| | 6 | A | I don't recall, but I know we ran them.  They were |
| | 7 | | on our system. |
| | 8 | Q | Is somebody by the name of Terry Collins |
| | 9 | | affiliated with any of those businesses? |
| 01:20PM | 10 | A | Unless he works for them directly, no. |
| | 11 | Q | Does that name ring a bell to you? |
| | 12 | A | Yeah, I know Terry. |
| | 13 | Q | How do you know Terry Collins? |
| | 14 | A | He used to sell data to several of the guys.  So |
| 01:20PM | 15 | | he was a data provider. |
| | 16 | Q | Providing lists of phone numbers, for example? |
| | 17 | A | Correct.  Yeah.  Yeah, he brokered lists for a |
| | 18 | | couple years. |
| | 19 | Q | Do you ever monitor your clients or customers to |
| 01:20PM | 20 | | determine whether they are placing calls in |
| | 21 | | compliance with the Telephone Consumer Protection |
| | 22 | | Act? |
| | 23 | A | No. |
| | 24 | Q | Do you ever monitor your customers or clients to |
| 01:20PM | 25 | | determine whether they are placing calls in |

112

1    compliance with the do-not-call list restrictions?

2  A  No.

3  Q  Have you ever done that sort of monitoring in the

4    past?

01:21PM  5  A  No.

6  Q  Why not?

7  A  They're the person sending the call out.  It's

8    their responsibility to know those laws.  It's

9    their responsibility to adhere to any

01:21PM  10    requirements.  We're just the platform.  So

11    whatever they do, it's on them.

12  Q  Have you ever ceased doing business with a client

13    because you thought that they were misusing your

14    platform in some way?

01:21PM  15  A  Sure.  Sure.  I know we've done it.  I don't know

16    who, but.

17  Q  Can you give me an example of under what sort of

18    circumstances that has happened?

19  A  Well, we had a political client that wanted to run

01:21PM  20    a call from a person running against them in a

21    race at 1:00 in the morning, saying that they were

22    their competitor.  It's a dirty world of politics.

23    Our system doesn't allow that.  The reason I found

24    out, our system only allows you to go from 9:00 to

01:22PM  25    9:00, 9:00 A.M. to 9:00 P.M.  You can't call

113

|   |   |   |
|---|---|---|
| | 1 | outside of that in any time zone.  The system |
| | 2 | won't allow it. |
| | 3 | And the reason I found out that these guys |
| | 4 | wanted to do that is because they called me and |
| 01:22PM | 5 | said, Hey, your system won't let me do this. |
| | 6 | Well, what are you trying to do?  And they told |
| | 7 | me.  And so we said, Uh-uh.  We're not -- you go |
| | 8 | find somebody else for that. |
| | 9 | Q Have you ever ceased doing business with a sales |
| 01:22PM | 10 | client, a non-political client because you felt |
| | 11 | that they were misusing your platform in some way? |
| | 12 | A I know we have.  I couldn't tell you who it was. |
| | 13 | Q You don't recall the circumstances of that? |
| | 14 | A Just whatever it was made me say no. |
| 01:22PM | 15 | Q Do you recall anything specific about any of those |
| | 16 | situations? |
| | 17 | A I don't.  I don't. |
| | 18 | Q After you found out about the judgment that was |
| | 19 | entered against you in the lawsuit filed by the |
| 01:23PM | 20 | state of Missouri, did you change your business |
| | 21 | practices or procedures in any way? |
| | 22 | A No. |
| | 23 | Q When you found out about the fine that was levied |
| | 24 | against you in the state of Mississippi, after |
| 01:23PM | 25 | that, did you change your business practices or |

114

| | | |
|---|---|---|
| | 1 | procedures in any way? |
| | 2 | A | Well, we stopped calling both of those states.  We |
| | 3 | | stopped calling Mississippi before that. |
| | 4 | Q | But other than that, did you make any other |
| 01:23PM | 5 | | changes as a result of those fines or judgments |
| | 6 | | that were levied against you? |
| | 7 | A | No, because I actually don't know what it was that |
| | 8 | | they were suing me for, so. |
| | 9 | | In the Missouri case, we didn't have the |
| 01:24PM | 10 | | money for an attorney.  We didn't have money to |
| | 11 | | pay them.  So we just let it go.  And the |
| | 12 | | Mississippi case, I never heard about it until |
| | 13 | | Mr. Cunningham presented it. |
| | 14 | Q | And again, I know I've already asked you this, but |
| 01:24PM | 15 | | I just want to be clear, throughout the course of |
| | 16 | | your deposition, as you've referred to *we*, you're |
| | 17 | | talking about you, Michael Montes, |
| | 18 | | TollFreeZone.com, Incorporated, and MyAdGuys.com, |
| | 19 | | LLC? |
| 01:24PM | 20 | A | And/or MyAdGuys.com. |
| | 21 | Q | You're not talking about any other individuals |
| | 22 | | other than yourself? |
| | 23 | A | No. |
| | 24 | Q | Do you still have access to records of calls that |
| 01:26PM | 25 | | were placed by or on behalf of Brian Kaplan and |

115

|        |    |                                                           |
|--------|----|-----------------------------------------------------------|
|        | 1  | Jerry Maurer when they were doing business with           |
|        | 2  | you?                                                      |
|        | 3  | A  Probably not, because at the time I probably would     |
|        | 4  | have had them on the Shoutpoint platform, and I           |
| 01:26PM| 5  | certainly wouldn't -- I don't have access to that         |
|        | 6  | at all.                                                   |
|        | 7  | Q  You don't have access to any records related to        |
|        | 8  | calls that were placed using your platform when           |
|        | 9  | you were working with Shoutpoint?                         |
| 01:26PM| 10 | A  No.  No.  They took my account away.                   |
|        | 11 | Q  But you do have access to calls that were placed       |
|        | 12 | using your platform since you've been working with        |
|        | 13 | Technologic?                                              |
|        | 14 | A  I do, assuming that Technologic has retained those     |
| 01:27PM| 15 | records from that long ago.  If it's still there,         |
|        | 16 | I would.                                                  |
|        | 17 |              MR. LEVIN:  Okay.  I think that's             |
|        | 18 |         all the questions I have.                         |
|        | 19 |              MR. TROST:  I've got a few                    |
| 01:27PM| 20 |         follow-up clarification questions.                |
|        | 21 |              EXAMINATION                                   |
|        | 22 | BY MR. TROST:                                             |
|        | 23 | Q  Do you, Michael Montes, personally make calls          |
|        | 24 | using an autodialer?                                      |
| 01:27PM| 25 | A  No.                                                     |

116

1    Q   Have you ever made any calls using an autodialer

2        during the years 2015, 2016, or 2017?

3    A   Not for my company or any company I own or are a

4        part of.

01:27PM  5    Q   And for whom have you made autodialer calls, you

6        personally?

7    A   Nobody.  Just, I mean, the clients that get on our

8        system, they do it, but I don't personally make

9        any phone calls.

01:28PM  10   Q   And there was some discussion or description of

11       you running call campaigns.  Do you recall

12       questions of that nature?

13   A   Yeah.  I mean, when people say, Oh, you know, can

14       you run my call campaign, well, if you send me

01:28PM  15       your data and your Wave file or your audio message

16       and your caller ID, I can load them into your

17       account for you, and I can show you how to do it.

18       And mostly, that's why I'm on a lot of training

19       calls because I can take their data and show them

01:28PM  20       how to do it in their account.

21   Q   Then, do you ever move forward from that point and

22       actually initiate the calls?

23   A   I have, but it's their account.  It's their data.

24       It's their message.  I have hit send or start.

01:28PM  25       But I'm not making them on my behalf.  Most of

117

|   |   |
|---|---|
| 1 | those clients are, like I said, most of them are |
| 2 | political.  With the political guys, I can take |
| 3 | that from beginning to end. |
| 4 | Q  And are those the type of campaigns that you're |
| 5 | just talking about, the political campaigns? |
| 6 | A  Oh, yeah.  Yeah.  My mind is mostly political |
| 7 | because that's most of what we do. |
| 8 | Q  And in that context, do you run commercial |
| 9 | telemarketing campaigns for commercial clients? |
| 10 | A  No, not usually.  We will show the customer how to |
| 11 | do it. |
| 12 | Q  You do not run them? |
| 13 | A  No. |
| 14 | Q  With respect to commercial telemarketing |
| 15 | campaigns, do you have any involvement in the |
| 16 | substance of any calls or messages that are placed |
| 17 | through your platform? |
| 18 | A  Not usually.  They come up with their own scripts. |
| 19 | We have referred customers to third-party |
| 20 | recording artists.  So if they have their own |
| 21 | script, but they want somebody to record it, they |
| 22 | can call Debbie Grattan or any of these other |
| 23 | people out there that do voice overs. |
| 24 | Q  And have you or your companies for these |
| 25 | telemarketing commercial clients selected the |

01:29PM (line 5)
01:29PM (line 10)
01:29PM (line 15)
01:30PM (line 20)
01:30PM (line 25)

118

|   | 1 | settings or the conditions under which the calls |
|---|---|---|
|   | 2 | go out, or is that something that the client |
|   | 3 | selects? |
|   | 4 | A   The client tells us what they're going to do, if |
| 01:30PM | 5 | they do tell us, if they are interested in finding |
|   | 6 | out if that's a possibility.  For instance, when |
|   | 7 | the guy called me and said, We want to send it out |
|   | 8 | at 1:00 in the morning, no, you can't do that. |
|   | 9 | Q   Do you or your companies select what scrubs may be |
| 01:30PM | 10 | applied to a client's list of numbers to take out |
|   | 11 | certain numbers from a campaign? |
|   | 12 | A   No.  That's up to them. |
|   | 13 | MR. TROST:  That's all the |
|   | 14 | questions I have for you. |
| 01:31PM | 15 | THE WITNESS:  Okay. |
|   | 16 | MR. LEVIN:  Couple of follow-up |
|   | 17 | questions. |
|   | 18 | RE-EXAMINATION |
|   | 19 | BY MR. LEVIN: |
| 01:31PM | 20 | Q   You and your companies provide the platform |
|   | 21 | through which autodialed telemarketing sales |
|   | 22 | campaigns can be made, correct? |
|   | 23 | A   Correct. |
|   | 24 | Q   And you've done that for many clients in the past, |
| 01:31PM | 25 | correct? |

119

```
          1    A   Correct.
          2    Q   And some of those clients include Jerry Kaplan --
          3        Jerry Maurer, excuse me, Brian Kaplan, 8 Figure
          4        Dream Lifestyle, Dana Ehrlich, Elite Marketing
01:31PM   5        Alliance, correct?
          6    A   Sure.  Yep.
          7    Q   And without you or someone who does the same thing
          8        that you do, they wouldn't be able to place those
          9        high volumes of automated calls sending out
01:32PM  10        prerecorded messages to a large number of phone
         11        numbers at the same time, correct?
         12    A   Without a company, a dialer company, correct.
         13    Q   When your counsel asked you if you ever -- I think
         14        he asked you if you ever provide the text of
01:32PM  15        messages, prerecorded messages that are made
         16        during some of these autodialed telemarketing
         17        sales calls, and you said not usually.  So have
         18        you ever done that in the past that --
         19    A   Sure.
01:32PM  20    Q   -- you've written those scripts for people?
         21    A   Absolutely.  Yeah.  Yeah.  These politicians, it's
         22        amazing they get voted in because they don't
         23        really know how to write a script.  So it's not
         24        uncommon for them to call us and go, Well, we're
01:32PM  25        not sure what we're going to say, yet, blah, blah,
```

                              120

| | | |
|---|---|---|
| | 1 | blah, blah.  So we'll ask them, What's the gist of |
| | 2 | what you're trying to get across?  And I'll write |
| | 3 | a script for them. |
| | 4 | Q | Have you ever done that for somebody who was |
| 01:33PM | 5 | running a telemarketing sales campaign? |
| | 6 | A | I might have, but usually they know what they're |
| | 7 | going to say.  The commercial guys come at us with |
| | 8 | their own stuff. |
| | 9 | MR. LEVIN:  That's all I have. |
| 01:33PM | 10 | Thank you. |
| | 11 | THE WITNESS:  Okay. |
| | 12 | MR. TROST:  No further questions. |
| | 13 | MR. LEVIN:  Signature? |
| | 14 | MR. TROST:  Sure. |
| 01:33PM | 15 | MR. LEVIN:  You mean he'll review |
| | 16 | it? |
| | 17 | MR. TROST:  Yeah, he'll review it. |
| | 18 | That's fine. |
| | 19 | (Discussion off the record) |
| | 20 | BY MR. LEVIN: |
| | 21 | Q | Mr. Montes, we're just going back on the record to |
| | 22 | confirm, Exhibit No. 7, there are checkmarks |
| | 23 | placed next to each of the URL links for the |
| | 24 | various videos we were discussing.  Did you place |
| 01:36PM | 25 | those checkmarks on that exhibit? |

121

1    A   Yes, sir, I did.

2    Q   So any of the stray pen marks we see on that

3        exhibit were made by you?

4    A   Yes, sir.

01:36PM   5                    MR. LEVIN:  That's it.

6                    (Adjourning at 1:36 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

122

```
 1    STATE OF WISCONSIN )
                         ) ss.
 2    COUNTY OF DANE     )

 3

 4         I, Sarah F. Pelletter, a Registered Professional

 5    Reporter and Notary Public in and for the State of

 6    Wisconsin, do hereby certify that the foregoing

 7    deposition of MICHAEL J. MONTES was taken before me

 8    on January 14, 2019, and reduced to writing by me, a

 9    professional court reporter and disinterested person,

10    approved by all parties in interest and thereafter

11    converted to typewriting using computer-aided

12    transcription.

13         I further certify that I am not related to nor

14    an employee of counsel or any of the parties to the

15    action, nor am I in any way financially interested in

16    the outcome of this case.

17         IN WITNESS WHEREOF, I have hereunto set my hand

18    and affixed my notarial seal of office at Madison,

19    Wisconsin, this 17th day of January 2019.

20

21

22         _____
           Notary Public, State of Wisconsin
23         My Commission Expires 7/26/2020

24

25
```

123

DEPOSITION OF MICHAEL J. MONTES   01/14/2019

**$**

**$1,325** [1] - 61:24
**$1,500** [1] - 47:8
**$3,000** [1] - 57:4
**$440,000** [3] - 3:1, 65:4, 65:12
**$5,000,000** [1] - 69:5
**$73,000** [1] - 61:24

**'**

**'05** [1] - 69:12
**'07** [1] - 72:21
**'08** [2] - 72:21

**1**

**1** [11] - 2:19, 22:14, 22:17, 25:9, 25:18, 25:24, 105:18, 105:21, 109:17, 110:3
**1,000** [2] - 10:24, 35:25
**1-10** [1] - 1:10
**1/7/19** [1] - 3:3
**10** [2] - 105:14, 109:17
**100** [1] - 18:18
**100,000** [6] - 47:4, 47:7, 57:2, 57:13, 57:21, 88:22
**103** [1] - 2:4
**11** [1] - 109:17
**116** [1] - 2:16
**119** [1] - 2:16
**11:19** [1] - 105:17
**12** [1] - 109:17
**135** [1] - 4:12
**14** [2] - 1:19, 123:8
**16-cv-761** [1] - 1:5
**17th** [1] - 123:19
**18th** [1] - 61:22
**1991** [1] - 27:20
**1:00** [2] - 113:21, 119:8
**1:11** [1] - 89:5
**1:25** [2] - 80:4, 89:1
**1:36** [2] - 1:20, 122:6

**2**

**2** [13] - 2:21, 23:15, 23:18, 26:12, 26:19, 29:1, 37:13, 45:25, 46:3, 75:23, 75:24, 109:17
**200** [2] - 1:18, 2:7
**2000** [3] - 44:23, 44:24, 45:23

**2005** [4] - 21:22, 43:14, 44:22, 44:24
**2006** [1] - 43:19
**2012** [2] - 61:22, 62:22
**2015** [9] - 55:7, 99:18, 107:20, 110:20, 111:5, 111:9, 111:25, 112:4, 117:2
**2016** [11] - 55:11, 79:10, 93:7, 100:3, 107:18, 110:20, 111:5, 111:9, 111:25, 112:5, 117:2
**2017** [5] - 10:12, 63:25, 79:10, 100:7, 117:2
**2018** [5] - 4:17, 10:10, 21:6, 63:25, 75:7
**2019** [3] - 1:19, 123:8, 123:19
**22** [1] - 2:19
**23** [1] - 2:21
**25** [1] - 107:22
**26** [2] - 2:22, 105:15
**28** [1] - 2:23

**3**

**3** [4] - 2:22, 26:6, 26:9, 109:17
**30** [2] - 1:15, 100:2
**30,000** [1] - 57:14
**30-minute** [1] - 79:20
**300** [1] - 57:18
**31** [1] - 77:7
**333** [1] - 2:4
**33905** [1] - 4:12

**4**

**4** [8] - 2:15, 2:23, 28:20, 28:23, 32:11, 46:1, 46:4, 109:17
**46** [1] - 67:18
**4:00** [2] - 86:16, 87:3

**5**

**5** [5] - 2:24, 26:20, 61:15, 61:18, 109:17
**5/14/1968** [1] - 4:10
**50** [2] - 11:24, 49:19
**51** [1] - 77:8
**53703** [1] - 2:8
**5:00** [1] - 87:3

**6**

**6** [4] - 3:1, 64:13,

64:16, 109:17
**60062** [1] - 2:4
**61** [1] - 2:24
**64** [1] - 3:1
**6:00** [1] - 87:4

**7**

**7** [14] - 3:3, 76:10, 77:4, 82:11, 85:25, 87:14, 92:11, 95:11, 96:22, 100:19, 101:13, 102:21, 109:17, 121:22
**7/26/2020** [1] - 123:23
**76** [1] - 3:3
**7:00** [6] - 86:16, 86:17, 86:20, 86:23, 86:25, 87:2

**8**

**8** [16] - 29:9, 29:10, 29:15, 29:25, 30:4, 30:9, 30:17, 30:23, 31:4, 31:12, 31:17, 31:19, 31:24, 109:17, 111:24, 120:3
**800)306-6383** [1] - 84:13
**800link** [11] - 25:9, 25:11, 25:14, 25:15, 25:16, 25:21, 26:3, 105:18, 105:24, 106:3, 108:7
**800link's** [1] - 105:23
**8:38** [1] - 104:22

**9**

**9** [6] - 89:24, 89:25, 91:6, 91:13, 91:23, 109:17
**90** [1] - 18:5
**95** [1] - 99:16
**9:00** [4] - 113:24, 113:25
**9:55** [1] - 1:19

**A**

**A-m-y** [1] - 19:14
**A.M** [1] - 113:25
**a.m** [1] - 1:19
**ability** [3] - 9:12, 83:11, 89:19
**able** [4] - 55:13, 60:1, 79:3, 120:8
**absolutely** [4] - 57:23, 90:7, 102:16,

120:21
**absolves** [1] - 27:24
**absorb** [1] - 27:12
**accept** [2] - 28:7, 28:8
**access** [11] - 44:5, 52:6, 52:21, 59:14, 60:10, 91:25, 92:3, 115:24, 116:5, 116:7, 116:11
**accomplish** [2] - 57:5, 81:1
**accord** [1] - 29:8
**accordance** [1] - 46:5
**account** [23] - 14:17, 24:24, 25:3, 25:6, 37:19, 37:20, 37:23, 38:1, 39:16, 40:23, 41:6, 41:8, 46:17, 52:12, 56:10, 58:3, 60:4, 70:7, 106:16, 116:10, 117:17, 117:20, 117:23
**accountant** [1] - 43:15
**accounts** [5] - 38:25, 41:19, 54:10, 55:3, 107:2
**accused** [1] - 65:18
**achieves** [1] - 17:5
**acknowledge** [1] - 28:3
**acquire** [1] - 52:22
**acquired** [1] - 52:18
**acronym** [1] - 34:13
**act** [2] - 27:19, 112:22
**action** [3] - 2:20, 67:6, 123:15
**actions** [2] - 22:7, 66:21
**actual** [2] - 12:16, 47:23
**add** [5] - 29:19, 29:20, 90:14, 90:25, 91:14
**added** [1] - 30:7
**adding** [1] - 97:11
**addition** [1] - 6:14
**address** [4] - 4:11, 16:7, 39:15, 84:3
**addresses** [1] - 98:15
**adept** [1] - 68:5
**adhere** [1] - 113:9
**Adjourning** [1] - 122:6
**adjust** [2] - 85:25, 86:18

**administrator** [2] - 11:2, 11:5
**advantage** [1] - 102:12
**advertising** [4] - 10:15, 42:18, 42:22, 63:3
**affect** [1] - 9:12
**affiliated** [9] - 16:7, 30:16, 30:22, 71:11, 98:17, 104:7, 106:25, 110:10, 112:9
**affixed** [1] - 123:18
**afford** [1] - 6:9
**agent** [1] - 51:24
**ago** [7] - 5:5, 5:6, 42:24, 53:22, 53:23, 107:11, 116:15
**agree** [1] - 27:22
**agreeing** [1] - 28:9
**agreement** [3] - 46:2, 46:5, 98:18
**agrees** [1] - 27:16
**ahead** [9] - 58:3, 73:20, 88:25, 98:1, 103:5, 104:21, 105:14, 107:9, 107:21
**AI** [1] - 12:7
**aided** [1] - 123:11
**alcohol** [1] - 9:11
**allegations** [2] - 7:25, 65:21
**Alleged** [1] - 3:1
**alleged** [1] - 27:25
**alliance** [6] - 35:4, 35:7, 104:7, 106:7, 107:1, 120:5
**Alliance** [3] - 35:17, 35:20
**Alliance/millionaire** [2] - 103:2, 111:17
**alliance/millionaire** [2] - 103:21, 109:11
**allow** [8] - 6:6, 16:20, 66:3, 80:18, 81:19, 83:8, 113:23, 114:2
**allows** [5] - 25:22, 49:18, 86:18, 97:19, 113:24
**almost** [3] - 49:17, 53:1, 110:14
**alongside** [1] - 11:3
**amazing** [1] - 120:22
**amount** [4] - 56:4, 56:18, 56:20, 61:24
**Amy** [2] - 19:14, 19:15
**Announces** [1] - 3:1
**answer** [12] - 6:7, 6:20, 7:1, 9:13, 11:7,

17:10, 23:7, 30:12,
46:21, 94:13, 94:15,
96:9
 **answered** [1] -
109:25
 **answering** [8] -
14:11, 14:23, 47:15,
94:3, 94:4, 94:14,
94:23, 95:22
 **answers** [7] - 6:10,
6:22, 17:12, 47:13,
80:10, 94:7, 94:22
 **anti** [3] - 27:18,
66:19, 66:24
 **anti-robocalling** [2] -
66:19, 66:24
 **anti-solicitation** [1] -
27:18
 **anyway** [1] - 60:15
 **app** [2] - 73:25, 74:2
 **appear** [1] - 76:25
 **appeared** [2] - 2:5,
2:8
 **apple** [1] - 73:24
 **applied** [1] - 119:10
 **appropriate** [1] -
13:20
 **approve** [1] - 97:18
 **approved** [1] -
123:10
 **approximate** [2] -
22:1, 24:15
 **area** [1] - 54:20
 **arrangement** [1] -
39:11
 **artists** [1] - 118:20
 **aside** [1] - 57:7
 **assist** [1] - 44:9
 **assistance** [4] -
41:18, 41:22, 50:18,
57:22
 **assisted** [1] - 38:24
 **associated** [1] -
92:25
 **assume** [1] - 62:24
 **assuming** [3] - 60:9,
91:8, 116:14
 **AT&T** [4] - 49:5,
49:6, 49:8
 **attached** [1] - 3:6
 **attaching** [1] - 3:3
 **attempting** [4] -
82:20, 86:11, 97:5,
101:22
 **attend** [1] - 9:20
 **attorney** [6] - 6:1,
7:17, 26:16, 76:11,
79:4, 115:10
 **audible** [1] - 13:25
 **audio** [8] - 80:5,

91:10, 97:8, 97:9,
97:11, 101:9, 106:13,
117:15
 **audit** [2] - 73:1,
91:10
 **auditor.com** [1] -
72:8
 **Audrey** [4] - 20:6,
20:9, 20:11, 21:12
 **autodialed** [3] -
109:6, 119:21, 120:16
 **autodialer** [6] - 38:4,
55:3, 88:20, 116:24,
117:1, 117:5
 **Autodialer123** [1] -
103:3
 **Autodialer123.com**
[12] - 2:21, 2:22, 2:23,
23:24, 24:1, 41:13,
50:19, 60:6, 66:13,
70:6, 87:9, 98:5
 **autodialing** [11] -
43:25, 45:19, 50:17,
54:10, 55:8, 55:25,
57:20, 59:11, 67:13,
99:6, 99:19
 **autodials** [2] - 45:13,
100:9
 **automated** [3] - 80:9,
110:1, 120:9
 **automatically** [2] -
14:21, 17:25
 **available** [10] -
17:10, 17:12, 17:16,
17:17, 28:25, 41:17,
60:1, 87:9, 91:20,
105:3
 **aware** [16] - 22:10,
22:11, 27:2, 27:17,
35:5, 38:20, 61:9,
61:20, 61:25, 62:7,
62:18, 65:2, 65:6,
66:23, 70:14, 95:8
 **AWeber** [3] - 98:8,
98:9, 98:18
 **Axley** [1] - 1:17
 **AXLEY** [1] - 2:6

**B**

 **B-o-r-g-e-r** [1] -
20:10
 **back-end** [3] - 25:18,
25:23, 105:25
 **backbone** [1] - 49:4
 **backing** [2] - 92:20,
98:4
 **bad** [2] - 47:13,
94:22
 **ballpark** [1] - 56:3

 **banana** [1] - 108:20
 **bank** [1] - 73:3
 **banking** [1] - 45:24
 **bankruptcy** [1] -
8:21
 **barely** [1] - 102:17
 **bars** [2] - 33:15,
33:21
 **based** [7] - 13:15,
14:22, 52:3, 56:15,
56:18, 95:3, 103:1
 **basis** [1] - 98:11
 **bathroom** [1] - 58:23
 **became** [3] - 31:2,
62:18, 65:6
 **become** [1] - 62:7
 **becomes** [2] - 15:9,
86:25
 **begin** [4] - 6:7, 6:11,
28:4, 106:21
 **beginning** [8] - 77:9,
82:13, 95:13, 98:4,
101:7, 101:15, 103:6,
118:3
 **begins** [1] - 27:2
 **behalf** [5] - 2:5, 2:8,
34:3, 115:25, 117:25
 **bell** [4] - 14:1, 36:2,
48:21, 112:11
 **below** [2] - 84:6,
84:13
 **beneficiaries** [3] -
20:2, 20:4, 20:13
 **beneficiary** [1] - 20:7
 **best** [1] - 52:25
 **beta** [1] - 73:24
 **better** [1] - 96:18
 **between** [5] - 35:25,
39:8, 49:22, 51:24,
63:15
 **biggest** [1] - 71:1
 **bill** [4] - 36:5, 46:22,
51:16, 56:9
 **billboards** [1] - 10:18
 **billing** [1] - 56:2
 **birth** [1] - 4:9
 **bit** [12] - 8:14, 35:24,
41:23, 41:24, 49:3,
77:8, 79:25, 86:1,
92:20, 100:1, 102:22
 **biz** [2] - 32:20, 32:24
 **BizTexter** [2] - 84:9,
98:21
 **blah** [7] - 109:17,
109:18, 120:25, 121:1
 **block** [2] - 66:2,
66:10
 **blockage** [1] - 67:20
 **blocked** [6] - 66:8,
66:20, 66:25, 67:3,

67:7, 67:11
 **book** [1] - 53:4
 **Border** [1] - 20:9
 **Borger** [2] - 20:6,
20:11
 **bottom** [4] - 23:25,
26:19, 34:18, 98:6
 **bought** [3] - 24:21,
68:20, 72:19
 **Boulevard** [1] - 2:4
 **bounced** [1] - 94:4
 **boxes** [1] - 89:9
 **boy** [1] - 96:17
 **branded** [1] - 49:7
 **break** [4] - 7:3, 7:7,
58:23, 110:15
 **Brian** [7] - 30:19,
30:24, 31:10, 31:15,
110:22, 115:25, 120:3
 **briefly** [1] - 89:1
 **bring** [1] - 22:24
 **broadcast** [1] - 10:23
 **broadcasting** [1] -
97:22
 **broker** [2] - 12:2,
53:7
 **brokered** [1] -
112:17
 **browser** [1] - 76:25
 **Brynelson** [1] - 1:17
 **BRYNELSON** [1] -
2:6
 **bucket** [1] - 91:17
 **bucks** [1] - 57:18
 **build** [1] - 73:5
 **built** [2] - 48:11,
49:17
 **bulk** [2] - 98:20,
99:23
 **bunch** [3] - 50:11,
72:19, 101:24
 **burn** [4] - 17:6, 47:7,
57:5, 57:14
 **burned** [1] - 15:9
 **busies** [3] - 47:12,
94:6, 94:22
 **business** [45] - 10:1,
10:3, 10:11, 10:14,
16:5, 18:3, 18:12,
18:24, 28:8, 28:15,
29:1, 29:23, 29:24,
30:14, 36:4, 39:10,
39:25, 40:1, 40:8,
42:2, 43:2, 44:21,
45:14, 45:16, 54:7,
55:19, 57:19, 59:5,
59:9, 61:8, 61:10,
61:13, 69:6, 71:15,
72:5, 72:21, 72:23,
99:5, 100:15, 104:6,

113:12, 114:9,
114:20, 114:25, 116:1
 **businesses** [8] -
5:22, 9:24, 11:18,
11:20, 31:6, 37:6,
49:11, 112:9
 **Butts** [1] - 36:1
 **BUTTS** [1] - 36:2
 **buy** [5] - 11:13, 12:1,
51:2, 52:25, 53:9
 **buying** [2] - 47:19,
72:18
 **BY** [4] - 4:5, 59:4,
75:15, 110:19,
116:22, 119:19,
121:20
 **bypass** [1] - 58:14

**C**

 **California** [15] - 5:16,
9:2, 9:22, 19:7, 20:23,
21:2, 21:14, 40:16,
45:18, 46:10, 48:19,
48:21, 53:19, 63:12,
69:24, 69:25, 79:13
 **caller** [4] - 14:20,
102:3, 108:6, 117:16
 **callers** [1] - 11:3
 **calls.com** [1] - 67:24
 **campaign** [32] -
50:17, 55:21, 55:25,
56:12, 57:20, 67:14,
70:6, 70:12, 70:17,
77:5, 77:6, 80:9,
80:14, 82:12, 82:24,
86:22, 88:21, 89:22,
96:3, 97:9, 97:12,
100:20, 101:4, 101:8,
101:11, 102:4,
103:19, 103:20,
106:9, 117:14,
119:11, 121:5
 **campaigns** [21] -
59:6, 59:11, 71:6,
94:11, 99:7, 99:19,
106:22, 109:2, 109:5,
109:6, 110:21,
111:10, 111:20,
111:23, 112:3,
117:11, 118:4, 118:5,
118:9, 118:15, 119:22
 **Canada** [2] - 48:21
 **candidate** [5] - 11:1,
11:7, 13:8, 15:2, 99:3
 **candidate's** [1] -
12:24
 **candidates** [5] -
97:12, 97:25, 99:8,
99:11, 99:21

DEPOSITION OF MICHAEL J. MONTES   01/14/2019

**Capistrano** [1] - 20:22
**card** [1] - 46:19
**care** [2] - 29:8, 54:13
**case** [22] - 5:1, 5:12, 5:15, 7:13, 7:18, 7:25, 8:2, 8:7, 8:8, 9:1, 22:22, 23:13, 25:20, 28:1, 57:15, 58:1, 64:5, 64:21, 78:15, 115:9, 115:12, 123:16
**Case** [1] - 1:5
**cases** [2] - 4:25, 8:12
**cease** [3] - 17:15, 21:24, 22:3
**ceased** [3] - 62:22, 113:12, 114:9
**ceasing** [2] - 61:2, 61:7
**cell** [7] - 16:8, 16:9, 50:4, 84:2, 84:4, 84:16, 97:20
**center** [1] - 52:19
**centers** [1] - 13:22
**central** [2] - 86:24, 87:4
**cents** [1] - 57:3
**certain** [7] - 22:23, 41:1, 61:11, 93:14, 94:24, 94:25, 119:11
**certainly** [1] - 116:5
**certainty** [2] - 30:12, 31:5
**certify** [2] - 123:6, 123:13
**cetera** [3] - 27:6, 27:20, 76:23
**change** [3] - 76:1, 114:20, 114:25
**changed** [3] - 26:15, 63:1, 63:23
**changes** [1] - 115:5
**charge** [6] - 46:22, 47:3, 56:6, 56:22, 102:5, 102:6
**charged** [3] - 47:2, 47:12, 47:17
**charging** [2] - 47:6, 57:3
**cheaper** [2] - 13:11, 48:22
**cheapest** [3] - 50:6, 50:21, 51:3
**check** [4] - 24:20, 40:25, 89:10, 89:17
**checked** [1] - 89:9
**checkmarks** [2] - 121:22, 121:25
**checks** [2] - 40:22, 41:1

**choice** [2] - 90:3, 100:13
**choose** [4] - 15:20, 23:9, 51:1, 104:10
**chooses** [1] - 52:2
**choosing** [2] - 101:8, 101:9
**chosen** [1] - 50:9
**circumstances** [3] - 27:25, 113:18, 114:13
**Civil** [1] - 2:20
**Civil** [1] - 1:15
**claim** [1] - 69:25
**clarification** [1] - 116:20
**clarify** [1] - 59:8
**clear** [6] - 6:8, 6:23, 6:25, 14:1, 15:12, 115:15
**clever** [1] - 73:4
**click** [1] - 13:19, 41:13, 46:18, 109:23
**client** [21] - 11:13, 24:24, 29:5, 31:1, 36:13, 36:15, 36:16, 36:18, 36:23, 37:7, 68:3, 68:19, 68:22, 89:17, 113:12, 113:19, 114:10, 119:2, 119:4
**client's** [2] - 85:11, 119:10
**clients** [31] - 23:12, 27:10, 28:3, 28:13, 36:12, 42:5, 42:8, 42:15, 42:23, 46:22, 47:5, 52:6, 56:9, 57:9, 57:11, 58:20, 83:1, 83:5, 93:15, 93:23, 98:10, 102:12, 103:25, 112:19, 112:24, 117:7, 118:1, 118:9, 118:25, 119:24, 120:2
**code** [1] - 54:20
**collect** [3] - 22:8, 55:20, 65:15
**college** [3] - 9:17, 9:20, 9:21
**Collins** [2] - 112:8, 112:13
**Colorado** [5] - 46:6, 46:8, 46:9, 46:14, 76:1
**column** [1] - 54:20
**coming** [2] - 29:7, 72:20
**comma** [1] - 19:5
**commencing** [1] - 1:19

**commercial** [12] - 57:9, 57:11, 89:24, 99:16, 99:25, 100:2, 100:4, 118:8, 118:9, 118:14, 118:25, 121:7
**Commission** [2] - 65:3, 123:23
**commission** [2] - 27:4, 27:5
**commonly** [1] - 96:13
**communication** [2] - 38:22, 39:19
**communications** [4] - 27:5, 68:3, 68:12, 68:13
**community** [1] - 9:21
**companies** [18] - 9:23, 24:5, 43:12, 43:20, 48:9, 48:14, 49:12, 49:18, 49:20, 52:5, 63:10, 63:15, 72:20, 72:22, 74:19, 118:24, 119:9, 119:20
**company** [51] - 10:5, 18:21, 19:8, 29:11, 34:1, 35:3, 38:6, 38:9, 38:12, 40:21, 43:9, 44:17, 45:1, 45:6, 45:14, 45:15, 45:20, 46:7, 47:24, 48:1, 48:6, 49:4, 50:2, 50:3, 50:10, 50:11, 50:14, 51:18, 52:7, 53:12, 53:13, 53:16, 63:12, 63:13, 65:4, 65:18, 66:22, 68:11, 68:13, 71:3, 71:18, 73:7, 73:9, 73:22, 73:23, 74:25, 75:3, 117:3, 120:12
**compensated** [1] - 71:11
**competitor** [5] - 37:11, 70:24, 70:25, 71:2, 113:22
**compile** [1] - 94:9
**compiled** [2] - 90:6, 91:2
**completed** [1] - 9:16
**compliance** [2] - 112:21, 113:1
**comprehensive** [1] - 108:25
**comprised** [1] - 18:4
**computer** [6] - 11:4, 16:24, 28:24, 50:13, 54:16, 123:11
**computer-aided** [1] - 123:11

**concluding** [1] - 1:20
**conditions** [2] - 46:4, 119:1
**conducted** [1] - 72:5
**conducting** [1] - 94:11
**confirm** [6] - 86:2, 87:16, 88:10, 96:24, 101:15, 121:22
**connect** [1] - 47:13
**connected** [4] - 17:6, 35:3, 35:16, 38:11
**connection** [2] - 46:7, 46:14
**Connexum** [17] - 48:1, 48:5, 48:6, 48:12, 48:14, 49:4, 49:5, 49:7, 49:8, 49:10, 49:13, 50:8, 51:9, 51:11, 51:14, 51:25, 60:16
**CONNEXUM** [1] - 48:3
**conscious** [1] - 100:13
**consent** [1] - 28:3
**construed** [1] - 46:5
**consultant** [1] - 98:2
**consumer** [1] - 112:21
**Consumer** [1] - 27:19
**consumer's** [1] - 17:18
**consumers** [1] - 67:14
**contact** [4] - 58:12, 62:16, 70:15, 90:8
**contacted** [1] - 65:15
**contained** [5] - 95:11, 96:21, 100:18, 101:13, 102:20
**context** [2] - 7:20, 118:8
**continue** [1] - 63:21, 84:22, 85:22
**continued** [1] - 64:10
**contract** [6] - 12:13, 12:19, 39:20, 39:22, 40:13, 51:24
**contracts** [1] - 28:12
**control** [2] - 51:22, 52:1
**conversation** [1] - 6:23
**convert** [1] - 42:20
**converted** [1] - 123:11
**convicted** [2] - 9:5, 9:7

**corp** [3] - 19:2, 62:25, 64:3
**corporate** [3] - 5:13, 63:18, 64:8
**corporation** [4] - 21:21, 21:24, 43:6, 74:13
**corporations** [1] - 69:2
**correct** [70] - 7:14, 8:13, 16:1, 16:13, 17:14, 18:2, 27:14, 27:15, 29:2, 32:4, 38:10, 38:16, 40:3, 42:14, 43:17, 43:22, 45:22, 47:12, 47:18, 47:22, 50:24, 56:14, 56:17, 63:8, 63:14, 64:7, 64:12, 67:17, 68:15, 79:19, 80:12, 81:25, 82:1, 82:2, 82:8, 83:19, 84:12, 84:14, 87:24, 88:2, 88:8, 88:24, 89:11, 90:23, 91:3, 91:16, 91:24, 92:23, 94:2, 94:12, 94:17, 95:6, 97:24, 98:14, 102:9, 103:23, 103:24, 107:17, 109:4, 109:12, 110:2, 110:6, 112:17, 119:22, 119:23, 119:25, 120:1, 120:5, 120:11, 120:12
**corrected** [1] - 76:3
**cost** [6] - 48:12, 48:16, 49:16, 50:12, 50:15, 52:3
**costs** [2] - 61:25, 78:19
**counsel** [3] - 3:6, 120:13, 123:14
**country** [1] - 52:15
**COUNTY** [1] - 123:2
**couple** [6] - 7:6, 8:10, 83:20, 99:11, 112:18, 119:16
**course** [3] - 6:9, 40:7, 115:15
**COURT** [1] - 1:1
**court** [5] - 5:17, 5:18, 6:12, 6:18, 123:9
**courtesy** [1] - 6:10
**Courts** [1] - 2:24
**CRAIG** [1] - 1:3
**Craig** [5] - 2:10, 42:10, 42:13, 71:4, 110:16
**create** [3] - 6:25,

3

DEPOSITION OF MICHAEL J. MONTES    01/14/2019

100:25, 101:20
**created** [2] - 103:4, 104:16
**creating** [1] - 101:23
**credit** [3] - 46:19, 53:3, 78:21
**crimes** [1] - 9:7
**criteria** [1] - 95:4
**CSV** [1] - 54:20
**cumulative** [1] - 47:14
**CUNNINGHAM** [1] - 1:3
**Cunningham** [12] - 2:10, 5:2, 8:5, 23:11, 42:10, 42:13, 64:1, 64:19, 66:17, 67:10, 78:14, 115:13
**current** [2] - 4:11, 36:13
**curve** [1] - 73:20
**customer** [24] - 15:3, 15:20, 16:18, 25:3, 25:7, 25:17, 31:8, 35:12, 35:14, 37:17, 51:12, 51:14, 52:17, 56:21, 89:10, 89:21, 89:22, 90:1, 91:16, 91:17, 91:22, 105:5, 105:11, 118:10
**customer's** [2] - 90:2, 91:14
**customers** [45] - 24:8, 24:11, 25:11, 29:14, 30:3, 31:3, 31:11, 31:16, 31:23, 32:17, 32:22, 33:10, 33:20, 34:2, 34:7, 34:20, 34:24, 41:25, 46:16, 48:8, 55:8, 55:11, 55:18, 86:13, 89:14, 90:16, 90:21, 91:5, 91:8, 92:3, 92:4, 94:16, 94:18, 95:21, 96:5, 99:3, 99:20, 101:2, 101:23, 104:7, 105:10, 106:8, 112:19, 112:24, 118:19
**cut** [2] - 78:20, 78:21

**D**

**Dale** [1] - 71:2
**Dale's** [1] - 71:3
**Dana** [3] - 35:9, 103:11, 111:10, 111:14, 120:4
**DANE** [1] - 123:2
**data** [50] - 10:18,

11:11, 12:1, 14:18, 17:7, 37:13, 52:6, 52:19, 52:21, 52:22, 52:25, 53:2, 53:5, 53:11, 54:12, 54:13, 54:18, 55:15, 60:7, 60:10, 82:11, 82:24, 82:25, 83:9, 83:17, 84:3, 85:21, 87:15, 88:15, 90:5, 92:12, 94:1, 94:5, 94:7, 94:15, 94:18, 95:13, 95:23, 95:24, 96:1, 96:9, 102:3, 106:14, 112:14, 112:15, 117:15, 117:19, 117:23
**database** [10] - 11:13, 11:16, 11:18, 11:19, 11:21, 12:22, 15:4, 15:5, 96:6, 101:9
**date** [5] - 4:9, 39:3, 61:11, 61:12, 79:11
**dated** [1] - 3:3
**daughter** [1] - 20:12
**DAVID** [1] - 2:3
**David** [2] - 3:3, 3:25
**dba** [2] - 1:8, 1:9
**dealt** [1] - 35:13
**Debbie** [1] - 118:22
**decent** [1] - 99:4
**decide** [1] - 50:13
**decided** [4] - 29:18, 45:20, 73:24, 98:12
**deck** [6] - 48:17, 48:22, 49:1, 49:13, 49:19
**decks** [3] - 48:13, 50:5, 50:12
**default** [1] - 64:4, 109:22
**defendant** [1] - 8:15
**Defendants** [2] - 1:11, 2:8
**define** [1] - 41:24
**degree** [1] - 9:18
**delay** [2] - 49:22, 50:1
**delete** [1] - 96:10
**deleted** [2] - 96:3, 96:8

**deleting** [1] - 96:11
**delivery** [1] - 73:14
**demo** [1] - 85:10
**deposit** [1] - 41:4
**deposition** [21] - 1:13, 4:21, 5:8, 5:21, 5:24, 6:3, 7:9, 7:12, 7:18, 7:23, 8:3, 22:24,

64:19, 64:20, 64:23, 65:2, 76:16, 78:14, 99:2, 115:16, 123:7
**depositions** [1] - 65:11
**description** [1] - 117:10
**design** [1] - 80:24
**designed** [1] - 81:18
**detail** [1] - 25:1
**detailed** [1] - 65:20
**details** [1] - 48:23
**determine** [3] - 56:1, 112:20, 112:25
**determined** [2] - 14:25, 15:19
**developed** [1] - 96:15
**device** [1] - 48:10
**dial** [11] - 16:19, 16:21, 16:22, 17:1, 17:15, 30:24, 56:11, 77:6, 81:23, 83:1
**dialable** [1] - 15:10
**dialed** [4] - 33:19, 55:18, 88:7, 88:23
**dialer** [14] - 16:20, 17:1, 24:24, 25:3, 48:9, 48:25, 49:12, 49:18, 50:10, 81:8, 81:16, 81:17, 83:8, 120:12
**Dialer.TO** [1] - 78:19
**dialer.TO** [29] - 38:8, 38:15, 38:25, 41:9, 44:11, 48:10, 50:18, 50:20, 51:17, 51:21, 51:25, 52:1, 52:13, 59:13, 59:15, 59:23, 60:14, 61:1, 78:18, 80:17, 85:1, 85:4, 86:8, 87:23, 90:22, 92:2, 93:6, 93:10, 93:17
**Dialerleads** [1] - 38:7
**dialerleads.com** [2] - 87:25, 92:22
**Dialerleads.com** [1] - 38:3
**dialing** [22] - 12:9, 14:15, 16:14, 16:17, 17:5, 17:19, 18:4, 18:9, 40:4, 43:25, 47:23, 50:3, 54:17, 56:8, 56:12, 57:10, 70:16, 80:9, 87:3, 94:10, 106:9, 106:21
**dials** [1] - 56:4
**differ** [1] - 13:9
**difference** [1] - 81:5

**differences** [2] - 63:15, 80:25
**different** [11] - 18:12, 20:25, 31:6, 47:5, 48:14, 49:20, 63:3, 80:21, 84:23, 95:4, 102:22
**difficult** [1] - 6:11
**difficulty** [1] - 105:12
**digital** [1] - 49:18
**direct** [2] - 93:14, 110:3
**directed** [1] - 58:5
**directing** [1] - 45:25
**direction** [1] - 100:15
**directly** [4] - 37:14, 54:22, 58:13, 112:10
**directs** [1] - 87:25
**dirty** [1] - 113:22
**disappointed** [2] - 104:13, 107:7
**discuss** [1] - 7:17
**discussed** [3] - 8:2, 74:20, 85:19
**discussing** [2] - 7:20, 121:24
**Discussion** [1] - 75:11
**discussion** [2] - 117:10, 121:19
**dishonesty** [1] - 9:8
**disinterested** [1] - 123:9
**distance** [13] - 48:6, 48:14, 48:15, 49:4, 49:7, 49:10, 49:20, 50:7, 50:9, 51:12, 51:23, 52:5, 52:7
**distinction** [1] - 28:17
**DISTRICT** [2] - 1:1, 1:1
**diving** [1] - 48:23
**divorce** [1] - 8:18
**DNC** [5] - 89:9, 89:10, 89:18, 90:19, 91:16
**do-not-call** [7] - 89:14, 89:20, 91:15, 91:18, 91:19, 92:1, 113:1
**Doc** [1] - 72:8
**DOC** [1] - 72:8
**Docauditor.com** [1] - 1:8
**document** [7] - 22:19, 26:9, 26:11, 26:16, 54:23, 61:19, 70:8
**documents** [9] -

2:19, 7:8, 22:23, 22:25, 23:2, 23:10, 24:17, 72:24, 73:1
**domain** [6] - 68:2, 68:20, 72:9, 72:10, 73:9, 74:16
**donate** [4] - 13:2, 13:4, 13:5, 13:6
**donation** [2] - 12:25, 25:20
**donations** [1] - 12:18
**done** [25] - 17:24, 18:7, 18:8, 29:22, 29:24, 36:4, 38:21, 40:4, 40:8, 47:23, 51:13, 61:3, 69:4, 69:7, 82:3, 93:12, 99:8, 99:9, 109:21, 110:15, 113:3, 113:15, 119:24, 120:18, 121:4
**down** [7] - 6:12, 25:8, 28:25, 32:10, 39:24, 49:9, 60:7
**download** [9] - 74:2, 83:11, 85:21, 94:10, 94:16, 94:19, 94:20, 94:22, 95:2
**downloading** [1] - 82:24
**dozen** [3] - 52:4, 55:6, 73:17
**dream** [2] - 29:9, 29:25
**Dream** [12] - 29:15, 30:4, 30:9, 30:17, 30:23, 31:4, 31:12, 31:17, 31:19, 31:24, 111:24, 120:4
**drives** [1] - 25:19
**driving** [1] - 25:12
**drop** [6] - 16:8, 17:16, 28:25, 32:10, 84:3, 84:4
**drop-down** [2] - 28:25, 32:10
**dropped** [2] - 100:8, 100:10
**duly** [1] - 4:2
**during** [7] - 34:5, 34:23, 35:14, 40:7, 50:2, 117:2, 120:16
**dwindling** [1] - 61:8

**E**

**ear** [1] - 16:24
**earbuds** [2] - 71:23, 71:24
**early** [1] - 79:10

4

ears [1] - 71:25
east [1] - 86:23
East [2] - 1:18, 2:7
eastern [2] - 86:16, 87:2
easy [1] - 44:13
education [1] - 9:15
Ehrlich [4] - 35:9, 103:11, 111:10, 120:4
Ehrlich's [1] - 111:14
eighth [2] - 100:17, 100:18
either [12] - 14:11, 15:3, 15:20, 15:23, 25:20, 43:12, 52:18, 63:25, 81:1, 82:6, 89:19, 106:4
elite [9] - 33:7, 33:11, 35:4, 35:7, 103:21, 104:7, 106:7, 107:1, 108:25
Elite [5] - 35:17, 35:20, 103:2, 111:16, 120:4
email [16] - 11:4, 39:15, 39:19, 76:10, 76:13, 77:1, 77:3, 82:10, 85:24, 87:13, 92:10, 98:9, 98:15, 98:20, 102:17
Email [1] - 3:3
emailed [1] - 39:15
emailmylist.com [1] - 98:7
emailMyVmail [1] - 74:1
Emailmyvmail.com [1] - 1:10
emailMyVmail.com [1] - 73:22
emails [2] - 98:10, 98:13
employed [1] - 9:23
employee [2] - 45:8, 45:9, 123:14
employees [2] - 43:10, 43:13
Enagic [2] - 33:24, 34:3
ENAGIC [1] - 33:24
Enagic/water [1] - 112:4
end [14] - 13:5, 17:13, 25:12, 25:18, 25:23, 46:1, 49:8, 54:1, 54:16, 81:3, 84:4, 101:7, 105:25, 118:3
ended [1] - 106:1
English [3] - 13:23,

13:24, 13:25
enter [1] - 28:12
entered [2] - 64:5, 114:19
entire [3] - 79:20, 94:20, 101:7
entirely [1] - 80:21
entitled [5] - 3:1, 87:14, 92:11, 95:12, 96:22
Equifax [3] - 12:1, 52:24, 53:1
essentially [7] - 43:8, 47:20, 50:21, 80:22, 81:11, 81:13, 95:3
estate [4] - 74:22, 74:24, 74:25, 75:1
estimate [4] - 56:5, 57:12, 99:5, 99:18
estimated [1] - 56:15
et [3] - 27:6, 27:20, 76:23
evidently [1] - 8:10
exact [3] - 39:3, 79:11, 107:3
exactly [6] - 6:8, 15:12, 77:6, 82:20, 86:11, 111:13
EXAMINATION [3] - 4:4, 116:21, 119:18
Examination [1] - 2:14
examines [1] - 22:19
example [3] - 51:10, 112:16, 113:17
excuse [3] - 8:8, 82:5, 120:3
exempt [1] - 28:19
exhibit [2] - 121:25, 122:3
Exhibit [32] - 22:14, 22:17, 23:15, 23:18, 26:6, 26:9, 26:12, 26:19, 28:20, 28:23, 29:1, 32:11, 37:13, 45:25, 46:3, 61:15, 61:18, 64:13, 64:16, 75:23, 76:10, 77:4, 82:11, 85:25, 87:14, 92:11, 95:11, 96:22, 100:19, 101:13, 102:21, 121:22
exhibits [3] - 3:6, 75:18, 76:7
Exhibits [1] - 2:18
exist [1] - 21:24
existence [3] - 18:23, 61:25, 62:7
existing [2] - 82:12,

82:24
exists [1] - 70:19
expensive [2] - 48:19, 78:19
Experian [5] - 11:25, 52:24, 52:25, 53:4, 53:11
Expires [1] - 123:23
explain [3] - 25:1, 25:10, 96:11
explanation [1] - 51:7
extent [1] - 23:7
extra [1] - 17:3
extract [9] - 82:11, 83:3, 83:8, 92:12, 94:1, 94:2, 94:5, 94:7, 94:8

## F

fact [2] - 68:18, 89:16
falls [1] - 27:9
familiar [9] - 30:13, 33:4, 36:7, 36:9, 37:4, 60:23, 67:23, 71:18, 72:23
far [9] - 38:18, 53:2, 59:16, 59:17, 69:11, 74:20, 85:19, 87:9, 89:4
Fargo [2] - 40:23, 41:5
farmer [1] - 36:24
fast [2] - 32:20, 32:24
faults [1] - 72:25
federal [8] - 5:17, 27:4, 27:19, 89:13, 89:20, 91:20, 91:25
Federal [1] - 1:15
fee [3] - 46:23, 98:19, 102:5
fees [2] - 61:24, 98:21
felony [1] - 9:5
felt [2] - 107:6, 114:10
female [1] - 53:3
few [10] - 6:3, 29:16, 40:10, 40:16, 87:16, 89:2, 99:17, 100:20, 104:12, 116:19
fiddle [1] - 102:10
field [3] - 25:9, 45:24, 73:13
fifth [2] - 92:9, 92:10
figure [5] - 29:9, 29:10, 29:25, 44:19,

50:5
Figure [12] - 29:15, 30:4, 30:9, 30:17, 30:23, 31:4, 31:12, 31:17, 31:19, 31:24, 111:24, 120:3
figured [1] - 44:15
file [7] - 90:11, 97:8, 97:9, 97:11, 101:9, 101:10, 117:15
filed [6] - 3:24, 8:5, 26:23, 42:12, 69:13, 114:19
files [2] - 80:5, 91:10
filing [1] - 69:9
fill [2] - 25:5, 37:19
filled [2] - 37:13, 41:7
filling [1] - 28:9
fills [1] - 37:12
final [1] - 102:20
financially [1] - 123:15
Fine [1] - 3:1
fine [7] - 13:18, 58:24, 65:12, 65:15, 67:4, 114:23, 121:18
fined [1] - 67:7
fines [1] - 115:5
fingers [1] - 81:24
finish [3] - 6:7, 7:6, 110:17
Finney [1] - 71:2
first [17] - 4:2, 6:5, 23:25, 39:12, 62:7, 62:18, 64:25, 76:22, 77:2, 77:3, 83:6, 83:18, 87:16, 100:20, 103:1, 105:17, 108:5
fishing [1] - 23:11
five [6] - 16:18, 39:4, 39:8, 40:7, 52:4, 107:6
flat [3] - 46:23, 56:18, 102:5
flip [1] - 79:23
Florida [11] - 4:12, 10:8, 19:17, 20:18, 20:20, 21:4, 46:11, 63:13, 74:25, 75:1, 76:1
fluctuate [1] - 56:20
flurry [1] - 97:24
focus [1] - 63:3
follow [1] - 116:20, 119:16
follow-up [2] - 116:20, 119:16
following [1] - 64:3
follows [1] - 4:3

FOR [1] - 1:1
force [1] - 73:3
foregoing [1] - 123:6
forensic [1] - 73:1
forgetting [1] - 89:7
forgot [1] - 49:25
forgotten [1] - 75:17
form [13] - 2:21, 21:20, 22:4, 23:21, 24:23, 28:9, 37:12, 37:14, 37:19, 41:7, 46:3, 58:2, 101:25
formal [1] - 28:12
format [1] - 54:19
formed [10] - 10:3, 10:4, 10:7, 10:9, 19:6, 53:18, 54:7, 63:24, 64:2, 64:11
former [1] - 35:12
forming [1] - 18:11
Fort [2] - 4:12, 19:17
forward [2] - 14:8, 117:21
founders [1] - 30:9
four [2] - 71:1, 86:22
four-hour [1] - 86:22
fourth [1] - 87:12
frame [9] - 22:1, 24:15, 34:5, 34:23, 35:14, 78:24, 111:3, 111:8, 112:2
fraud [1] - 9:8
free [4] - 7:3, 23:8, 44:1, 73:18
FRIEDMAN [1] - 2:3
friend [3] - 5:10, 39:13, 40:11
front [1] - 76:8
full [4] - 4:6, 20:18, 53:16, 80:13
full-time [1] - 20:18
functionality [2] - 80:23, 81:7
functions [1] - 80:22
fund [2] - 39:24, 40:1
funding [1] - 57:1
future [2] - 61:11, 91:7

## G

gas [3] - 50:25, 51:2, 51:4
generally [2] - 79:21, 109:15
generated [1] - 91:18
generic [1] - 36:6
gentleman [1] - 30:14
Genutech [1] - 45:16

**Genutech(phon)** [1] - 45:15
**gist** [1] - 121:1
**given** [7] - 4:21, 5:24, 42:2, 48:25, 50:10, 52:8, 61:12
**global** [2] - 89:9, 89:13
**GoDaddy** [2] - 24:20, 24:21
**Google** [1] - 74:10
**gosh** [2] - 11:24, 39:1
**GoToMeeting** [1] - 106:19
**gotomeeting** [1] - 108:8
**government** [1] - 91:21
**GPS** [1] - 73:12
**grandma** [1] - 74:6
**Grattan** [1] - 118:22
**great** [3] - 16:6, 73:19, 74:10
**ground** [2] - 6:3, 73:11
**group** [7] - 12:14, 34:19, 45:1, 45:4, 45:5, 45:17, 69:14
**groups** [2] - 12:19, 33:17
**guess** [7] - 45:9, 46:20, 60:18, 85:12, 106:5, 111:11, 111:12
**guy** [7] - 36:3, 40:12, 42:9, 60:15, 72:3, 102:14, 119:7
**guys** [14] - 12:24, 14:17, 31:6, 31:20, 39:14, 55:20, 58:22, 68:6, 97:16, 105:19, 112:14, 114:3, 118:2, 121:7

## H

**Hacienda** [2] - 74:22, 74:24
**half** [3] - 41:25, 47:6
**halfway** [1] - 25:8
**hall** [4] - 10:17, 10:21, 10:23, 11:9
**hand** [4] - 16:19, 40:25, 106:24, 123:17
**hand-holding** [1] - 106:24
**handed** [5] - 23:17, 26:8, 28:22, 61:17, 64:15
**handful** [1] - 99:24

**handing** [1] - 22:16
**handled** [2] - 51:21, 51:22
**hands** [1] - 108:11
**hands-on** [1] - 108:11
**handwritten** [1] - 75:18
**hang** [1] - 10:12
**happy** [1] - 6:16
**hard** [1] - 31:7
**hats** [1] - 71:23
**head** [12] - 6:21, 22:13, 32:12, 33:9, 34:10, 35:8, 35:23, 49:25, 60:19, 66:10, 78:9, 111:7
**hear** [8] - 10:25, 14:1, 14:10, 25:19, 26:1, 26:2, 97:17, 102:23
**heard** [9] - 5:25, 30:19, 32:7, 33:1, 34:13, 35:7, 36:3, 48:1, 115:12
**hearing** [2] - 92:16, 110:1
**hell** [1] - 107:14
**help** [3] - 67:16, 93:18, 105:8
**helped** [1] - 99:19
**hereby** [1] - 123:6
**hereunto** [1] - 123:17
**Hi** [1] - 13:17
**high** [3] - 81:19, 109:8, 120:9
**highest** [1] - 9:15
**hit** [3] - 49:23, 70:13, 117:24
**holding** [1] - 106:24
**Holman** [2] - 36:11, 36:20
**HOLMAN** [1] - 36:11
**home** [10] - 4:11, 20:15, 20:22, 21:2, 21:8, 21:14, 21:17, 32:20, 32:24, 98:5
**hopefully** [1] - 6:4
**hour** [2] - 86:22, 107:21
**house** [2] - 19:19, 19:21
**human** [2] - 70:10, 81:22
**hung** [2] - 94:24, 94:25

## I

**ID** [6] - 14:20, 37:25, 58:4, 102:3, 108:6, 117:16
**idea** [15] - 32:21, 34:12, 34:14, 35:6, 35:15, 44:1, 50:25, 55:7, 55:10, 55:11, 55:14, 70:20, 73:19, 78:24, 106:1
**identification** [6] - 22:15, 23:16, 26:7, 28:21, 61:16, 64:14
**Identified** [1] - 2:18
**identify** [1] - 75:19
**Illinois** [1] - 2:4
**important** [3] - 6:5, 29:19, 108:10
**imposed** [1] - 65:3
**impossible** [1] - 48:22
**IN** [1] - 123:17
**Inc** [14] - 1:6, 1:7, 1:8, 1:9, 1:10, 19:4, 19:5, 33:7, 33:12, 38:13, 38:14, 38:17, 40:13, 74:23
**incentive** [1] - 51:18
**include** [1] - 120:2
**including** [2] - 27:7, 27:23
**incorporated** [5] - 10:3, 61:23, 64:9, 71:21, 115:18
**Indiana** [3] - 66:15, 66:18, 66:19
**indicate** [1] - 61:21
**indicating)** [1] - 53:5
**individual** [2] - 57:19, 72:17
**individually** [1] - 81:23
**individuals** [1] - 115:21
**influence** [1] - 9:11
**information** [17] - 2:19, 11:23, 23:12, 25:5, 29:4, 52:9, 52:10, 59:24, 65:11, 70:15, 79:3, 90:13, 106:10, 106:12, 108:5, 108:14, 110:4
**initial** [2] - 58:12, 106:20
**initiate** [1] - 117:22
**insert** [1] - 49:18
**inspection** [1] - 2:19
**install** [2] - 15:4, 88:6

**installed** [1] - 50:12
**instance** [3] - 1:14, 83:15, 119:6
**instead** [1] - 13:14
**instruct** [5] - 82:21, 86:11, 88:19, 97:5, 101:22
**instructing** [8] - 88:5, 92:4, 92:6, 93:23, 95:7, 95:21, 98:24, 101:2
**instruction** [1] - 44:16
**instructional** [5] - 3:4, 43:24, 79:16, 89:7, 111:18
**instructions** [5] - 35:20, 41:14, 80:8, 80:14, 81:13
**intend** [1] - 23:2
**intended** [1] - 108:24
**intending** [1] - 61:10
**intention** [1] - 72:14
**interact** [1] - 58:1
**interest** [3] - 53:14, 74:18, 123:10
**interested** [5] - 37:16, 37:18, 72:18, 119:5, 123:15
**intersection** [1] - 51:1
**intervention** [1] - 70:10
**invoice** [1] - 38:23
**involve** [1] - 37:24
**involved** [4] - 5:12, 31:20, 43:1, 70:10
**involvement** [1] - 118:15
**involving** [1] - 9:8
**IP** [2] - 16:7, 84:2
**iPod** [1] - 71:25
**IRS** [3] - 68:23, 69:3, 70:3
**Irvine** [4] - 5:16, 9:1, 45:18, 79:13
**issue** [1] - 5:11
**issued** [1] - 22:22
**issues** [4] - 40:10, 40:17, 72:25, 73:2

## J

**James** [1] - 4:8
**Jamie** [2] - 78:20, 107:13
**Jamie's** [1] - 107:12
**Jane** [1] - 1:10
**January** [2] - 1:19, 123:8, 123:19

**Jerry** [9] - 30:13, 31:10, 31:15, 70:14, 70:21, 110:22, 116:1, 120:2, 120:3
**John** [1] - 1:10
**Jordan** [2] - 53:25, 54:3
**Jr** [2] - 85:8, 85:16
**Juan** [1] - 20:22
**judgment** [12] - 22:5, 22:8, 22:12, 61:23, 62:1, 62:8, 62:20, 62:25, 64:2, 64:4, 67:1, 114:18
**judgments** [1] - 115:5
**June** [9] - 4:16, 4:17, 10:10, 10:12, 21:5, 21:6, 61:22, 63:25
**junior** [2] - 9:17, 9:20

## K

**K-a-r-a-t** [1] - 33:15
**Kaplan** [9] - 30:19, 30:24, 31:10, 31:15, 37:6, 110:22, 115:25, 120:2, 120:3
**Karat** [1] - 33:15
**karat** [1] - 33:21
**keep** [5] - 42:25, 59:18, 96:18, 99:14
**KEVIN** [1] - 2:7
**Kevin** [1] - 3:3
**kind** [9] - 4:25, 8:16, 44:18, 45:12, 50:25, 54:1, 55:15, 96:15, 111:3
**kinds** [1] - 53:3
**knowledge** [8] - 7:24, 26:22, 30:16, 30:22, 38:11, 59:20, 65:20, 110:7
**knows** [4] - 27:2, 27:17, 52:4, 71:4
**Kyani** [2] - 32:6, 32:18
**KYANI** [1] - 32:6

## L

**language** [4] - 27:8, 27:23, 68:9, 89:7
**lapsed** [4] - 53:20, 53:21, 63:19, 64:9
**large** [4] - 82:4, 82:5, 98:15, 120:10
**last** [14] - 4:16, 7:12, 18:10, 21:5, 28:24, 49:23, 54:5, 60:18,

60:25, 64:18, 64:24, 75:4, 75:6, 102:19
**late** [3] - 79:10, 93:7, 107:18
**launch** [2] - 97:10, 97:18
**launched** [1] - 74:11
**launching** [2] - 97:7, 101:11
**law** [2] - 65:19, 65:24
**LAW** [1] - 2:3
**laws** [5] - 10:7, 19:5, 28:19, 46:6, 113:8
**lawsuit** [7] - 8:6, 8:8, 8:16, 8:23, 9:3, 62:5, 114:19
**lawsuits** [4] - 26:22, 42:12, 90:11, 90:12
**LCR** [3] - 48:11, 49:16, 52:2
**LD** [1] - 48:24
**lead** [2] - 84:15, 88:6
**leads** [1] - 108:6
**learn** [6] - 44:11, 44:14, 53:4, 85:21, 93:17, 93:19
**lease** [2] - 5:11, 23:22
**least** [7] - 48:12, 48:16, 49:16, 50:12, 50:15, 52:3, 58:12
**least-cost** [3] - 48:12, 49:16, 50:12
**leave** [1] - 17:16
**left** [2] - 14:11, 60:17
**legal** [2] - 23:7, 23:8
**legwork** [1] - 102:2
**less** [3] - 78:19, 100:9, 107:6
**letting** [1] - 7:22
**level** [1] - 9:15
**levied** [3] - 67:4, 114:23, 115:6
**LEVIN** [18] - 2:3, 4:5, 58:24, 59:3, 59:4, 75:9, 75:13, 75:15, 110:14, 110:19, 116:17, 119:16, 119:19, 121:9, 121:13, 121:15, 121:20, 122:5
**Levin** [4] - 2:15, 2:16, 3:3, 3:25
**liability** [4] - 26:20, 27:9, 27:12, 27:24
**liable** [1] - 27:11
**library** [3] - 87:15, 88:16, 96:9
**liens** [2] - 68:23, 69:20

**lieu** [1] - 14:2
**lifestyle** [2] - 29:9, 29:25
**Lifestyle** [12] - 29:15, 30:4, 30:9, 30:17, 30:23, 31:4, 31:12, 31:17, 31:19, 31:25, 111:24, 120:4
**limitation** [1] - 26:20
**line** [3] - 7:5, 47:10, 78:21
**lines** [1] - 51:8
**link** [2] - 84:6, 98:6
**links** [4] - 3:3, 68:4, 76:11, 121:23
**list** [58] - 3:3, 15:8, 15:11, 15:14, 15:17, 15:18, 15:24, 15:25, 16:21, 17:1, 32:5, 53:8, 53:12, 54:15, 65:25, 77:3, 81:15, 82:4, 82:7, 83:1, 83:5, 83:10, 83:13, 83:14, 83:16, 88:6, 88:7, 89:14, 89:20, 89:21, 89:22, 89:25, 90:2, 90:4, 90:5, 90:15, 90:19, 90:20, 90:21, 91:1, 91:2, 91:15, 91:21, 91:23, 92:1, 92:8, 92:10, 94:8, 95:1, 95:11, 96:21, 100:18, 101:13, 102:20, 113:1, 119:10
**listed** [8] - 19:12, 23:25, 26:12, 70:15, 76:21, 82:10, 85:24, 87:13
**listen** [1] - 88:17
**listening** [4] - 87:19, 95:16, 106:4, 106:5
**ListGIANT** [2] - 12:2, 52:23
**lists** [12] - 12:3, 53:7, 81:10, 83:2, 90:16, 91:18, 91:19, 92:5, 96:12, 109:11, 112:16, 112:17
**live** [16] - 12:6, 12:11, 12:13, 12:14, 12:16, 12:18, 12:20, 13:7, 14:12, 14:23, 20:18, 20:20, 47:16, 94:13, 94:23, 105:23
**lives** [1] - 66:17
**living** [1] - 21:8
**LLC** [12] - 1:7, 10:3, 10:4, 10:6, 10:7, 18:11, 19:1, 22:4, 24:7, 26:23, 53:17,

115:19
**LLP** [2] - 1:17, 2:6
**load** [13] - 14:16, 14:18, 14:19, 14:20, 15:20, 54:18, 54:21, 87:15, 88:15, 90:4, 92:8, 96:7, 117:16
**loaded** [3] - 70:8, 96:6, 109:18
**loan** [5] - 72:19, 72:22, 72:24, 72:25, 73:3
**loan-mod** [2] - 72:19, 72:22
**locate** [1] - 79:3
**located** [5] - 38:17, 40:15, 45:17, 79:12, 110:11
**location** [1] - 41:2
**log** [3] - 11:3, 42:1, 88:1
**logging** [1] - 38:2
**login** [8] - 41:8, 41:13, 44:3, 58:4, 85:5, 85:11, 92:21
**long-distance** [9] - 48:6, 48:14, 48:15, 49:4, 49:7, 49:20, 50:7, 52:5, 52:7
**look** [11] - 10:13, 22:17, 29:1, 30:1, 31:9, 36:6, 39:3, 44:1, 59:24, 65:7, 66:11
**looked** [1] - 87:8
**looking** [8] - 14:8, 35:18, 36:21, 64:15, 66:12, 84:11, 89:8, 95:25
**looks** [2] - 79:10, 80:24
**lose** [3] - 17:18, 89:18, 95:13
**lost** [1] - 105:8
**loud** [1] - 6:20
**lower** [1] - 78:20

## M

**machine** [13] - 14:11, 14:23, 47:16, 94:3, 94:5, 94:14, 103:3, 103:22, 104:8, 106:8, 107:2, 109:1, 111:17
**machines** [1] - 94:23
**mad** [1] - 97:12
**Madison** [3] - 1:18, 2:8, 123:18
**mail** [1] - 41:1
**maintain** [7] - 59:5, 59:10, 59:17, 60:11,

74:18, 90:21, 91:22
**maintained** [3] - 90:24, 90:25, 91:20
**majority** [1] - 16:5
**male** [1] - 53:2
**man** [1] - 108:19
**manner** [2] - 80:19, 81:11
**manually** [2] - 12:25, 14:14
**manufacture** [1] - 72:1
**Marc** [1] - 37:3
**MARC** [1] - 37:3
**marine** [2] - 11:18, 11:20
**marked** [18] - 22:14, 22:16, 23:15, 23:17, 26:6, 26:8, 28:20, 28:22, 61:15, 61:18, 64:13, 64:16, 77:4, 82:10, 85:24, 87:13, 92:11, 102:21
**marketed** [1] - 74:12
**Marketing** [4] - 35:17, 35:20, 103:2, 111:16
**marketing** [18] - 29:10, 33:17, 34:19, 35:4, 35:7, 103:2, 103:21, 103:22, 104:7, 104:8, 106:7, 106:8, 107:1, 108:25, 109:1, 111:17, 120:4
**marks** [1] - 122:2
**mass** [1] - 98:13
**materialized** [1] - 104:11
**materials** [1] - 68:9
**matter** [5] - 5:20, 11:15, 57:4, 68:18, 86:14
**Maurer** [8] - 30:13, 31:10, 31:15, 37:6, 70:14, 110:22, 116:1, 120:3
**mean** [25] - 10:21, 11:11, 11:25, 12:11, 14:4, 16:16, 24:6, 33:25, 34:11, 49:1, 51:9, 53:4, 66:1, 90:9, 93:14, 93:18, 102:14, 103:16, 104:11, 105:4, 108:3, 108:4, 117:7, 117:13, 121:15
**meaning** [1] - 101:5
**means** [4] - 25:10, 34:14, 86:19, 87:2
**meant** [2] - 15:13, 58:9

**media** [5] - 45:1, 45:4, 45:5, 45:17, 69:14
**medications** [1] - 9:12
**meeting** [2] - 11:9, 14:9
**members** [1] - 18:20
**mentioned** [6] - 8:5, 9:1, 11:10, 16:2, 16:14, 87:10
**menu** [2] - 28:25, 32:10
**message** [31] - 13:17, 13:20, 14:6, 14:10, 14:13, 14:19, 25:13, 25:18, 25:19, 25:23, 26:1, 74:7, 80:7, 80:10, 84:1, 89:24, 91:8, 96:18, 97:17, 98:2, 102:3, 105:20, 105:25, 106:4, 106:5, 108:6, 110:1, 117:15, 117:24
**messages** [4] - 118:16, 120:10, 120:15
**messaging** [1] - 71:6
**met** [2] - 38:21, 64:19
**methods** [1] - 63:4
**MICHAEL** [4] - 1:6, 1:13, 4:1, 123:7
**Michael** [5] - 4:8, 60:6, 85:16, 115:17, 116:23
**middle** [1] - 7:5
**Mifflin** [2] - 1:18, 2:7
**might** [11] - 6:1, 9:12, 24:18, 48:21, 72:18, 74:10, 79:2, 93:11, 93:12, 96:2, 121:6
**migrate** [3] - 61:13, 92:12, 94:1
**migrating** [1] - 100:11
**militant** [6] - 89:21, 90:4, 90:5, 90:19, 90:20, 91:21
**millionaire** [3] - 104:8, 106:7, 107:1
**mind** [3] - 58:22, 72:17, 118:6
**mine** [2] - 5:10, 39:13
**minimum** [1] - 86:22
**minute** [9] - 47:3, 47:6, 47:9, 56:18, 57:16, 78:20, 79:7,

7

88:4
**minutes** [14] - 47:4, 47:7, 47:14, 47:17, 47:19, 48:7, 56:5, 57:5, 57:13, 57:15, 77:7, 95:12, 105:14, 107:22
**missing** [1] - 96:1
**Mississippi** [12] - 2:24, 8:12, 65:3, 65:14, 66:4, 66:14, 66:20, 67:3, 67:4, 114:24, 115:3, 115:12
**Mississippi's** [1] - 65:23
**Missouri** [13] - 8:12, 22:5, 22:7, 61:22, 62:4, 62:14, 66:6, 66:7, 66:14, 66:20, 66:25, 114:20, 115:9
**misusing** [2] - 113:13, 114:11
**MMM** [1] - 34:11
**mobile** [1] - 10:18
**Mobile** [1] - 1:9
**mobiletrackme** [1] - 73:7
**mock** [1] - 73:5
**mod** [2] - 72:19, 72:22
**modify** [1] - 73:3
**moment** [2] - 75:10, 80:4
**money** [11] - 8:24, 39:23, 40:20, 40:24, 49:6, 55:21, 55:23, 71:16, 78:22, 115:10
**monitor** [2] - 112:19, 112:24
**monitoring** [1] - 113:3
**Montes** [13] - 4:8, 4:9, 19:15, 22:16, 60:6, 61:17, 75:16, 85:8, 85:16, 110:20, 115:17, 116:23, 121:21
**MONTES** [4] - 1:6, 1:13, 4:1, 123:7
**month** [1] - 21:18
**morning** [3] - 4:6, 113:21, 119:8
**mortgage** [1] - 45:24
**most** [12] - 14:5, 18:6, 25:13, 48:9, 52:17, 52:19, 55:19, 89:14, 99:15, 117:25, 118:1, 118:7
**mostly** [2] - 117:18, 118:6

**motion** [1] - 107:7
**motions** [1] - 105:6
**mountain** [2] - 86:24, 87:4
**move** [8] - 82:9, 85:23, 88:25, 100:17, 104:21, 105:14, 107:9, 117:21
**moved** [1] - 107:21
**moving** [6] - 87:12, 92:9, 95:10, 96:20, 101:12, 102:19
**MR** [28] - 2:3, 2:7, 4:5, 4:19, 23:6, 58:24, 59:3, 59:4, 59:8, 75:9, 75:13, 75:15, 110:14, 110:19, 116:17, 116:19, 116:22, 119:13, 119:16, 119:19, 121:9, 121:12, 121:13, 121:14, 121:15, 121:17, 121:20, 122:5
**multi** [1] - 30:14
**multi-tier** [1] - 30:14
**multilevel** [3] - 29:10, 33:17, 34:19
**multiple** [2] - 15:8, 15:14
**must** [1] - 30:6
**muted** [1] - 77:13
**MyAdGuys** [4] - 26:15, 36:18, 63:23, 69:7
**MyAdGuys.com** [20] - 10:6, 10:11, 10:14, 12:5, 18:11, 18:18, 18:23, 22:4, 24:7, 26:23, 29:23, 37:8, 43:5, 46:13, 59:10, 63:2, 63:24, 64:11, 115:18, 115:20
**MyBizTexter** [1] - 71:10
**mydataguys** [7] - 52:22, 53:6, 53:9, 53:13, 53:17, 54:9
**MyDataGuys** [1] - 71:5
**Mydataguys.com** [1] - 1:7
**Myers** [2] - 4:12, 19:17
**myriad** [1] - 41:14

**N**

**name** [38] - 4:7, 10:5, 18:12, 18:24, 19:13, 26:14, 29:23, 30:13,

30:20, 35:9, 36:2, 36:5, 36:6, 37:3, 38:6, 38:9, 38:14, 40:18, 53:16, 54:5, 60:18, 63:1, 63:22, 64:10, 68:20, 70:15, 71:3, 72:6, 72:9, 72:10, 73:4, 73:7, 74:16, 85:9, 103:1, 107:14, 112:8, 112:11
**named** [1] - 60:15
**names** [3] - 30:8, 31:13, 33:2
**national** [1] - 27:5
**nature** [3] - 9:9, 17:24, 117:12
**need** [12] - 7:3, 7:7, 11:18, 12:21, 67:15, 75:19, 83:11, 88:17, 93:22, 97:16, 97:17
**needed** [2] - 85:10, 106:24
**needs** [1] - 21:12
**never** [23] - 8:25, 16:11, 28:15, 32:2, 32:7, 34:13, 38:21, 39:17, 40:8, 41:1, 46:9, 62:5, 67:6, 71:14, 72:3, 73:6, 73:10, 74:11, 74:12, 104:11, 115:12
**New** [1] - 3:1
**new** [3] - 23:11, 42:5, 64:2
**next** [12] - 6:11, 13:20, 27:16, 32:5, 32:15, 33:15, 33:24, 34:11, 41:10, 42:9, 95:10, 121:23
**nickname** [1] - 85:13
**night** [1] - 28:24
**ninth** [2] - 101:12
**no-call** [2] - 65:23, 65:25
**nobody** [6] - 21:10, 21:18, 73:19, 108:21, 108:23, 117:7
**non** [4] - 23:8, 74:17, 83:25, 114:10
**non-legal** [1] - 23:8
**non-phone** [1] - 83:25
**non-political** [1] - 114:10
**non-starter** [1] - 74:17
**none** [2] - 26:24, 42:4
**normal** [1] - 6:23
**Northbrook** [1] - 2:4

**northern** [1] - 40:16
**notarial** [1] - 123:18
**Notary** [3] - 1:16, 123:5, 123:22
**notation** [2] - 75:17, 75:18
**note** [1] - 76:4
**nothing** [5] - 23:13, 71:22, 72:13, 107:8
**noticed** [2] - 49:22, 75:17
**number** [41] - 10:19, 11:1, 11:16, 12:2, 12:23, 13:3, 15:8, 15:10, 16:8, 16:20, 16:22, 25:10, 25:16, 25:22, 25:25, 29:14, 49:23, 52:23, 54:21, 55:13, 56:15, 81:23, 82:5, 84:13, 84:15, 84:17, 90:14, 92:5, 94:21, 96:14, 96:16, 97:20, 98:15, 105:18, 105:23, 105:24, 106:2, 107:3, 108:7, 120:10
**numbers** [31] - 14:25, 15:6, 15:13, 15:14, 15:18, 15:24, 17:2, 47:13, 52:15, 54:15, 57:16, 70:7, 81:10, 82:4, 82:5, 83:13, 83:16, 88:7, 88:22, 88:23, 91:1, 94:3, 94:4, 94:23, 97:23, 109:8, 109:13, 112:16, 119:10, 119:11, 120:11

**O**

**oath** [1] - 4:3
**objects** [1] - 2:19
**obtain** [4] - 9:18, 11:23, 90:13, 91:25
**obtained** [1] - 61:22
**occasion** [1] - 40:9
**OF** [4] - 1:1, 2:3, 123:1, 123:2
**offer** [5] - 12:6, 12:8, 12:9, 63:6
**offered** [3] - 48:13, 63:6, 91:6
**offering** [1] - 49:6, 84:10
**office** [1] - 123:18
**officers** [2] - 18:20, 19:11
**OFFICES** [1] - 2:3
**often** [2] - 41:21,

56:9
**old** [1] - 26:14
**once** [13] - 15:8, 15:15, 15:16, 17:20, 35:13, 37:12, 46:16, 56:9, 70:9, 83:9, 96:9, 106:3, 106:11
**one** [61] - 5:1, 5:3, 5:4, 7:13, 11:10, 12:19, 15:6, 15:7, 15:13, 17:17, 20:25, 24:4, 26:13, 29:21, 31:19, 32:15, 33:15, 33:17, 33:24, 34:11, 36:12, 37:5, 37:10, 46:3, 48:13, 50:8, 58:1, 61:12, 63:12, 70:14, 74:3, 75:18, 77:2, 79:7, 82:11, 85:25, 89:9, 89:10, 89:13, 90:14, 90:19, 91:5, 91:20, 92:2, 92:10, 92:11, 92:24, 93:15, 95:10, 95:11, 97:14, 97:19, 97:25, 98:3, 100:19, 101:14, 102:21, 107:21, 108:19, 109:25
**one-man** [1] - 108:19
**ones** [1] - 27:10
**ongoing** [1] - 56:10
**online** [1] - 106:19
**operate** [1] - 18:12
**operated** [3] - 18:24, 18:25, 43:21
**operates** [1] - 38:14
**operating** [10] - 22:3, 30:2, 36:17, 55:1, 59:20, 63:7, 63:21, 64:10, 79:14, 99:17
**operations** [3] - 61:2, 61:7, 62:23
**opinion** [1] - 23:10
**opposed** [2] - 6:21, 99:21
**opt** [1] - 91:11
**option** [2] - 15:22, 91:6
**order** [12] - 15:18, 15:19, 53:5, 53:8, 76:21, 76:25, 101:14, 101:25, 102:1, 109:14, 109:21, 109:22
**ordering** [3] - 105:5, 107:25, 108:3
**Oregon** [1] - 110:11
**original** [3] - 3:6, 3:24
**originally** [2] - 40:2,

89:16
**originating** [1] -
50:22
**otherwise** [3] - 30:6,
33:14, 33:22
**outcome** [2] - 56:23,
123:16
**outside** [2] - 83:4,
114:1
**overall** [1] - 108:24
**overs** [1] - 118:23
**owe** [2] - 69:3, 70:1
**own** [27] - 4:13, 15:4,
19:19, 20:22, 24:6,
29:8, 45:20, 53:25,
58:10, 59:25, 60:2,
68:2, 68:20, 72:10,
83:1, 83:7, 83:9,
83:10, 91:17, 91:23,
97:20, 102:8, 117:3,
118:18, 118:20, 121:8
**owned** [2] - 24:2,
24:4
**owner** [5] - 18:18,
45:6, 63:10, 73:15,
78:21
**owners** [2] - 19:8,
30:8
**ownership** [2] -
53:14, 74:18
**owns** [2] - 19:21,
20:24

---

**P**

**P.M** [6] - 86:16,
86:17, 86:20, 86:25,
113:25
**p.m** [2] - 1:20, 122:6
**pace** [1] - 17:2
**pacific** [4] - 86:16,
86:17, 86:25, 87:3
**Page** [2] - 2:14, 2:18
**page** [8] - 24:1, 25:8,
26:19, 26:25, 46:1,
46:4, 76:22, 98:5
**pages** [1] - 49:15
**paid** [4] - 46:16,
51:15, 55:22, 57:6
**Panama** [1] - 38:18
**papers** [1] - 5:13
**paragraph** [4] - 27:1,
27:16, 27:21, 65:17
**parameters** [2] -
14:22, 101:10
**pardon** [1] - 75:5
**part** [3] - 15:9, 53:10,
117:4
**participating** [1] -
35:19

**particular** [4] - 42:6,
60:7, 85:18, 90:2
**parties** [3] - 52:21,
123:10, 123:14
**partners** [1] - 72:3
**party** [4] - 8:7, 8:11,
8:18, 118:19
**pass** [1] - 79:6
**passed** [1] - 72:3
**password** [2] -
37:25, 58:5
**past** [8] - 18:9,
31:23, 69:10, 71:9,
110:25, 113:4,
119:24, 120:18
**pause** [2] - 80:4,
82:13
**pay** [9] - 38:23,
40:20, 46:18, 46:24,
51:16, 62:20, 78:22,
98:19, 115:11
**payment** [2] - 39:24,
55:17, 56:11
**payroll** [1] - 43:16
**PDD** [1] - 49:24
**PDFs** [1] - 3:6
**Pelletter** [2] - 1:16,
123:4
**pen** [1] - 122:2
**penalties** [1] - 65:4
**pending** [2] - 5:15,
7:4
**Pennsylvania** [1] -
102:15
**penny** [2] - 47:6,
57:16
**people** [57] - 6:23,
10:24, 12:14, 12:16,
14:17, 16:18, 30:11,
30:25, 31:2, 37:5,
37:9, 38:24, 41:18,
41:21, 43:18, 52:14,
52:20, 57:7, 57:14,
57:21, 58:16, 71:10,
71:12, 84:8, 84:11,
84:17, 86:12, 89:18,
90:6, 90:8, 90:11,
90:17, 91:23, 94:23,
94:25, 95:1, 95:24,
97:5, 97:11, 99:14,
99:25, 100:11,
101:24, 103:14,
104:14, 106:25,
108:15, 108:19,
109:1, 111:10,
111:24, 112:4,
117:13, 118:23,
120:20
**per** [10] - 11:22, 47:6,
47:9, 49:15, 55:5,

56:18, 56:22, 57:3,
78:20
**percent** [4] - 18:5,
18:18, 99:16, 100:2
**percentage** [6] -
18:3, 51:15, 99:7,
99:8, 99:20, 100:3
**period** [6] - 81:20,
82:6, 94:24, 94:25,
97:10, 109:9
**permanently** [1] -
90:1
**permit** [1] - 2:19
**person** [21] - 10:25,
11:5, 12:16, 13:1,
13:7, 13:18, 13:19,
14:23, 17:3, 17:14,
25:25, 32:9, 37:17,
39:15, 47:16, 60:4,
81:4, 105:23, 113:7,
113:20, 123:9
**personal** [1] - 68:16
**personally** [8] - 8:15,
24:4, 51:10, 51:11,
68:25, 116:23, 117:6,
117:8
**Philippines** [3] -
13:13, 13:19, 13:21
**phone** [71] - 11:1,
11:9, 12:8, 13:8,
13:16, 14:25, 15:8,
16:8, 16:9, 16:10,
16:11, 16:18, 16:23,
16:25, 17:2, 17:4,
17:5, 17:8, 17:14,
17:20, 25:16, 25:22,
25:25, 27:10, 35:21,
48:16, 48:18, 48:24,
49:21, 49:23, 50:2,
50:3, 50:4, 50:10,
50:14, 52:15, 54:15,
54:21, 59:10, 60:3,
70:7, 74:3, 74:4, 74:8,
80:11, 81:10, 81:23,
82:5, 83:25, 84:2,
84:13, 84:16, 88:7,
88:22, 90:14, 92:5,
94:3, 94:4, 94:21,
96:16, 96:19, 97:19,
97:20, 105:20,
105:23, 106:1,
108:13, 112:16,
117:9, 120:10
**phone's** [2] - 73:12,
84:4
**pick** [1] - 17:22
**picked** [1] - 73:9
**picks** [3] - 47:15,
47:16
**pinpoint** [1] - 39:2

**place** [16] - 39:12,
41:9, 52:7, 52:13,
66:3, 67:18, 78:3,
80:19, 81:18, 81:19,
83:6, 83:18, 104:18,
104:19, 120:8, 121:24
**placed** [14] - 14:14,
14:15, 27:14, 31:24,
50:20, 51:19, 56:16,
59:6, 59:11, 115:25,
116:8, 116:11,
118:16, 121:23
**placing** [17] - 29:15,
29:24, 30:4, 31:3,
31:11, 31:16, 32:18,
32:23, 33:11, 33:21,
34:2, 34:20, 54:17,
70:10, 109:25,
112:20, 112:25
**Plaintiff** [3] - 1:4,
1:14, 2:5
**plaintiff** [1] - 8:23
**plaintiff's** [1] - 26:10
**plans** [2] - 7:22,
21:12
**platform** [34] - 16:17,
42:6, 42:8, 44:12,
50:18, 51:17, 52:13,
68:4, 68:19, 68:21,
77:25, 78:2, 78:3,
78:7, 78:18, 80:18,
80:20, 80:21, 81:1,
81:2, 81:7, 81:12,
90:22, 107:12,
107:16, 113:10,
113:14, 114:11,
116:4, 116:8, 116:12,
118:17, 119:20
**platforms** [2] - 83:8,
84:23
**play** [19] - 13:16,
14:1, 14:12, 74:1,
74:11, 76:12, 77:8,
79:25, 80:9, 82:12,
86:1, 87:15, 88:9,
92:13, 93:21, 100:20,
101:15, 103:5, 107:22
**played** [23] - 44:14,
77:12, 77:15, 80:3,
82:15, 84:25, 85:3,
86:3, 87:18, 88:13,
88:19, 89:3, 89:6,
92:15, 95:15, 96:25,
100:22, 101:17,
103:8, 104:23, 105:2,
105:16, 107:24
**playing** [2] - 79:20,
105:25
**plug** [1] - 71:25

**plus** [1] - 61:24
**Podmusicgear.com**
[3] - 1:7, 71:19, 71:21
**point** [7] - 38:4,
39:10, 49:14, 73:23,
76:18, 88:1, 117:21
**pointing** [1] - 46:11
**policy** [1] - 55:22
**political** [24] - 12:15,
18:10, 52:20, 55:19,
67:19, 68:6, 68:14,
89:15, 98:2, 99:3,
99:8, 99:10, 99:11,
99:21, 99:24, 100:9,
101:24, 103:25,
113:19, 114:10,
118:2, 118:5, 118:6
**politician** [3] - 10:22,
28:18, 86:14
**politicians** [7] - 14:5,
18:7, 28:16, 28:19,
56:22, 57:7, 120:21
**politics** [3] - 10:22,
68:7, 113:22
**poll** [1] - 68:7
**polling** [2] - 68:6,
68:14
**pool** [2] - 12:17, 14:7
**portion** [1] - 99:4
**possession** [1] -
106:18
**possibility** [1] -
119:6
**possible** [2] - 111:5,
111:6
**practice** [1] - 59:19
**practices** [2] -
114:21, 114:25
**pre** [1] - 97:17
**pre-call** [1] - 97:17
**predial** [1] - 50:1
**predicting** [2] - 17:9,
17:11
**predictive** [11] -
12:9, 16:14, 16:17,
16:20, 17:1, 17:24,
18:4, 18:9, 43:25,
81:8, 81:16
**predictively** [1] -
17:1
**predominant** [1] -
26:3
**premises** [1] - 2:20
**preparing** [1] - 7:9
**prepayment** [1] -
56:13
**prerecorded** [10] -
13:17, 13:24, 14:6,
14:12, 80:7, 80:10,
84:1, 105:20, 120:10,

---

120:15
**presence** [1] - 38:19
**present** [1] - 2:10
**presented** [1] -
115:13
**president** [1] - 54:4
**Presley** [1] - 3:1
**press** [13] - 25:9,
64:16, 65:10, 65:17,
89:24, 89:25, 91:6,
91:13, 91:23, 92:13,
105:18, 110:3
**pressed** [1] - 105:21
**presses** [2] - 25:18,
25:24
**Presta** [1] - 60:21
**pretty** [6] - 35:12,
36:6, 37:10, 44:13,
95:9
**previously** [1] -
36:15
**print** [5] - 2:23, 2:24,
11:14, 28:23, 49:14
**printed** [1] - 23:24
**printing** [1] - 10:18
**printout** [2] - 45:25,
46:3
**priority** [1] - 86:18
**problem** [1] - 96:5
**Procedure** [1] - 1:15
**procedures** [2] -
114:21, 115:1
**proceeding** [1] -
8:19
**process** [2] - 25:2,
101:7
**proctor** [1] - 11:5
**produce** [2] - 2:19,
22:23, 23:2
**product** [2] - 16:6,
72:2
**production** [1] -
26:10
**products** [3] - 11:19,
11:20, 104:2
**Professional** [1] -
123:4
**professional** [1] -
123:9
**profit** [2] - 33:7,
33:12
**program** [6] - 29:25,
30:5, 31:12, 31:17,
31:25, 111:25
**programmed** [1] -
74:4
**programming** [1] -
17:25
**programs** [2] -
31:20, 31:21

**prospect** [1] - 17:18
**protection** [2] -
27:19, 112:21
**provide** [16] - 10:16,
10:17, 11:10, 12:5,
15:2, 25:16, 27:13,
36:19, 37:1, 41:17,
48:7, 71:5, 79:3,
102:1, 119:20, 120:14
**provided** [5] - 3:6,
26:16, 35:20, 106:10,
109:11
**provider** [6] - 26:3,
47:19, 48:15, 48:24,
50:7, 112:15
**provides** [1] - 38:6
**providing** [3] -
40:21, 83:5, 112:16
**provision** [8] - 25:6,
25:22, 37:19, 37:20,
37:23, 41:8, 103:14,
103:15
**provisioning** [1] -
108:1
**provisions** [1] -
27:18
**Public** [4] - 1:16,
65:3, 123:5, 123:22
**pulling** [1] - 83:17
**purification** [1] -
34:1
**purpose** [4] - 27:7,
27:20, 74:14, 74:15
**purposes** [1] - 99:9
**pursuant** [1] - 1:15
**push** [1] - 84:8
**pushing** [3] - 42:18,
42:19, 105:19
**put** [17] - 25:17, 26:5,
32:2, 33:5, 49:19,
54:19, 65:25, 73:10,
73:25, 90:19, 96:2,
97:15, 97:19, 97:20,
98:2, 109:15, 109:16
**puts** [1] - 92:2
**putting** [2] - 32:13,
105:6

## Q

**quality** [1] - 74:9
**questioning** [1] - 7:5
**questions** [21] -
5:14, 6:7, 6:20, 7:4,
7:6, 9:13, 11:4, 11:6,
41:16, 55:4, 58:6,
84:18, 89:2, 96:14,
102:24, 116:18,
116:20, 117:12,
119:14, 119:17,

121:12
**quicker** [1] - 81:22
**quite** [4] - 35:24,
41:23, 41:24, 102:22
**quoted** [1] - 78:11

## R

**race** [1] - 113:21
**rainMakercalls.
com** [2] - 92:22, 92:24
**RainMakercalls.
com** [1] - 77:20
**raise** [1] - 79:22
**ran** [4] - 111:23,
112:1, 112:3, 112:6
**random** [1] - 109:13
**randomize** [2] -
15:21, 109:23
**randomized** [2] -
15:23, 109:20
**randomizer** [1] -
109:19
**randomizing** [1] -
15:21
**randomly** [1] - 82:6
**rang** [1] - 16:12
**rate** [14] - 11:22,
47:4, 48:13, 48:17,
48:22, 49:1, 49:5,
49:13, 49:19, 50:5,
50:11, 50:22, 51:3
**rates** [2] - 47:5,
49:15
**rather** [1] - 76:23
**re** [2] - 49:7, 119:18
**re-branded** [1] - 49:7
**rE-EXAMINATION**
[1] - 119:18
**read** [1] - 6:18
**reading** [1] - 76:23
**reads** [1] - 77:7
**ready** [1] - 16:18
**real** [4] - 74:22,
74:24, 74:25, 75:1
**really** [13] - 13:23,
29:6, 29:8, 42:18,
48:23, 55:16, 58:9,
73:19, 74:9, 91:19,
104:11, 107:8, 120:23
**reason** [18] - 23:8,
42:7, 53:24, 56:23,
58:7, 61:6, 61:13,
66:20, 67:11, 71:14,
73:15, 76:2, 93:13,
93:16, 100:10,
104:10, 113:23, 114:3
**receive** [1] - 41:21,
42:3, 44:16, 55:5,
91:7

**received** [2] - 26:9,
60:3
**receives** [1] - 81:4
**recess** [1] - 59:2,
75:12, 110:18
**recipient** [2] - 13:16,
14:7
**recognize** [1] - 23:18
**recollection** [2] -
32:16, 103:4
**record** [25] - 4:7, 6:2,
6:25, 11:22, 14:19,
25:23, 59:1, 59:3,
74:3, 74:7, 75:10,
75:11, 75:13, 76:24,
78:11, 78:13, 92:18,
95:18, 96:18, 97:3,
98:1, 118:21, 121:19,
121:21
**recorded** [5] - 76:19,
83:21, 89:16, 93:6,
97:14
**recording** [2] - 89:8,
118:20
**records** [13] - 7:8,
22:23, 22:25, 23:3,
24:17, 59:5, 59:10,
59:14, 60:12, 79:2,
115:24, 116:7, 116:15
**recover** [2] - 8:24,
95:25
**reduced** [1] - 123:8
**refer** [4] - 51:14,
71:10, 76:22, 99:2
**referral** [4] - 70:21,
98:8, 98:19, 98:21
**referrals** [1] - 84:11
**referred** [9] - 30:25,
31:2, 31:9, 31:22,
37:9, 39:13, 60:14,
115:16, 118:19
**referring** [6] - 31:11,
31:15, 42:10, 43:4,
43:7, 108:17
**reflected** [1] - 87:6
**reflecting** [1] - 86:8
**refuse** [1] - 23:12
**regard** [1] - 27:3
**regarding** [3] - 40:9,
65:12, 65:20
**regardless** [2] -
56:23, 64:8
**Registered** [1] -
123:4
**registry** [1] - 27:6
**regular** [2] - 81:16,
98:11
**regularly** [1] - 89:23
**regulations** [3] -
27:1, 27:3, 27:6

**relate** [4] - 69:6,
69:11, 69:13, 69:16
**related** [13] - 31:3,
31:16, 31:24, 32:18,
32:23, 33:11, 33:21,
34:21, 43:25, 60:7,
79:17, 116:7, 123:13
**relation** [1] - 66:21
**Release** [1] - 3:1
**release** [3] - 64:17,
65:10, 65:17
**relevance** [1] - 89:12
**relevant** [1] - 7:25
**reload** [1] - 96:10
**remember** [26] - 5:4,
5:7, 5:8, 5:19, 21:22,
21:25, 22:2, 22:13,
24:14, 24:16, 26:18,
29:16, 33:9, 33:18,
34:15, 34:17, 62:10,
70:2, 78:9, 78:10,
104:12, 104:17,
110:24, 111:15,
111:22, 112:2
**remove** [3] - 90:17,
90:18
**removed** [1] - 89:25
**rent** [4] - 4:13, 4:14,
21:11
**rented** [1] - 21:17
**renting** [1] - 21:12
**rents** [1] - 21:18
**repeat** [1] - 6:16
**repeatedly** [1] - 99:3
**rephrase** [1] - 6:16
**report** [4] - 15:10,
92:12, 94:1, 94:20
**Reporter** [1] - 123:5
**reporter** [3] - 6:12,
6:18, 123:9
**reports** [2] - 94:9,
94:10
**represent** [4] -
22:21, 23:23, 28:23,
76:10
**republican** [1] -
102:16
**request** [1] - 26:10
**requested** [2] -
22:25, 23:3
**requesting** [2] -
22:22, 50:20
**requests** [1] - 28:15
**require** [1] - 55:17
**requirements** [1] -
113:10
**requires** [1] - 13:12
**reseller** [4] - 49:10,
51:9, 51:11, 51:24
**resellers** [1] - 50:9

**reselling** [1] - 47:20
**reside** [4] - 19:17, 20:15, 21:2, 21:15
**resided** [1] - 4:15
**residence** [2] - 4:13, 21:4
**resold** [1] - 48:8
**respect** [1] - 118:14
**responded** [1] - 62:6
**response** [3] - 13:15, 26:10, 62:16
**responsibility** [2] - 113:8, 113:9
**rest** [1] - 85:20
**restarting** [1] - 89:5
**restrictions** [1] - 113:1
**result** [6] - 12:23, 12:24, 13:6, 81:3, 94:21, 115:5
**results** [3] - 83:14, 94:10, 95:3
**retain** [1] - 53:1
**retained** [1] - 116:14
**returns** [1] - 69:13
**revenue** [1] - 99:23
**review** [5] - 7:8, 7:11, 7:15, 121:15, 121:17
**rich** [1] - 36:11
**Rich** [1] - 36:20
**ring** [3] - 17:3, 36:2, 112:11
**ringless** [11] - 12:8, 16:2, 16:4, 16:5, 18:5, 42:19, 42:20, 61:14, 83:24, 99:15, 100:12
**ringlesscalls.com** [2] - 83:23, 83:24
**rings** [1] - 49:24
**riverside** [2] - 9:21
**Riverview** [1] - 4:12
**road** [1] - 4:12
**robocall** [1] - 57:20
**robocalled** [1] - 15:1
**robocalling** [11] - 12:8, 14:3, 14:5, 14:16, 18:4, 18:6, 18:8, 42:16, 55:9, 66:19, 66:24
**robocalls** [2] - 99:12, 99:13
**robopolling** [1] - 68:5
**room** [1] - 110:16
**Rosetta** [6] - 67:24, 68:3, 68:8, 68:12, 68:13, 89:17
**ROSETTA** [1] - 67:24
**Rosettacalls** [1] - 68:2

**rough** [1] - 78:24
**round** [1] - 57:16
**route** [4] - 49:15, 50:6, 50:13, 52:3
**routing** [3] - 48:12, 49:16, 50:12
**RPR** [1] - 1:16
**rule** [1] - 55:20
**Rule** [1] - 1:15
**rules** [5] - 6:3, 27:1, 27:3, 27:6, 27:22
**run** [7] - 89:23, 111:14, 111:20, 113:19, 117:14, 118:8, 118:12
**running** [6] - 103:17, 110:21, 111:9, 113:20, 117:11, 121:5

**S**

**S-a-l-k-i-n** [1] - 54:6
**Sal** [1] - 45:2
**sales** [17] - 31:4, 32:23, 45:11, 55:24, 57:10, 60:3, 67:21, 70:5, 86:15, 88:21, 99:9, 99:22, 103:22, 114:9, 119:21, 120:17, 121:5
**salespeople** [1] - 35:21
**salkin** [1] - 54:6
**san** [1] - 20:22
**Sarah** [2] - 1:16, 123:4
**saw** [2] - 46:10, 62:5, 64:18
**schedule** [2] - 14:21, 77:5
**Scott** [2] - 60:15, 60:21
**screamers** [2] - 90:7, 90:9
**screen** [4] - 2:23, 2:24, 28:24, 92:21
**screening** [1] - 107:11
**screenshot** [1] - 83:21
**script** [4] - 12:22, 118:21, 120:23, 121:3
**scripts** [2] - 118:18, 120:20
**scrub** [2] - 89:20, 90:3
**scrubbed** [1] - 90:1
**scrubs** [1] - 119:9
**seal** [1] - 123:18
**searching** [1] - 50:21

**season** [2] - 18:10, 99:10
**second** [5] - 65:17, 76:22, 82:9, 82:10, 88:4
**seconds** [6] - 77:8, 87:16, 95:12, 100:21, 105:15, 107:22
**secretary** [2] - 19:12, 43:14
**section** [2] - 26:20, 26:25
**see** [6] - 58:5, 79:22, 83:21, 84:22, 85:2, 122:2
**seeing** [1] - 65:10
**seeking** [2] - 41:21, 42:22
**seem** [1] - 71:16
**segmented** [1] - 95:1
**select** [2] - 11:6, 119:9
**selected** [1] - 118:25
**selection** [1] - 32:5
**selections** [1] - 28:25
**selects** [1] - 119:3
**sell** [14] - 11:16, 11:21, 45:12, 45:20, 49:11, 49:12, 52:21, 52:22, 71:23, 72:1, 72:16, 73:6, 112:14
**selling** [1] - 29:12, 36:25, 45:19, 51:2, 54:12, 54:13, 75:1, 104:3, 111:24, 112:4
**send** [25] - 37:21, 38:23, 39:23, 40:20, 40:22, 47:7, 50:6, 50:14, 57:4, 57:17, 58:2, 58:4, 71:12, 84:2, 90:16, 98:12, 98:13, 102:2, 106:12, 108:4, 109:22, 117:14, 117:24, 119:7
**sending** [2] - 113:7, 120:9
**sense** [2] - 50:15, 106:15
**sent** [10] - 5:2, 14:21, 37:14, 39:24, 52:2, 62:12, 62:13, 62:14, 76:11
**SEO** [1] - 10:17
**separate** [1] - 92:21
**sequentially** [2] - 15:25, 82:7
**server** [4] - 16:7, 84:3
**server-to-server** [1] -

84:3
**Service** [2] - 2:22, 65:3
**service** [7] - 13:13, 26:4, 46:23, 73:14, 98:9, 102:13, 105:5
**services** [17] - 10:16, 11:10, 12:4, 12:6, 12:7, 36:19, 37:1, 40:21, 45:12, 45:19, 45:21, 56:2, 63:6, 71:5, 74:22, 74:24, 84:10
**session** [1] - 104:19
**set** [37] - 19:22, 19:23, 35:21, 39:11, 39:16, 41:18, 46:16, 50:17, 51:17, 52:12, 55:25, 56:12, 57:20, 58:3, 58:19, 59:6, 59:12, 60:4, 67:13, 68:2, 68:21, 70:7, 70:17, 71:23, 74:13, 76:24, 80:8, 80:13, 80:14, 81:8, 91:4, 91:13, 99:20, 102:3, 107:2, 109:2, 123:17
**setting** [5] - 38:24, 46:23, 70:5, 88:20, 101:10
**settings** [1] - 119:1
**settled** [1] - 5:19
**setup** [4] - 13:12, 54:9, 102:7, 106:20
**seventh** [2] - 96:20, 96:21
**several** [4] - 31:21, 39:2, 84:23, 112:14
**shall** [2] - 46:2, 46:5
**short** [4] - 81:20, 82:6, 95:9, 100:9
**Shoutpoint** [19] - 78:1, 78:2, 78:17, 78:21, 79:12, 79:17, 80:2, 80:15, 80:20, 81:1, 81:7, 81:15, 84:21, 92:25, 93:10, 107:15, 107:16, 116:4, 116:9
**Shoutpoint's** [2] - 77:24, 78:7
**show** [8] - 54:18, 85:11, 106:13, 106:16, 108:8, 117:17, 117:19, 118:10
**showed** [1] - 85:5
**showing** [4] - 77:2, 81:14, 93:5, 98:5
**shown** [2] - 37:13,

85:19
**sign** [6] - 24:7, 24:10, 24:25, 37:12, 39:20, 58:11
**sign-up** [1] - 37:12
**signature** [1] - 121:13
**signed** [1] - 10:25
**signers** [1] - 19:24
**significance** [1] - 29:4
**significant** [3] - 29:14, 29:18, 80:25
**significantly** [1] - 100:8
**signing** [1] - 29:5
**signup** [4] - 2:21, 23:21, 46:3, 58:2
**similar** [3] - 5:1, 27:25, 64:18
**simple** [1] - 44:13
**single** [4] - 54:20, 94:21, 97:19, 103:19
**sit** [3] - 16:23, 61:9, 99:5
**site** [4] - 25:20, 37:18, 74:1, 85:10
**sitting** [1] - 42:9
**situations** [1] - 114:16
**six** [1] - 88:4
**six-minute-and-twenty-second** [1] - 88:4
**sixth** [1] - 95:11
**skip** [2] - 85:8, 85:12
**Skokie** [1] - 2:4
**slash** [1] - 33:24
**slight** [1] - 49:22
**sliver** [1] - 51:15
**slow** [2] - 17:2, 44:18
**small** [2] - 51:15, 57:19
**smoking** [1] - 49:5
**smoother** [1] - 6:4
**sold** [2] - 45:15, 73:6
**sole** [2] - 27:17, 63:9
**solely** [1] - 43:21
**solicitation** [1] - 27:18
**solicitations** [1] - 65:19
**someone** [10] - 17:9, 18:16, 41:2, 51:17, 57:24, 58:14, 67:15, 70:16, 81:19, 120:7
**Somerset** [3] - 19:19, 19:21, 20:15, 21:8
**sometime** [2] -

11

DEPOSITION OF MICHAEL J. MONTES   01/14/2019

64:24, 107:18
**sometimes** [1] - 85:13
**somewhere** [7] - 24:17, 39:8, 39:9, 40:16, 51:8, 79:2, 110:5
**son** [1] - 20:20
**soon** [1] - 17:19
**sorry** [6] - 15:12, 27:17, 46:2, 77:13, 78:6, 89:4
**sort** [14] - 9:18, 10:11, 10:14, 10:16, 12:4, 36:19, 39:20, 39:24, 46:7, 82:25, 95:24, 104:2, 113:3, 113:17
**sound** [14] - 30:13, 33:4, 36:7, 36:9, 37:4, 45:1, 45:3, 45:4, 45:5, 45:17, 58:16, 60:23, 69:14, 97:22
**sounds** [2] - 82:14, 97:21
**sources** [4] - 11:17, 11:24, 12:2, 52:23
**speaking** [6] - 6:24, 11:8, 13:15, 14:2, 47:10, 51:10
**special** [1] - 44:3
**specific** [12] - 31:8, 38:1, 46:21, 47:4, 54:19, 55:13, 71:14, 72:14, 72:17, 91:14, 96:17, 114:15
**specifically** [6] - 11:12, 31:13, 31:18, 33:18, 95:24, 101:5
**split** [1] - 54:1
**spot** [1] - 105:7
**spreadsheet** [3] - 54:24, 70:8, 88:21
**ss** [1] - 123:1
**SSM** [1] - 34:16
**stamp** [1] - 88:25
**stand** [1] - 108:20
**stands** [2] - 48:12, 49:25
**start** [20] - 11:24, 17:22, 44:18, 45:20, 55:18, 75:3, 76:20, 82:12, 84:24, 86:23, 89:1, 95:13, 96:23, 100:19, 101:4, 104:21, 105:15, 106:9, 107:22, 117:24
**started** [5] - 39:10, 44:25, 70:9, 87:2, 100:11

**starter** [1] - 74:17
**starting** [5] - 44:20, 44:23, 50:18, 101:8, 104:22
**state** [25] - 4:6, 5:15, 5:17, 22:5, 22:7, 46:6, 46:8, 46:14, 52:20, 53:18, 61:22, 62:3, 62:14, 65:14, 66:2, 66:4, 66:21, 67:1, 67:11, 69:20, 69:24, 69:25, 76:1, 114:20, 114:24
**STATE** [1] - 123:1
**State** [3] - 1:17, 123:5, 123:22
**state's** [2] - 10:7, 19:5
**statement** [1] - 51:8
**States** [2] - 12:17, 38:19
**states** [6] - 8:10, 66:8, 67:15, 67:18, 69:23, 115:2
**STATES** [1] - 1:1
**stationary** [1] - 10:18
**stations** [1] - 51:1
**status** [4] - 53:2, 53:20, 63:18, 64:8
**step** [1] - 41:10
**steps** [2] - 62:20, 65:7
**still** [16] - 19:19, 19:20, 35:1, 40:4, 42:17, 45:14, 60:10, 63:5, 70:19, 74:10, 79:14, 81:3, 99:11, 106:24, 115:24, 116:15
**Stone** [5] - 68:3, 68:8, 68:12, 68:13, 89:17
**stop** [3] - 17:4, 42:15, 42:22, 61:4, 61:10, 70:12, 70:13, 77:9, 78:7, 96:11, 100:20, 101:4, 104:10
**stopgap** [1] - 97:15
**stopped** [8] - 42:7, 42:18, 56:8, 61:5, 78:22, 105:17, 115:2, 115:3
**stops** [2] - 17:7, 17:19
**store** [2] - 74:1, 74:11
**stored** [1] - 60:9
**Stratics** [2] - 68:4, 68:5
**stray** [1] - 122:2

**Street** [2] - 1:18, 2:7
**strike** [2] - 17:10, 111:8
**stuff** [7] - 53:3, 99:15, 106:15, 106:17, 108:9, 108:11, 121:8
**subject** [1] - 96:17
**subpoena** [3] - 22:21, 23:3, 23:14
**Subpoena** [1] - 2:19
**subscriber** [3] - 27:2, 27:16, 27:17
**subsequently** [1] - 64:5
**substance** [1] - 118:16
**sued** [4] - 8:10, 8:24, 62:3, 71:4
**suing** [1] - 115:8
**suit** [1] - 5:10
**Suite** [3] - 1:18, 2:4, 2:7
**support** [6] - 14:9, 40:14, 41:17, 55:4, 84:17
**supposed** [2] - 61:4, 96:8
**swim** [1] - 37:5
**switch** [2] - 78:17, 78:25
**switched** [2] - 93:9, 107:19
**sworn** [1] - 4:2
**system** [66] - 14:16, 15:5, 15:17, 15:22, 16:21, 17:6, 17:19, 17:21, 18:1, 25:24, 27:13, 29:7, 33:7, 33:12, 35:22, 37:22, 38:4, 41:10, 41:15, 43:23, 44:13, 47:21, 48:25, 49:16, 50:21, 52:12, 54:16, 54:22, 58:10, 66:3, 66:9, 67:8, 77:5, 79:17, 80:15, 81:14, 83:4, 83:6, 84:21, 86:9, 86:18, 87:23, 88:1, 88:23, 91:4, 91:13, 92:5, 93:6, 93:15, 93:20, 103:17, 105:12, 105:22, 107:10, 109:3, 109:15, 109:23, 112:2, 112:4, 112:7, 113:23, 113:24, 114:1, 114:5, 117:8
**systems** [3] - 37:11, 81:18, 93:3

# T

**target** [1] - 67:14
**tasks** [1] - 80:25
**tax** [3] - 68:23, 69:13, 69:20
**team** [1] - 111:14
**tech** [2] - 40:14, 40:17
**techies** [1] - 101:25
**technical** [1] - 40:10
**Technologic** [24] - 38:12, 38:13, 38:14, 38:17, 39:17, 40:5, 40:13, 40:20, 44:17, 47:24, 47:25, 52:10, 58:13, 60:14, 61:1, 80:17, 81:2, 81:12, 84:21, 90:24, 90:25, 107:19, 116:13, 116:14
**Technologic's** [1] - 78:3
**technology** [5] - 38:7, 48:11, 49:17, 73:21, 82:3
**telemarketer** [10] - 12:15, 13:10, 13:11, 16:23, 17:4, 17:5, 17:11, 17:15, 17:20, 17:21
**telemarketers** [1] - 12:20
**telemarketing** [34] - 5:22, 10:17, 11:15, 12:4, 12:6, 12:7, 28:8, 33:11, 33:21, 34:3, 34:21, 37:1, 38:25, 41:9, 42:16, 44:21, 46:17, 52:14, 54:9, 55:2, 55:24, 60:3, 67:14, 70:5, 88:20, 99:6, 99:21, 103:22, 118:9, 118:14, 118:25, 119:21, 120:16, 121:5
**Telephone** [1] - 27:19
**telephone** [3] - 65:19, 81:19, 112:21
**ten** [10] - 39:6, 39:8, 40:7, 48:13, 52:4, 76:20, 77:3, 95:12, 107:5
**Tennessee** [8] - 5:2, 7:13, 8:6, 64:21, 66:14, 66:16, 67:11, 78:15
**tenth** [1] - 102:20
**term** [4] - 14:3, 14:4,

16:16, 49:1
**terminates** [1] - 17:21
**termination** [1] - 49:14
**terms** [10] - 2:22, 12:12, 23:22, 26:11, 27:8, 27:24, 28:4, 28:10, 46:4, 76:3
**Terry** [3] - 112:8, 112:12, 112:13
**Terryle** [1] - 36:1
**TERRYLE** [1] - 36:1
**test** [3] - 96:23, 97:8, 97:21
**testified** [3] - 4:2, 9:2, 63:9
**text** [5] - 13:3, 54:23, 70:8, 71:5, 120:14
**texting** [2] - 71:13, 71:15
**TFZ** [1] - 26:14
**THE** [4] - 1:1, 58:22, 119:15, 121:11
**theft** [1] - 9:8
**thereafter** [1] - 123:10
**they've** [4] - 10:24, 52:19, 57:6, 89:23
**thick** [1] - 53:5
**thinking** [1] - 58:25
**third** [5] - 26:25, 76:23, 85:23, 118:19
**third-party** [1] - 118:19
**thousands** [2] - 49:15, 52:14
**threaten** [1] - 90:11
**three** [6] - 50:25, 57:3, 71:1, 87:8, 91:19, 107:22
**throughout** [2] - 99:2, 115:15
**TiDom** [4] - 34:18, 34:21, 35:3, 35:16
**TIDOM** [1] - 34:18
**tier** [1] - 30:14
**title** [3] - 77:7, 88:14, 93:25
**titled** [1] - 77:4
**today** [15] - 7:9, 7:18, 8:3, 8:8, 9:12, 13:18, 22:24, 35:1, 40:4, 61:9, 62:11, 74:20, 76:16, 99:2, 99:6
**today's** [1] - 6:3
**TODD** [1] - 2:3
**together** [2] - 54:7, 73:10
**tolerance** [1] - 56:24

12

DEPOSITION OF MICHAEL J. MONTES   01/14/2019

**TollFreeZone** [7] - 22:6, 36:17, 44:25, 69:8, 69:17, 69:18, 99:18

**tollfreezone.com** [1] - 1:6

**Tollfreezone.com** [23] - 1:8, 1:9, 18:25, 19:3, 21:20, 22:3, 24:10, 30:3, 37:7, 43:7, 44:20, 46:13, 55:1, 59:21, 61:23, 62:3, 62:22, 63:2, 63:7, 63:19, 64:9, 71:8, 115:18

**took** [11] - 28:24, 58:23, 67:6, 93:18, 93:19, 104:13, 104:18, 104:19, 108:12, 108:13, 116:10

**top** [12] - 11:25, 22:13, 32:12, 33:9, 34:10, 35:8, 35:23, 49:25, 60:19, 66:10, 78:8, 111:6

**topics** [1] - 96:14

**totaling** [2] - 65:4, 77:7

**tour** [1] - 106:13

**towards** [4] - 26:19, 34:18, 46:1, 98:6

**town** [4] - 10:17, 10:21, 10:23, 11:9

**trace** [1] - 60:7

**track** [2] - 55:15, 73:15

**tracking** [1] - 73:12

**Trackme** [1] - 1:9

**trade** [1] - 27:4

**training** [11] - 35:24, 37:21, 68:9, 68:17, 103:3, 103:13, 103:18, 104:18, 108:11, 108:25, 117:18

**transcript** [3] - 3:6, 3:24, 75:20

**transcription** [1] - 123:12

**transfer** [3] - 25:24, 105:22, 106:3

**transfers** [1] - 110:5

**TransUnion** [3] - 12:1, 52:24, 53:1

**travel** [1] - 7:22

**TROST** [10] - 2:7, 4:19, 23:6, 59:8, 116:19, 116:22, 119:13, 121:12,

121:14, 121:17

**Trost** [2] - 2:16, 3:3

**trucks** [2] - 73:13, 73:16

**trust** [8] - 19:20, 19:22, 20:5, 20:13, 20:24, 20:25, 21:1

**trustee** [2] - 20:7, 20:8

**trustees** [2] - 19:25, 20:4

**try** [6] - 6:17, 22:8, 58:19, 65:15, 73:5, 77:14

**trying** [7] - 6:24, 41:18, 50:5, 73:11, 99:14, 114:6, 121:2

**turn** [1] - 26:17

**tutorial** [1] - 106:18

**twenty** [1] - 88:4

**twice** [2] - 4:24, 35:13

**two** [7] - 12:12, 16:22, 63:15, 65:10, 70:23, 95:12, 97:14

**Two** [2] - 1:18, 2:7

**TXT** [1] - 54:20

**type** [2] - 29:1, 118:4

**typed** [1] - 85:8

**types** [2] - 94:15, 94:18

**typewriting** [1] - 123:11

**typing** [1] - 85:6

---

**U**

**U.S** [2] - 12:20, 40:14

**unauthorized** [1] - 65:18

**uncommon** [1] - 120:24

**under** [22] - 1:14, 9:11, 10:7, 18:12, 18:24, 18:25, 19:5, 26:25, 27:25, 29:1, 29:23, 29:25, 30:4, 38:14, 40:13, 56:7, 63:21, 64:10, 72:5, 80:15, 113:17, 119:1

**unfortunately** [1] - 74:17

**United** [2] - 12:17, 38:19

**UNITED** [1] - 1:1

**unless** [3] - 67:19, 70:12, 112:10

**up** [76] - 7:6, 10:25, 17:22, 19:22, 19:23, 21:4, 23:12, 24:7,

24:10, 24:25, 29:5, 31:9, 35:21, 37:12, 38:24, 39:3, 39:11, 39:16, 41:18, 44:1, 46:17, 46:24, 47:15, 47:16, 50:17, 51:17, 52:12, 54:16, 55:25, 56:12, 57:20, 58:3, 58:11, 58:19, 59:7, 59:12, 59:24, 60:4, 66:12, 67:13, 68:2, 68:21, 70:5, 70:7, 70:8, 70:17, 71:23, 72:20, 74:13, 76:24, 79:22, 80:8, 80:14, 81:8, 84:24, 88:20, 89:1, 89:5, 91:4, 91:13, 92:20, 94:24, 94:25, 96:23, 98:4, 99:20, 102:3, 104:22, 107:2, 109:2, 110:17, 116:20, 118:18, 119:12, 119:16

**up-and-coming** [1] - 72:20

**upfront** [3] - 13:12, 55:17, 55:23

**upload** [7] - 15:5, 16:21, 88:22, 92:5, 96:1, 106:14, 108:9

**uploaded** [5] - 15:17, 81:10, 83:6, 83:9, 83:18

**uploading** [1] - 81:15

**upwards** [1] - 69:5

**URL** [19] - 23:25, 24:1, 24:6, 24:21, 38:3, 76:23, 77:3, 82:10, 84:8, 85:24, 87:12, 87:25, 95:11, 96:21, 98:6, 100:18, 101:13, 102:20, 121:23

**URLs** [1] - 76:20

**user** [3] - 37:25, 51:25, 58:4

**users** [3] - 82:21, 88:5, 98:24

**uses** [2] - 24:7, 68:16

**utilize** [3] - 37:22, 73:12, 83:3

---

**V**

**vacated** [1] - 64:6

**variance** [1] - 56:25

**various** [2] - 30:25, 121:24

**verbal** [1] - 28:15

**verify** [3] - 92:13,

95:14, 97:8

**versus** [1] - 12:11

**via** [1] - 84:2

**victims** [1] - 23:11

**Video** [7] - 80:3, 84:25, 95:15, 100:22, 101:17, 104:23, 107:24

**video** [73] - 58:7, 75:16, 77:11, 77:12, 77:15, 77:16, 77:18, 79:17, 79:20, 80:13, 82:9, 82:15, 82:18, 82:21, 83:12, 84:20, 85:3, 85:5, 85:18, 85:23, 86:3, 86:6, 86:12, 87:6, 87:14, 87:18, 87:21, 88:4, 88:5, 88:13, 88:14, 88:19, 89:3, 89:6, 89:16, 92:7, 92:9, 92:15, 92:18, 93:24, 95:8, 95:18, 95:21, 96:20, 96:22, 96:25, 97:3, 97:6, 98:4, 98:25, 100:17, 100:25, 101:3, 101:6, 101:12, 101:20, 101:23, 102:19, 103:4, 103:8, 103:12, 103:13, 104:16, 105:2, 105:16, 106:13, 106:19, 106:23, 107:21, 108:25, 111:17, 111:18, 111:19

**videos** [19] - 3:4, 37:21, 41:14, 43:23, 43:24, 44:7, 54:18, 58:6, 68:9, 68:17, 76:12, 76:14, 76:15, 84:23, 87:8, 93:5, 93:12, 96:13, 121:24

**violation** [1] - 65:19

**Violations** [1] - 3:2

**virtual** [5] - 11:9, 12:6, 12:11, 13:9, 13:11

**voice** [22] - 23:8, 74:9, 77:10, 77:16, 82:14, 82:16, 86:2, 86:4, 87:17, 87:19, 92:14, 92:16, 95:14, 95:16, 97:1, 100:23, 101:16, 101:18, 103:6, 103:10, 104:24, 118:23

**voicemail** [4] - 16:8, 16:9, 16:11, 47:15

**volume** [1] - 81:19

**volumes** [2] - 109:8, 120:9

**voted** [1] - 120:22

**voter** [2] - 12:17, 14:7

**vs** [1] - 1:5

---

**W**

**waiting** [1] - 61:4

**walk** [2] - 40:25, 41:5

**wants** [1] - 10:23, 11:13, 24:24, 25:3, 51:12, 57:19, 98:18

**watch** [1] - 76:15

**watched** [1] - 76:18

**watching** [1] - 111:18

**water** [2] - 33:25, 34:1

**wave** [2] - 101:9, 117:15

**ways** [2] - 13:5, 54:1

**wayside** [1] - 72:4

**Webinar** [1] - 35:19

**website** [35] - 2:22, 2:23, 2:25, 12:25, 13:1, 23:24, 24:6, 24:7, 24:10, 24:13, 24:19, 24:23, 28:10, 29:19, 32:3, 32:10, 37:21, 41:7, 41:12, 44:2, 46:1, 46:18, 50:19, 66:13, 67:23, 68:16, 70:16, 70:19, 73:5, 73:11, 77:21, 77:22, 83:23, 83:24, 87:10

**websites** [1] - 83:20

**week** [2] - 14:9, 64:3

**Wells** [2] - 40:23, 41:5

**WESTERN** [1] - 1:1

**whatsoever** [2] - 52:9, 65:12

**whereas** [1] - 87:1

**WHEREOF** [1] - 123:17

**white** [1] - 36:5

**whole** [5] - 46:23, 50:11, 94:8, 96:7, 102:23

**wife** [5] - 7:19, 7:21, 19:12, 19:23, 20:18

**wife's** [1] - 19:13

**willing** [1] - 105:9

**Wilson** [1] - 37:3

**wire** [1] - 41:16

**wiring** [1] - 40:24

**WISCONSIN** [2] -

13

DEPOSITION OF MICHAEL J. MONTES  01/14/2019

1:1, 123:1

**Wisconsin** [11] -
1:17, 1:18, 2:8, 19:19,
20:16, 21:9, 36:24,
64:2, 123:6, 123:19,
123:22

**WITNESS** [4] -
58:22, 119:15,
121:11, 123:17

**witness** [2] - 4:2, 9:2

**Witness** [1] - 22:19

**woman** [1] - 35:9

**wondering** [1] - 96:4

**word** [4] - 43:1, 43:4,
90:9, 97:25

**works** [3] - 25:2,
84:5, 112:10

**world** [2] - 13:22,
113:22

**worldGN** [2] - 32:15,
32:18

**write** [4] - 75:25,
76:7, 120:23, 121:2

**writing** [1] - 123:8

**written** [2] - 28:12,
120:20

**wrote** [2] - 75:20,
76:2

## Y

**year** [9] - 4:16, 42:24,
53:23, 60:25, 64:24,
70:23, 75:4, 75:6,
99:23

**years** [13] - 5:7, 39:2,
39:4, 39:6, 39:8, 40:7,
60:16, 69:9, 70:23,
90:6, 99:17, 112:18,
117:2

**yes-or-no** [2] - 7:1,
31:14

**yourself** [11] - 10:1,
19:9, 41:17, 43:7,
44:7, 45:21, 58:19,
76:5, 92:18, 102:7,
115:22

**YouTube** [1] - 3:4

## Z

**ZenTexter.com** [1] -
84:7

**zero** [3] - 51:20,
52:1, 54:11

**zillion** [1] - 50:8

**zone** [3] - 86:18,
86:21, 114:1

**zones** [2] - 86:1, 87:1

**zoom** [1] - 106:19

14