UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

        Plaintiff,

v.

MICHAEL MONTES, Tollfreezone.com, Inc.,
Mydataguys.com, LLC, Podmusicgear.com, Inc.,
Tollfreezone.com, Inc., dba Docauditor.com,
Tollfreezone.com, Inc., dba Mobile Trackme,
Emailmyvmail.Com, Inc., and John and Jane Does 1-10,

        Defendants.

Case No. 16-cv-761

---

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

NOW COME Defendants, by and through their legal counsel, Axley Brynelson, LLP, by Kevin D. Trost, and move the Court pursuant to Fed. R. Civ. P. 56 for an order dismissing with prejudice the claims alleged by the Plaintiff in his First Amended Complaint. Said motion is supported by the contemporaneously filed Declaration of Kevin Trost, Declaration of Michael Montes, Defendants' Proposed Findings of Fact, and Defendants' Brief in Support of Motion for Summary Judgment.

Dated this 25th day of January, 2019.

                                          AXLEY BRYNELSON, LLP

                                          *s/ Kevin D. Trost*
                                          Kevin D. Trost, State Bar No. 1028231
                                          Attorneys for Defendants
                                          P.O. Box 1767
                                          Madison, WI  53701-1767
                                          Tel: (608) 257-5661
                                          Fax: (608) 257-5444
                                          ktrost@axley.com