## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:16-cv-00761 |
| ) | |
| v. ) | Honorable Judge James D. Peterson |
| ) | |
| MICHAEL MONTES, *et al.*, ) | Hon. Magistrate Judge Stephen L. Crocker |
| ) | |
| Defendants. ) | |

### DECLARATION OF DAVID B. LEVIN IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1. I am over the age of 18 years old and I am the attorney for the Plaintiff in this case.

2. The document attached hereto and labeled as "Montes EXHIBIT NO. 4 1-14-19" is a true and correct copy of Exhibit Number 4 from the Deposition of Michael Montes, previously filed in this case as Dkt. No. 127.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2019.

/s/ David B. Levin



