EXHIBIT 4 IS A VIDEO OF RECORDINGS IN MP4 FORMAT. VIDEO FILE IS BEING MAILED SEPERATELY TO THE CLERKS OFFICE.

THANK YOU