**TRIAL EXHIBIT FORM**

| EXHIBIT (S) OF | | CRAIG CUNNINGHAM |
|---|---|---|
| | | |
| PLAINTIFF | | V.    Case No. 3:16-cv-00761-jdp |
| (Indicate plaintiff or defendant) | | MICHAEL MONTES, *et al.* |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| June 10, 2019 | 1 | Craig Cunningham | Spreadsheet of calls received titled "Montes Calls" (Plaintiff expects to offer) | |
| June 10, 2019 | 2 | Craig Cunningham | Spreadsheet of calls received titled "MLM Calls after Sept 2015" (Plaintiff expects to offer) | |
| June 10, 2019 | 3 | Craig Cunningham | Spreadsheet of calls received titled "Enagic alleged calls" (Plaintiff expects to offer) | |
| June 10, 2019 | 4 | Craig Cunningham | Recordings of calls and messages received, listed in Exhibit 12 to the deposition of Craig Cunningham taken January 15, 2019 (Plaintiff may offer) | |
| June 10, 2019 | 5 | Craig Cunningham | Republic Wireless call records for 2015 for telephone number 615-212-9191 (Plaintiff expects to offer) | |
| June 10, 2019 | 6 | Craig Cunningham | Republic Wireless call records for 2015 for telephone number 615-331-7762 (Plaintiff expects to offer) | |
| June 10, 2019 | 7 | Craig Cunningham | Republic Wireless call records for 2015 for telephone number 615-348-1977 (Plaintiff expects to offer) | |
| June 10, 2019 | 8 | Craig Cunningham | Republic Wireless call records for 2016-2018 for telephone number 615-212-9191 (Plaintiff expects to offer) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| June 10, 2019 | 9 | Craig Cunningham | Republic Wireless call records for 2016-2018 for telephone number 615-331-7762 (Plaintiff expects to offer) | |
| June 10, 2019 | 10 | Craig Cunningham | Republic Wireless call records for 2016-2018 for telephone number 615-348-1977 (Plaintiff expects to offer) | |
| June 10, 2019 | 11 | Craig Cunningham | Declaration of Authenticity of Republic Wireless call records (Plaintiff may offer) | |
| June 10, 2019 | 12 | Craig Cunningham | Plaintiff's February 26, 2018 letter to Defendants requesting preservation of evidence (Plaintiff may offer) | |
| June 10, 2019 | 13 | Craig Cunningham | Defendants' March 5, 2018 letter to Plaintiff, responding to Plaintiff's February 26, 2018 letter requesting preservation of evidence (Plaintiff may offer) | |
| June 10-11, 2019 | 14 | Michael Montes | Printout of Sign Up Form from autodialer123.com website (Plaintiff expects to offer) | |
| June 10-11, 2019 | 15 | Michael Montes | Printout of "Type of Business" menu options on Sign Up Form from autodialer123.com website (Plaintiff expects to offer) | |
| June 10-11, 2019 | 16 | Michael Montes | Video titled "How to make a call campaign and schedule get the system to dial out your campaign" (Plaintiff expects to offer) | |
| June 10-11, 2019 | 17 | Michael Montes | Video titled "How to Extract Data From An Existing Campaign" (Plaintiff expects to offer) | |
| June 10-11, 2019 | 18 | Michael Montes | Video titled "How to adjust for timezones" (Plaintiff expects to offer) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | **No.** | **Witness** | | |
| June 10-11, 2019 | 19 | Michael Montes | Video titled "How to Load Data In the Data Library" (Plaintiff expects to offer) | |
| June 10-11, 2019 | 20 | Michael Montes | Video titled "how to extract report data to migrate" (Plaintiff expects to offer) | |
| June 10-11, 2019 | 21 | Michael Montes | Video titled "How did I lose data" (Plaintiff expects to offer) | |
| June 10-11, 2019 | 22 | Michael Montes | Video titled "how to do a test call" (Plaintiff expects to offer) | |
| June 10-11, 2019 | 23 | Michael Montes | Video titled "How to Start and Stop a campaign" (Plaintiff expects to offer) | |
| June 10-11, 2019 | 24 | Michael Montes | Video titled "How to Order Calls" (Plaintiff expects to offer) | |
| June 10-11, 2019 | 25 | Michael Montes | Video titled "Elite Marketing Alliance Millionaire Marketing Machine AutoDialer123 Training" (Plaintiff expects to offer) | |
| June 10-11, 2019 | 26 | Michael Montes | Record of judgment entered in State of Missouri v. Tollfreezone.com Inc., Case No. 12SL-CC00837 (Plaintiff expects to offer) | |
| June 10-11, 2019 | 27 | Michael Montes | Mississippi Public Service Commission News Release dated December 4, 2015, titled "Presley Announces $440,000 Fine for Alleged No Call Violations – Defendant Tollfreezone.com Inc. failed to Respond to Commission" (Plaintiff expects to offer) | |
| June 10-11, 2019 | 28 | Michael Montes | Defendants' customer records produced in response to Plaintiff's subpoena (Plaintiff expects to offer) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| June 10-11, 2019 | 29 | Michael Montes | Transcript of Deposition of Michael Montes taken January 14, 2019 (Plaintiff may offer) | |
| June 10-11, 2019 | 30 | Michael Montes | Transcript of Deposition of Michael Montes taken April 18, 2019 (Plaintiff may offer) | |
| June 10-11, 2019 | 31 | Michael Montes | Transcript of Deposition of Michael Montes taken February 2, 2018 in Middle District of Tennessee Case No. 3:16-cv-00222 (Plaintiff may offer) | |
| June 10-11, 2019 | 32 | Christopher Hall | Connexum, LLC records of telephone calls placed to 615-212-9191, 615-331-7262, and 615-348-1977 (Plaintiff expects to offer) | |
| June 10-11, 2019 | 33 | Christopher Hall | Transcript of Deposition of Christopher Hall of Connexum, LLC taken May 3, 2019 (Plaintiff expects to offer) | |