IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

          Plaintiff,

v.

MICHAEL MONTES, JR. and
TOLLFREEZONE.COM, INC.,

          Defendants.

MEMORANDUM

16-cv-761-jdp

---

It has come to the court's attention that the final versions of the post-trial instructions and verdict form were not docketed along with the other trial materials. Dkt. 192. Those documents are attached.

Entered June 10, 2019.

          BY THE COURT:

          /s/

          _____

          JAMES D. PETERSON
          District Judge