IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

                Plaintiff,                      SPECIAL VERDICT

v.                                                  16-cv-761-jdp

MICHAEL MONTES JR. and
TOLLFREEZONE.COM, INC.,

                Defendants.

We, the jury, for our special verdict, do find as follows:

**QUESTION 1:** Did defendants Michael Montes Jr. and his company TollFreeZone.com, Inc. violate the TCPA with calls placed to plaintiff Craig Cunningham's cellular telephones?

        ANSWER: __Yes__ (Yes or No)

*If you answered YES to Question 1, answer Question 2. If you answered NO to Question 1, do not answer any more questions.*

**QUESTION 2:** How many times did defendants violate the TCPA with calls placed to Craig Cunningham's cellular telephones?

        ANSWER: __21__

                                                _Nathan P. Melby_
                                                Presiding Juror

Madison, Wisconsin

Date: __6/11/19__

1