IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CRAIG CUNNINGHAM,

    Plaintiff,

v.

    Case No. 16-cv-761-jdp

MICHAEL MONTES JR. and
TOLLFREEZONE.COM, INC.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Craig Cunningham against defendants Michael Montes Jr. and TollFreeZone.com in the amount of $31,500.

Approved as to form this 6TH day of February, 2020.

_____
James D. Peterson
District Judge

_____    2/6/20
Peter Oppeneer    Date
Clerk of Court