UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRAIG CUNNINGHAM,

    Plaintiff,

v.

                                    Case No. 16-cv-761

MICHAEL MONTES and
TOLLFREEZONE.COM, INC.

    Defendants.

---

### AFFIDAVIT OF ANDREA ROTH

---

STATE OF WISCONSIN   )
                                 ) ss.
COUNTY OF DANE       )

Andrea Roth, being duly sworn and under oath, states and avers as follows:

1. I am an adult resident of the State of Wisconsin and a legal assistant at the law firm of Axley Brynelson, LLP, the attorneys for defendants, Michael Montes and Tollfreezone.com, Inc. I make this affidavit based upon my personal knowledge of the matters set forth herein.

2. Pursuant to the Court's order of March, 9, 2020 in the above-captioned case, I provided a copy of the Order to Wells Fargo, N.A. by faxing a copy to the Wells Fargo Legal Order Processing Department at Fax No. 866-359-9145 and received a fax confirmation. A copy of the fax and confirmation sheet is attached hereto as Exhibit A.

3. I contacted Atty. Joseph E. Fenzel who received the Order via electronic mailing as he has previously appeared on behalf of Wells Fargo in this case. Atty. Fenzel advised that he also provided a copy of the Order to Wells Fargo.

_____
Andrea Roth

Subscribed and sworn to before me by
this 10th day of March, 2020.

_____
Notary Public, State of Wisconsin
My commission: July 15, 2023

[Notary seal: EMMA L. SCHREINER, NOTARY PUBLIC, STATE OF WISCONSIN]